B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Montana

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena) | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>81-0231797 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>515 North Ewing<br>Helena, MT     ZIP Code **59601** | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lewis and Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 1729<br>Helena, MT     ZIP Code **59624-1729** | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 515 North Ewing<br>Helena, MT 59601 |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Bruce A. Anderson**<br>Signature of Attorney for Debtor(s)<br>**Bruce A. Anderson 3392**<br>Printed Name of Attorney for Debtor(s)<br>**Elsaesser Jarzabek Anderson Elliott & Macdonald**<br>Firm Name<br>**320 East Neider Ave. Suite 102**<br>**Coeur D Alene, ID 83815**<br><br>Address<br><br>**(208) 667-2900  Fax: (208) 667-2150**<br>Telephone Number<br>**January 31, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Most Reverend George Leo Thomas**<br>Signature of Authorized Individual<br>**Most Reverend George Leo Thomas**<br>Printed Name of Authorized Individual<br>**Bishop of Diocese of Helena**<br>Title of Authorized Individual<br>**January 31, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## District of Montana

In re **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**
Debtor(s)

Case No.
Chapter **11**

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**International Paper Site, 906 S. 1st Street W, Missoula, MT 59801**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**The Diocese owns a portion of the former Hart Oil Refinery Site in Missoula, which has been cleaned up over a period of years subject to a voluntary cleanup plan with the Montana Department of Environmental Quality (DEQ) pursuant to Montana's Comprehensive Environmental Cleanup and Responsibility Act, per Montana Code Section 75-10-701 et seq. There is another portion of the former Hart Refinery Site owned by International Paper (IP), also subject to the voluntary cleanup plan. The cleanup has been completed, and we are nearing completion of the process subject to completing negotiation of restrictive covenants to be imposed on the property and providing financial assurance of compliance, likely via letter of credit, in what should be a fairly modest amount.**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Montana

In re  **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 95 Abuse Claimants | c/o Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902<br>(509)248-8338 | Abuse Claims against the Debtor. Claimants names and addresses to be filed under seal, after appropriate Motion, notice and hearing allowing sealing and confidentiality of identities of claimants. | Unliquidated, pending settlement subject to Bankruptcy Court approval. | Unknown |
| 268 Abuse Claimants | c/o Milt Datsopoulos and Molly Howard<br>Datsopoulos, MacDonald and Lind<br>201 W. Main Street, Suite 201<br>Missoula, MT 59802, (406)728-0810<br><br>c/o Timothy Kosnoff and Daniel Fasy<br>Kosnoff Fasy, PLLC<br>520 Pike Street, Suite 1010<br>Seattle, WA 98101, (206)257-3590<br><br>c/o Joseph Blumel<br>Law Offices of Joseph A. Blumel III<br>4407 N. Division Street, Suite 900<br>Spokane, WA 99207, (509)487-1651<br><br>c/o Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814,(206)667-0683 | Abuse Claims against the Debtor. Claimants names and addresses to be filed under seal, after appropriate Motion, notice and hearing allowing sealing and confidentiality of identities of claimants. | Unliquidated, pending settlement subject to Bankruptcy Court approval. | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**   Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Bishop of Diocese of Helena of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____   Signature _____

**Most Reverend George Leo Thomas**
**Bishop of Diocese of Helena**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Montana

In re: **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Bishop of Diocese of Helena of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 31, 2014**

**/s/ Most Reverend George Leo Thomas**
**Most Reverend George Leo Thomas**/**Bishop of Diocese of Helena**
Signer/Title

| | | |
|---|---|---|
| Roman Catholic Bishop of Helena, Montana<br>PO Box 1729<br>Helena, MT 59624-1729 | Butte Catholic Community, a Montana Religious Corporation Sole<br>102 South Washington Street<br>Butte, MT 59701 | Eric Schwartz<br>Rust Omni<br>5955 DeSoto Avenue<br>Suite 100<br>Woodland Hills, CA 91367 |
| Bruce A. Anderson<br>Elsaesser Jarzabek Anderson Elliott & MacDonald<br>320 East Neider Ave. Suite 102<br>Coeur D Alene, ID 83815 | Butte Catholic Schools<br>9 S. Idaho Street<br>Butte, MT 59701 | Fred Marczyk<br>Drinker Biddle and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 |
| First Interstate Bank<br>25 E. Lyndale Avenue<br>P.O. Box 5299<br>Helena, MT 59604 | Catalina Sugayan<br>Great American Insurance Counsel<br>One North Wacker Drive<br>Suite 4200<br>Chicago, IL 60606 | Good Samaritan Thrift Store<br>3067 N. Montana Avenue<br>Helena, MT 59601 |
| Foundation for the Diocese Helena<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624 | Catholic Mutual Group<br>10843 Old Mill Road<br>Omaha, NE 68154 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266 |
| Ravalli County Bank<br>225 W. Main<br>Hamilton, MT 59840 | Chris Fichtl<br>Rivkin Radler<br>926 RXR Plaza<br>Uniondale, NY 11556 | Guatemala General<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59601 |
| Anaconda Catholic Community<br>217 W. Pennsylvania<br>Anaconda, MT 59711 | Christ the King Parish<br>1400 Gerald Avenue<br>Missoula, MT 59801 | Guatemala Nurses Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59601 |
| Annuity Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59601 | Current Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59601 | Holy Cross Parish<br>101 S. Walnut<br>P.O. Box 610<br>Townsend, MT 59644 |
| Blessed Trinity Catholic Com<br>1475 Eaton Street<br>Missoula, MT 59801 | Custodian Funds<br>515 N. Ewing St.<br>P.O. Box 1729<br>Helena, MT 59624 | Holy Family Parish<br>609 Quaw Blvd.<br>Belgrade, MT 59714 |
| Brian Osborne<br>Rust Omni<br>5955 DeSoto Avenue<br>Suite 100<br>Woodland Hills, CA 91367 | David Spector<br>Schiff Hardin LLP<br>666 Fifth Avenue<br>17th Floor<br>New York, NY 10103 | Holy Rosary Parish<br>220 W. Main Street<br>P.O. Box 96<br>Bozeman, MT 59771 |

| | | |
|---|---|---|
| Holy Spirit Parish<br>3930 East Lake Street<br>Butte, MT 59701 | James Stang<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067 | Living Water Catholic Church<br>152 S.O.S. Road<br>P.O. Box 995<br>Seeley Lake, MT 59868 |
| Hon. Michael Hogan<br>21 West Sixth Street<br>Eugene, OR 97401 | Jared Zola<br>Insurance Coverage Group<br>Dickstein Shapiro<br>1825 Eye Street NW<br>Washington, DC 20006 | Luis DeLucia<br>Schiff Hardin LLP<br>666 Fifth Avenue<br>17th Floor<br>New York, NY 10103 |
| Honda Financial Services<br>P.O. Box 168008<br>Irving, TX 75016 | Jason King<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>1037 Raymond Blvd.<br>Newark, NJ 07102 | Madison County Catholic Comm<br>105 Poppleton<br>P.O. Box 17<br>Sheridan, MT 59749 |
| Immaculate Conception Parish<br>605 Clark Street<br>P.O. Box 786<br>Deer Lodge, MT 59722 | Jeff Kahane<br>Duane Morris LLP<br>865 South Figueroa Street<br>Suite 3100<br>Los Angeles, CA 90017 | Mary DeYoung<br>Soha and Lang<br>1325 Fourth Avenue<br>Suite 2000<br>Seattle, WA 98101 |
| Immaculate Conception Parish<br>1002 4th Avenue, E<br>P.O. Box 1477<br>Polson, MT 59860 | Jerry and Jan Cashman<br>2055 Springhill Road<br>Bozeman, MT 59718 | Michael Patterson<br>Paterson Buchanan Fobes Leitch<br>2112 Third Avenue<br>Suite 500<br>Seattle, WA 98121 |
| Insurance Companies<br>and the attorneys | Joseph Hampton<br>Betts, Patterson and Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101 | Michael Pompeo<br>Drinker Biddle and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 |
| Interlogic Outsourcing, Inc.<br>P.O. Box 310<br>Elkhart, IN 46515 | Keith Talbot<br>Patterson Buchanan Fobes Leitch<br>2112 Third Avenue<br>Suite 500<br>Seattle, WA 98121 | Montana Dept. Environmental Qua<br>1520 E. 6th Avenue<br>Helena, MT 59601 |
| Invesco<br>Paul Maloy<br>40 W. Lawrence Street, Ste. C<br>Helena, MT 59624 | Latin American Missions<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59601 | Mountain West Bank<br>1225 Ceder Street<br>P.O. Box 6013<br>Helena, MT 59604 |
| James Murray<br>Insurance Coverage Group<br>Dickstein Shapiro<br>1825 Eye Street NW<br>Washington, DC 20006 | Little Flower Parish<br>204 1st Street, N.W.<br>P.O. Box 529<br>Browning, MT 59417 | Our Lady of Lourdes<br>1502 Shirley Road<br>Helena, MT 59602 |

| | | |
|---|---|---|
| Our Lady of Mercy Parish<br>500 Dewey Avenue<br>P.O. Box 626<br>Eureka, MT 59917 | Richard Feldman<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556 | Scott Jamieson<br>Patterson Buchanan Fobes Leitch<br>2112 Third Avenue<br>Suite 500<br>Seattle, WA 98121 |
| Our Lady of Pines Parrish<br>437 Madison<br>P.O. Box 577<br>West Yellowstone, MT 59758 | Risen Christ Parish<br>65 W. Evergreen Drive<br>Kalispell, MT 59901 | Service Master Comm. Bldg. Serv<br>P.O. Box 310<br>Helena, MT 59624 |
| Our Lady of Swan Valley<br>21592 Sycamore Tree Lane<br>Bigfork, MT 59911 | Robert Vinci<br>Drinker Biddle and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 | Shareholder Representative, LLC<br>Julie Shiflett<br>810 N. Henry, Suite 190D<br>Post Falls, ID 83854 |
| Our Lady of the Valley<br>1502 Shirley Road<br>Helena, MT 59602 | Roman Catholic Bishop of Helena<br>515 North Ewing<br>P.O. Box 1729<br>Helena, MT 59601 | Sharon Stier<br>Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, NY 11556 |
| Peter Horst<br>Great American Insurance Counsel<br>One North Wacker Drive<br>Suite 4200<br>Chicago, IL 60606 | Ronald Waterman<br>Insurance Coverage Group<br>Dickstein Shapior<br>1825 Eye Street NW<br>Washington, DC 20006 | Spirit of Christ Mission<br>1475 Eaton Street<br>Missoula, MT 59801 |
| Pope John Paul II Parish<br>195 Cloverdell Road<br>P.O. Box 277<br>Bigfork, MT 59911 | Russell Roten<br>Duane Morris LLP<br>865 South Figueroa Street<br>Suite 3100<br>Los Angeles, CA 90017 | St. Ann Parish<br>2100 Farragut Avenue<br>Butte, MT 59701 |
| Ray Miller<br>Schiff Hardin LLP<br>666 Fifth Avenue<br>17th Floor<br>New York, NY 10103 | Sacred Heart Mission<br>1502 Shirley Road<br>Helena, MT 59602 | St. Ann Parish<br>9015 Hwy 200 East<br>P.O. Box 1008<br>Bonner, MT 59823 |
| Resurrection Cemetery<br>3700 N. Montana Avenue<br>P.O. Box 5029<br>Helena, MT 59604 | Sacred Heart Parish<br>35933 Round Butte Road<br>Ronan, MT 59864 | St. Anne Parish<br>BIA Road #1<br>P.O. Box 160<br>Heart Butte, MT 59448 |
| Resurrection Parish<br>1725 S. 11th Avenue<br>Bozeman, MT 59715 | Sacred Heart, Belgian Colony<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486 | St. Anthony Parish<br>217 Tremont Street<br>Missoula, MT 59801 |

| | | |
|---|---|---|
| St. Bartholomew Parish<br>407 2nd Avenue, S.E.<br>P.O. Box 422<br>White Sulphur Springs, MT 59645 | St. John Parish<br>519 1st Avenue, S<br>P.O. Box 397<br>Fairfield, MT 59436 | St. Jude Parish<br>Hwy. 200, 100 Main Street<br>P.O. Box 802<br>Lincoln, MT 59639 |
| St. Catherine Parish<br>214 S. Elder<br>P.O. Box 205<br>Boulder, MT 59632 | St. John the Baptist<br>16680 Main Street<br>P.O. Box 329<br>Frenchtown, MT 59834 | St. Margaret Parish<br>129 2nd Avenue, SE<br>P.O. Box 207<br>Cut Bank, MT 59427 |
| St. Charles Parish<br>230 Baker Avenue<br>P.O. Box 128<br>Whitefish, MT 59937 | St. John Vianney Parish<br>609 Quaw Blvd.<br>Belgrade, MT 59714 | St. Mary Catholic Community<br>1700 Missoula Avenue<br>Helena, MT 59601 |
| St. Francis Parish<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486 | St. John's Parish<br>1500 Cobban Street<br>Butte, MT 59701 | St. Mary Mission<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832 |
| St. Francis Parish<br>411 S. 5th Street<br>P.O. Box 593<br>Hamilton, MT 59840 | St. Joseph Mission<br>437 Madison<br>P.O. Box 577<br>West Yellowstone, MT 59758 | St. Matthew Parish<br>602 S. Main Street<br>Kalispell, MT 59901 |
| St. Francis Xavier Parish<br>420 W. Pine Street<br>Missoula, MT 59802 | St. Joseph Mission<br>35933 Round Butte Road<br>Ronan, MT 59864 | St. Michael Parish<br>106 S. Maryland<br>Conrad, MT 59425 |
| St. Helena Cathedral Parish<br>530 N. Ewing Street<br>Helena, MT 59601 | St. Joseph Parish<br>28 3rd Street, NW<br>P.O. Box 286<br>Harlowton, MT 59036 | St. Michael Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832 |
| St. Ignatius Mission<br>300 Beartrack Avenue<br>P.O. Box 667<br>Saint Ignatius, MT 59865 | St. Joseph Parish<br>320 Main Street<br>P.O. Box 640<br>Choteau, MT 59422 | St. Phillip Neri Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832 |
| St. James Parish<br>109 W. Meany Street<br>P. O. Box 745<br>Plains, MT 59859 | St. Joseph Parish<br>719 Utah Avenue<br>P.O. Box 1467<br>Libby, MT 59923 | St. Richard Parish<br>1210 9th Street W<br>P.O. Box 2073<br>Columbia Falls, MT 59912 |

St. Rose of Lima Parish  
226 S. Atlantic Street  
Dillon, MT 59725

St. Teresa Parish  
107 - 2nd Avenue SE  
P.O. Box 337  
Whitehall, MT 59759

St. Theodore Parish  
530 N. Ewing Street  
Helena, MT 59601

St. Thomas Aquinas Mission  
531 Main Street  
Shelby, MT 59474

St. Thomas Parish  
108 Main Street  
P.O. Box 90  
Helmville, MT 59843

St. William Parish  
20 1st Avenue, NE  
P.O. Box 18  
Dutton, MT 59433

St. William Parish  
531 Main Street  
Shelby, MT 59474

St. William Parish  
416 Preston Avenue  
P.O. Box 186  
Thompson Falls, MT 59873

Steve and Rose Nistler  
7691 Highway 12 W  
Helena, MT 59601

STS Cyril & Methodius Parish  
120 W. Riggs  
P.O. Box 1110  
East Helena, MT 59635

Stuart Gordon  
Rivkin Radler LLP  
926 RXR Plaza  
Uniondale, NY 11556

The Foundation for Diocese Helena  
Jeanne Saarien  
P.O. Box 1729  
Helena, MT 59601

The Sycamore Tree  
21592 Sycamore Tree Lane  
Swan Lake, MT 59911

Thomas and Donna Weiner  
201 E. Lyndale Avenue  
#50-405  
Helena, MT 59601

Tort Claimants  
c/o Bryan Smith and Vito de la Cruz  
Tamaki Law Offices  
1340 N. 16th Avenue, Suite C  
Yakima, WA 98902

Tort Claimants  
c/o Joseph Blumel  
Law Offices of Joseph A. Blumel III  
4407 N. Division Street, Suite 900  
Spokane, WA 99207

Tort Claimants  
c/o Lee James and Craig Vernon  
James, Vernon & Weeks  
1626 Lincoln Way  
Coeur D Alene, ID 83814

Tort Claimants  
c/o Milt Datsopoulos, Molly Howard  
Datsopoulos, MacDonald & Lind  
201 W. Main Street, Suite 201  
Missoula, MT 59802

Tort Claimants  
c/o Timothy Kosnoff and Daniel Fa  
Kosnoff Fasy, PLLC  
520 Pike Street, Suite 1010  
Seattle, WA 98101

Ursulines

Wells Fargo Wealth Management  
350 North Last Chance Gulch  
Second Floor  
Helena, MT 59601

William P. Driscoll  
Franz and Driscoll  
21 N. Last Chance Gulch  
Suite 210  
Helena, MT 59601

Xerox Corporation  
P.O. Box 7405  
Pasadena, CA 91109

# United States Bankruptcy Court
## District of Montana

In re: **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 31, 2014**
Date

/s/ **Bruce A. Anderson**
**Bruce A. Anderson 3392**
Signature of Attorney or Litigant
Counsel for **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**
**Elsaesser Jarzabek Anderson Elliott & Macdonald**
**320 East Neider Ave. Suite 102**
**Coeur D Alene, ID 83815**
**(208) 667-2900 Fax:(208) 667-2150**