B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Montana

In re: Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)
Debtor(s)

Case No. 14-60074
Chapter 11

**AMENDED**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 95 Abuse Claimants | c/o Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902<br>(509)248-8338 | Abuse Claims against the Debtor. Claimants names and addresses to be filed under seal, after appropriate Motion, notice and hearing allowing sealing and confidentiality of identities of claimants. | Unliquidated, pending settlement subject to Bankruptcy Court approval. | Unknown |
| 268 Abuse Claimants | c/o Milt Datsopoulos and Molly Howard<br>Datsopoulos, MacDonald and Lind<br>201 W. Main Street, Suite 201<br>Missoula, MT 59802, (406)728-0810<br><br>c/o Timothy Kosnoff and Daniel Fasy<br>Kosnoff Fasy, PLLC<br>520 Pike Street, Suite 1010<br>Seattle, WA 98101, (206)257-3590<br><br>c/o Joseph Blumel<br>Law Offices of Joseph A. Blumel III<br>4407 N. Division Street, Suite 900<br>Spokane, WA 99207, (509)487-1651<br><br>c/o Lee James and Craig Vernon<br>James, Vernon and Weeks<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814, (206)667-0683 | Abuse Claims against the Debtor. Claimants names and addresses to be filed under seal, after appropriate Motion, notice and hearing allowing sealing and confidentiality of identities of claimants. | Unliquidated, pending settlement subject to Bankruptcy Court approval. | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re    Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anaconda Catholic Community | Anaconda Catholic Community 217 W. Pennsylvania Anaconda, MT 59711 | D&L deposit w/interest through 11/30/13. Accounts 204 ($227,780.99) and 204ST ($34,385.51) | | 262,166.50 |
| Annuity Fund 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | Annuity Fund 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | D&L deposit w/interest through 1/31/14. | | 527,622.90 |
| Butte Catholic Community N. 102 South Washington Street Butte, MT 59701 | Butte Catholic Community N. 102 South Washington Street Butte, MT 59701 | D&L deposit w/interest through 11/30/13. Accounts 211 ($295,904.50) and 211ST ($25,084.49) | | 320,988.99 |
| Current Fund 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | Current Fund 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | D&L deposit w/interest through 11/30/13. Accounts 1000 ($1,538,464.05) and 1000ST ($667.41) | | 1,539,131.46 |
| Custodian Funds 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | Custodian Funds 515 N. Ewing Street P.O. Box 1729 Helena, MT 59601 | D&L deposit w/interest through 11/30/13. | | 276,282.78 |
| Little Flower Parish 204 1st Street, N.W. Browning, MT 59417 | Little Flower Parish 204 1st Street, N.W. Browning, MT 59417 | D&L deposit w/interest through 11/30/13. Accounts 310 ($390,674.90) and 310ST ($215,979.76) | | 606,654.60 |
| Mountain West Bank 1225 Cedar Street P.O. Box 6013 Helena, MT 59604 | Mountain West Bank 1225 Cedar Street P.O. Box 6013 Helena, MT 59604 | Commercial Loan | | 362,511.20 |

B4 (Official Form 4) (12/07) - Cont.

In re    Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)    Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mountain West Bank<br>1225 Cedar Street<br>P.O. Box 6013<br>Helena, MT 59604 | Mountain West Bank<br>1225 Cedar Street<br>P.O. Box 6013<br>Helena, MT 59604 | Commercial Loan | | 362,511.20 |
| Our Lady of Mercy Parish<br>500 Dewey Avenue<br>P.O. Box 626<br>Eureka, MT 59917 | Our Lady of Mercy Parish<br>500 Dewey Avenue<br>P.O. Box 626<br>Eureka, MT 59917 | D&L deposit w/interest through 11/30/13. Accounts 528 ($248,157.30) and 528ST ($4119.85) | | 252,277.15 |
| Our Lady of the Valley<br>1502 Shirley Road<br>Helena, MT 59602 | Our Lady of the Valley<br>1502 Shirley Road<br>Helena, MT 59602 | D&L deposit w/interest through 11/30/13. Accounts 460 ($598,538.30) and 460ST ($11,996.55) | | 710,534.85 |
| Pope John Paul II Parish<br>195 Cloverdell Road<br>P.O. Box 277<br>Bigfork, MT 59911 | Pope John Paul II Parish<br>195 Cloverdell Road<br>P.O. Box 277<br>Bigfork, MT 59911 | D&L deposit w/interest through 11/30/13. Accounts 506 ($422,081.36) and 506ST ($43,530.71) | | 465,612.07 |
| Resurrection Parish<br>1725 S. 11th Avenue<br>Bozeman, MT 59715 | Resurrection Parish<br>1725 S. 11th Avenue<br>Bozeman, MT 59715 | D&L deposit w/interest through 11/30/13. | | 750,494.59 |
| St. Ann Parish<br>2100 Farragut Avenue<br>Butte, MT 59701 | St. Ann Parish<br>2100 Farragut Avenue<br>Butte, MT 59701 | D&L deposit w/interest through 11/30/13. Accounts 213 ($448,421.42) and 213ST ($117,099.55) | | 565,520.97 |
| St. Francis Xavier Parish<br>420 W. Pine Street<br>Missoula, MT 59802 | St. Francis Xavier Parish<br>420 W. Pine Street<br>Missoula, MT 59802 | D&L deposit w/interest through 11/30/13. | | 1,018,951.58 |
| St. Helena Cathedral Parish<br>530 N. Ewing Street<br>Helena, MT 59601 | St. Helena Cathedral Parish<br>530 N. Ewing Street<br>Helena, MT 59601 | D&L deposit w/interest through 11/30/13. Accounts 401 ($90,021.62) and 401ST ($243,287.31) | | 333,308.93 |

B4 (Official Form 4) (12/07) - Cont.

In re Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| St. Matthew Parish 602 S. Main Street Kalispell, MT 59901 | St. Matthew Parish 602 S. Main Street Kalispell, MT 59901 | D&L deposit w/interest through 11/30/13. Accounts 535 ($1,933,707.50) and 535ST ($909.46) | | 1,934,616.90 |
| St. Phillip Neri Parish 12 Broad Street P.O. Box 329 Drummond, MT 59832 | St. Phillip Neri Parish 12 Broad Street P.O. Box 329 Drummond, MT 59832 | D&L deposit w/interest through 11/30/13. Accounts 241 ($328,900.10) and 241ST ($30,147.58 | | 359,047.68 |
| The Foundation for the Diocese of Helena Jeanne Saarinen P.O. Box 1729 Helena, MT 59601 | The Foundation for the Diocese of Helena Jeanne Saarinen P.O. Box 1729 Helena, MT 59601 | The Foundation for the Diocese of Helena is obligated on expected termination liabilities of certain annuities held for the benefit of various parishes | | 1,665,293.23 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Bishop of Diocese of Helena of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date February 7, 2014    Signature _____
Most Reverend George Leo Thomas
Bishop of Diocese of Helena

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.