# United States Bankruptcy Court
## District of Montana

In re: **Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole (Diocese of Helena)**
Debtor(s)

Case No. **14-60074**
Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 5,444,888.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ 419,541.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 105,690.00 |
| 4. Payroll Taxes | 33,656.00 |
| 5. Unemployment Taxes | 102.00 |
| 6. Worker's Compensation | 13,800.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 1,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 6,700.00 |
| 12. Office Expenses and Supplies | 19,600.00 |
| 13. Repairs and Maintenance | 3,500.00 |
| 14. Vehicle Expenses | 5,700.00 |
| 15. Travel and Entertainment | 22,000.00 |
| 16. Equipment Rental and Leases | 1,000.00 |
| 17. Legal/Accounting/Other Professional Fees | 20,000.00 |
| 18. Insurance | 9,000.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 80,000.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---:|
| First Interstate Bank Loan | 20,636.00 |
| Foundation for the Diocese of Helena Loan | 13,000.00 |
| Ravalli County Bank Loan | 12,000.00 |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---:|
| Guatemala Missions Support | 23,000.00 |
| Montana Catholic Conference | 3,833.00 |
| Catholic Social Services of Montana | 6,635.00 |
| Arch Diocese of Denver Management Corp. (tuition) | 16,666.00 |
| Catholic University (tuition) | 1,242.00 |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 418,760.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 781.00 |