UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

ROMAN CATHOLIC BISHOP OF
HELENA, MONTANA, A
MONTANA RELIGIOUS
CORPORATION SOLE
(DIOCESE OF HELENA),

Case No. 14-60074-11

Debtor.

# ORDER

The undersigned has been designated and assigned as the presiding Bankruptcy Judge in this case (hereafter "the Court"). This Order is designed to address the matter of hearings before the Court.

The Court will hear matters in this bankruptcy case, and in related adversary proceedings, either in person (generally, but perhaps not invariably, at the Mike Mansfield Federal Building and U.S. Courthouse, 400 North Main Street, Butte, MT 59701) or by video conference. This Court does not conduct hearings, other than certain adversary pretrial or similar status conferences, by telephone.

"In person" hearings are not anticipated to have video access, either for participation or observation, and all counsel and all self-represented parties intending to appear or be heard at such hearings should plan on being physically present in the designated courtroom. However, an in person hearing may be converted to a video hearing depending on the nature of the matters scheduled to be heard. In such event, parties will be advised and the procedures below will

1

apply.

Video hearings will generally be conducted from the courtrooms in Boise, ID, and Butte, MT (or such alternative locations as may be designated by the Court). Multi-point (*e.g.*, three location) video hearings may be possible. Parties desiring to appear at such a video hearing from locations other than Boise or Butte will be required to make advance arrangements with the Court.

This Court does not generally allow evidentiary presentations at video hearings. Matters that involve the testimony of witnesses and presentation of documentary evidence will be set for in person hearings in Butte (or other location as directed by the Court). The Court may, in its discretion, allow hearings by video where evidence is anticipated if such evidence is solely documentary in nature, disclosed in advance of hearing, and admitted by prior agreement or admissible without a supporting witness.

To facilitate scheduling in this matter, the Court has identified the following dates and times for hearings. This is a preliminary schedule and is subject to change as the requirements of this case dictate, and as this Court's hearing obligations in the District of Idaho and/or duties as Chief Bankruptcy Judge necessitate.

HEARING DATES

      March 5, 2014 (**VIDEO HEARING** 9:00 am)

      March 19, 2014 (2:00 pm) and March 20, 2014 (9:00 am)

      April 16, 2014 (2:00 pm) and April 17 (9:00 am)

      May 28, 2014 (2:00 pm) and May 29, 2014 (9:00 am)

      June 25, 2014 (2:00 pm) and June 26, 2014 (9:00 am)

Questions regarding scheduling should be directed to the Deputy Clerks of the U.S. Bankruptcy Court, District of Montana, or to Suzanne Hickok, Senior Law Clerk, Chambers of Hon. Terry L. Myers, Boise, ID (phone: 208-334-9341).

IT IS SO ORDERED.

DATED: February 14, 2014

TERRY L. MYERS
U. S. BANKRUPTCY JUDGE