Neal G. Jensen
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT  59401
(406) 761-8177
Fax: (406) 761-8895
Email: neal.g.jensen@usdoj.gov
State Bar I.D. No. 738
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | Chapter 11 |
| Roman Catholic Bishop of Helena, Montana, | Case No. 14-60074 |
| Debtor-in Possession. | APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. § 1102, the following creditors of the above-named Debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

    Thomas A. Lozeau, Jr.
    P.O. Box 294
    Ronan, MT  59864

    SuSan Lefthand Dowdall
    32722 S. Finley Pt. Road
    Polson, MT  59860

    Dana Short
    306 S. Yellowstone
    Bozeman, MT  59718

    David "Scott" Johnson
    710 Preston Avenue
    Thompson Falls, MT  59865

    Laurell Charette
    73011 Highway 93
    St. Ignatius, MT 59865

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS - 1**

Milton Nomee, Sr.
P.O. Box 11
Usk, WA  99180

Duretta Billadeaux
P.O. Box 240
St. Ignatius, MT  59865

Dated: March 7, 2014

        GAIL BREHM GEIGER
        Acting U.S. Trustee for Region 18

        /s/ Neal G. Jensen
        NEAL G. JENSEN,
        Attorney for United States Trustee

### CERTIFICATE OF MAILING

I, Anne Carraturo, do certify under perjury that a copy of the within and foregoing Appointment of Committee of Unsecured Creditors was mailed on the 7th day of March, 2014, at Seattle, Washington, and directed to those names listed above and on the attached mailing matrix.

        /s/Anne M. Carraturo
        Anne M. Carraturo
        Paralegal for the United States Trustee

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS - 2**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0977-2<br>Case 14-60074<br>U.S. Bankruptcy Court, District of Montana<br>Butte<br>Fri Mar 7 09:32:24 MST 2014 | Great American Insurance Company<br>c/o Crowley Fleck PLLP<br>P.O. Box 7099<br>Missoula, MT 59807-7099 | MT Dept of Environmental Quality<br>P.O. Box 200901<br>Helena, MT 59620-0901 |
| ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A<br>PO BOX 1729<br>HELENA, MT 59624-1729 | Tort Claimants c/o Datsopoulos, MacDonald &<br>Datsopoulos, MacDonald & Lind, P.C.<br>201 W. Main Street, Suite 201<br>Missoula, MT 59802-4326 | Ursuline Western Province<br>c/o Susan G. Boswell<br>Quarles & Brady LLP<br>One S. Church Ave.<br>Suite 1700<br>Tucson, AZ 85701-1630 |
| U.S. Bankruptcy Court, District of MT<br>Room 263 Federal Building<br>400 North Main<br>Butte, MT 59701-8866 | ANDERSON ZURMUEHLEN<br>ATTN: KEVIN KELLEY<br>PO BOX 1040<br>HELENA, MT 59624-1040 | Allegiance Benefit Plan Mgmt.<br>Flexible Benefits<br>P.O. Box 4346<br>Missoula MT 59806-4346 |
| America Press, Inc.<br>P.O. Box 293159<br>Dayton OH 45429-9159 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Anaconda Catholic Community<br>217 W. Pennsylvania<br>Anaconda, MT 59711-1927 |
| Anderson Zurmuehlen<br>828 Great Northern Blvd.<br>Helena MT 59601-3357 | Annuity Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Assoc. Catholic Diocesan Archivists<br>c/o Brian B. Fahey, Treasurer<br>P.O. Box 818<br>Charleston SC 29402-0818 |
| B&D Associates<br>dba Crowne Plaza Union Station<br>123 W. Louisiana Street<br>Indianapolis IN 46225-1049 | Blessed Trinity Catholic Com<br>1475 Eaton Street<br>Missoula, MT 59801-3224 | Butte Catholic Community N.<br>102 South Washington Street<br>Butte, MT 59701-1638 |
| Butte Catholic Schools<br>9 S. Idaho Street<br>Butte, MT 59701-1609 | Catalina Sugayan and Peter Horst<br>Great American Insurance Counsel<br>One N. Wacker Drive, Ste 4200<br>Chicago, IL 60606-2862 | Catholic Mutual Group<br>10843 Old Mill Road<br>Omaha, NE 68154-2600 |
| Chris Fichtl<br>Sharon Stier<br>Rivkin Radler<br>926 RXR Plaza<br>Uniondale, NY 11556-3823 | Christ the King Parish<br>1400 Gerald Avenue<br>Missoula, MT 59801-4230 | Clergy Senior Status Trust<br>c/o Marie T. Mullarkey<br>Wells Fargo<br>350 N. Last Change Gulch, 2nd Fl.<br>Helena MT 59601-5012 |
| Current Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Custodian Funds<br>515 N. Ewing St.<br>P.O. Box 1729<br>Helena, MT 59624-1729 | David Spector, Luis DeLucia<br>Ray Miller<br>Schiff Hardin LLP<br>666 Fifth Avenue, 17th Fl.<br>New York, NY 10103-1700 |
| Emmett Kent<br>dba ETAK Electric<br>P.O. Box 8<br>Elliston MT 59728-0008 | Endowment Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena MT 59624-1729 | First Interstate Bank<br>25 E. Lyndale Avenue<br>P.O. Box 5299<br>Helena, MT 59604-5299 |

| | | |
|---|---|---|
| Flint Creek Catholic Community<br>P.O. Box 329<br>Drummond MT 59832-0329 | Foundation for the Diocese Helena<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Fred Marczyk, Michael Pompeo<br>Richard Vinci<br>Drinker Biddle and Reath LLP<br>1177 Ave. of the Americas, 41st Fl.<br>New York, NY 10036-2714 |
| GREAT AMERICAN FINANCIAL SERVICES CORPORATIO<br>FKA GREAT AMERICAN LEASING CORP<br>ATTN:PEGGY UPTON, LITIGATION SPECIALIST<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | George P. Burns<br>2555 Ferndale, 110<br>Helena MT 59601-8021 | Good Samaritan Thrift Store<br>3067 N. Montana Avenue<br>Helena, MT 59601-0552 |
| (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Guatemala General<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Guatemala Nurses Fund<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 |
| Holy Cross Parish<br>101 S. Walnut<br>P.O. Box 610<br>Townsend, MT 59644-0610 | Holy Family Parish<br>609 Quaw Blvd.<br>Belgrade, MT 59714-3140 | Holy Rosary Parish<br>220 W. Main Street<br>P.O. Box 96<br>Bozeman, MT 59771-0096 |
| Holy Spirit Parish<br>3930 East Lake Street<br>Butte, MT 59701-4399 | Immaculate Conception Parish<br>1002 4th Avenue, E<br>P.O. Box 1477<br>Polson, MT 59860-1477 | Immaculate Conception Parish<br>605 Clark Street<br>P.O. Box 786<br>Deer Lodge, MT 59722-0786 |
| Interlogic Outsourcing, Inc.<br>25325 Leer Drive<br>Elkhart, IN 46514-5428 | Invesco<br>Paul Maloy<br>40 W. Lawrence Street, Ste. C<br>Helena, MT 59601-5083 | James Murray, Jared Zola<br>Ronald Waterman<br>Dickstein Shapiro, LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5417 |
| James Stang<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd.<br>13th Floor<br>Los Angeles, CA 90067-4114 | Jason King<br>Patton Boggs LLP<br>One Riverfront Plaza, 6th Floor<br>1037 Raymond Blvd.<br>Newark, NJ 07102-5428 | Jeff Kahane, Russell Roten<br>Duane Morris LLP<br>865 S. Figueroa St., Ste. 3100<br>Los Angeles, CA 90017-5450 |
| Jerry and Jan Cashman<br>2055 Springhill Road<br>Bozeman, MT 59718-8461 | Jim Butts<br>2855 Swan Highway<br>Bigfork MT 59911-6414 | John Hall<br>c/o. St. John Vianney Seminary<br>1300 S. Steele Street<br>Denver CO 80210-2526 |
| Joseph Hampton<br>Betts, Patterson and Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927 | Keith Talbot, Scott Jamieson<br>Michael Patterson<br>Patterson Buchanan Fobes Leitch<br>2112 Third Ave., Ste. 500<br>Seattle, WA 98121-2326 | Latin American Missions<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 |
| Little Flower Parish<br>204 1st Street, N.W.<br>P.O. Box 529<br>Browning, MT 59417-0529 | Liturgy Training Publications<br>3949 S. Racine Avenue<br>Chicago IL 60609-2523 | Living Water Catholic Church<br>152 S.O.S. Road<br>P.O. Box 995<br>Seeley Lake, MT 59868-0995 |

| | | |
|---|---|---|
| MONTANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SPECIALIST KIM DAVIS<br>PO BOX 7701<br>HELENA, MT 59604-7701 | Madison County Catholic Comm<br>105 Poppleton<br>P.O. Box 17<br>Sheridan, MT 59749-0017 | Mary DeYoung<br>Soha and Lang<br>1325 Fourth Avenue<br>Suite 2000<br>Seattle, WA 98101-2570 |
| Montana Dept. Environmental Quality<br>1520 E. 6th Avenue<br>Helena, MT 59601-4541 | Morrison Maierle, Inc.<br>1 Engineering Place<br>P.O. Box 6147<br>Helena MT 59604-6147 | Mountain West Bank<br>1225 Ceder Street<br>P.O. Box 6013<br>Helena, MT 59604-6013 |
| National Conference for<br>Catechetical Leadership<br>3031 Fourth Street, Suite B<br>Washington DC 20017-1102 | Northwest Archivists, Inc.<br>Oregon Jewish Museum<br>1953 NW Kearney<br>Portland OR 97209-1414 | OFFICE OF THE U.S. TRUSTEE<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401-3113 |
| Our Lady of Lourdes<br>1502 Shirley Road<br>Helena, MT 59602-6639 | Our Lady of Mercy Parish<br>500 Dewey Avenue<br>P.O. Box 626<br>Eureka, MT 59917-0626 | Our Lady of Pines Parrish<br>437 Madison<br>P.O. Box 577<br>West Yellowstone, MT 59758-0577 |
| Our Lady of Swan Valley<br>21592 Sycamore Tree Lane<br>Bigfork, MT 59911-7907 | Our Lady of the Valley<br>1502 Shirley Road<br>Helena, MT 59602-6639 | Patti Cassidy<br>2312 Garland Drive<br>Missoula MT 59803-1102 |
| Pope John Paul II Parish<br>195 Cloverdell Road<br>P.O. Box 277<br>Bigfork, MT 59911-0277 | Ravalli County Bank<br>P.O. Box 150<br>Hamilton, MT 59840-0150 | Resurrection Cemetery<br>3700 N. Montana Avenue<br>P.O. Box 5029<br>Helena, MT 59604-5029 |
| Resurrection Parish<br>1725 S. 11th Avenue<br>Bozeman, MT 59715-5404 | Reverend Edward Stupca<br>300 Mount Highland Drive<br>Butte MT 59701-4080 | Reverend Frank McCormick<br>2409 Mary Jane Blvd.<br>Missoula MT 59808-5886 |
| Reverend Gregory Burke<br>105 Rampart Drive<br>Butte MT 59701-4365 | Reverend John J. Darragh<br>730 Missy's Way<br>Apt. B<br>Missoula MT 59801-1487 | Reverend John Murray<br>901 Pennsylvania Avenue<br>Deer Lodge MT 59722-1743 |
| Reverend Joseph Byrne<br>2801 Colonial Drive<br>Apt. 215<br>Helena MT 59601-8040 | Reverend Kenneth Fortney<br>3 Willowbrook Close<br>Whitefish MT 59937-8100 | Reverend Msgr. Joseph Harrington<br>1726 Cannon<br>Helena MT 59601-1964 |
| Reverend Richard Sodja<br>2530 Wildwood Lane, No 5<br>Helena MT 59601-8027 | Reverend Stephen Tallman<br>5630 Lower Woodchuck Road<br>Florence MT 59833-6624 | Reverend Thomas M. O'Donnell<br>1701 Prospect Avenue<br>3H<br>Helena MT 59601-4598 |

| | | |
|---|---|---|
| Reverend Victor Langhans<br>P.O. Box 856, CMR 701<br>APO AP 96555 | Risen Christ Parish<br>65 W. Evergreen Drive<br>Kalispell, MT 59901-2809 | Robert Vinci<br>Drinker Biddle and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Roman Catholic Bishop of Helena<br>515 North Ewing<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole (<br>PO Box 1729<br>Helena, MT 59624-1729 | STS Cyril & Methodius Parish<br>120 W. Riggs<br>P.O. Box 1110<br>East Helena, MT 59635-1110 |
| Sacred Heart Mission<br>1502 Shirley Road<br>Helena, MT 59602-6639 | Sacred Heart Parish<br>35933 Round Butte Road<br>Ronan, MT 59864-2311 | Sacred Heart, Belgian Colony<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486-0338 |
| Service Master Comm. Bldg. Service<br>P.O. Box 310<br>Helena, MT 59624-0310 | Shaela Evenson<br>1810 Elm Street<br>Butte MT 59701-4816 | Shareholder Representative, LLC<br>Julie Shiflett<br>810 N. Henry, Suite 190D<br>Post Falls, ID 83854-7665 |
| Sheila McShane<br>P.O. Box 1729<br>Helena MT 59624-1729 | Sister of Charity of Leavenworth<br>Delores Brinkel<br>P.O. Box 1729<br>Helena MT 59624-1729 | Sisters of Charity Margaret Hogan<br>602 N 10th Street<br>Hamilton MT 59840-2059 |
| Sisters of Charity Paula Tweet<br>3900 Juniper Lane<br>Butte MT 59701 | Spirit of Christ Mission<br>1475 Eaton Street<br>Missoula, MT 59801-3224 | St. Ann Parish<br>2100 Farragut Avenue<br>Butte, MT 59701-6102 |
| St. Ann Parish<br>9015 Hwy 200 East<br>P.O. Box 1008<br>Bonner, MT 59823-1008 | St. Anne Parish<br>BIA Road #1<br>P.O. Box 160<br>Heart Butte, MT 59448-0160 | St. Anthony Parish<br>217 Tremont Street<br>Missoula, MT 59801-3997 |
| St. Bartholomew Parish<br>407 2nd Avenue, S.E.<br>P.O. Box 422<br>White Sulphur Springs, MT 59645-0422 | St. Catherine Parish<br>214 S. Elder<br>P.O. Box 205<br>Boulder, MT 59632-0205 | St. Charles Parish<br>230 Baker Avenue<br>P.O. Box 128<br>Whitefish, MT 59937-0128 |
| St. Francis Parish<br>411 S. 5th Street<br>P.O. Box 593<br>Hamilton, MT 59840-0593 | St. Francis Parish<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486-0338 | St. Francis Xavier Parish<br>420 W. Pine Street<br>Missoula, MT 59802-4118 |
| St. Helena Cathedral Parish<br>530 N. Ewing Street<br>Helena, MT 59601-4001 | St. Ignatius Mission<br>300 Beartrack Avenue<br>P.O. Box 667<br>Saint Ignatius, MT 59865-0667 | St. James Parish<br>109 W. Meany Street<br>P. O. Box 745<br>Plains, MT 59859-0745 |

| | | |
|---|---|---|
| St. John Parish<br>519 1st Avenue, S<br>P.O. Box 397<br>Fairfield, MT 59436-0397 | St. John Vianney Parish<br>609 Quaw Blvd.<br>Belgrade, MT 59714-3140 | St. John the Baptist<br>16680 Main Street<br>P.O. Box 329<br>Frenchtown, MT 59834-0329 |
| St. John's Parish<br>1500 Cobban Street<br>Butte, MT 59701-5934 | St. Joseph Mission<br>35933 Round Butte Road<br>Ronan, MT 59864-2311 | St. Joseph Mission<br>437 Madison<br>P.O. Box 577<br>West Yellowstone, MT 59758-0577 |
| St. Joseph Parish<br>28 3rd Street, NW<br>P.O. Box 286<br>Harlowton, MT 59036-0286 | St. Joseph Parish<br>320 Main Street<br>P.O. Box 640<br>Choteau, MT 59422-0640 | St. Joseph Parish<br>719 Utah Avenue<br>P.O. Box 1467<br>Libby, MT 59923-1467 |
| St. Jude Parish<br>Hwy. 200, 100 Main Street<br>P.O. Box 802<br>Lincoln, MT 59639-0802 | St. Margaret Parish<br>129 2nd Avenue, SE<br>P.O. Box 207<br>Cut Bank, MT 59427-0207 | St. Mary Catholic Community<br>1700 Missoula Avenue<br>Helena, MT 59601-3966 |
| St. Mary Mission<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 | St. Matthew Parish<br>602 S. Main Street<br>Kalispell, MT 59901-4898 | St. Michael Parish<br>106 S. Maryland<br>Conrad, MT 59425-2016 |
| St. Michael Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 | St. Phillip Neri Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 | St. Richard Parish<br>1210 9th Street W<br>P.O. Box 2073<br>Columbia Falls, MT 59912-2073 |
| St. Rose of Lima Parish<br>226 S. Atlantic Street<br>Dillon, MT 59725-2717 | St. Teresa Parish<br>107 - 2nd Avenue SE<br>P.O. Box 337<br>Whitehall, MT 59759-0337 | St. Theodore Parish<br>530 N. Ewing Street<br>Helena, MT 59601-4001 |
| St. Thomas Aquinas Mission<br>531 Main Street<br>Shelby, MT 59474-1809 | St. Thomas Parish<br>108 Main Street<br>P.O. Box 90<br>Helmville, MT 59843-0090 | St. William Parish<br>20 1st Avenue, NE<br>P.O. Box 18<br>Dutton, MT 59433-0018 |
| St. William Parish<br>416 Preston Avenue<br>P.O. Box 186<br>Thompson Falls, MT 59873-0186 | St. William Parish<br>531 Main Street<br>Shelby, MT 59474-1809 | Steve and Rose Nistler<br>7691 Highway 12 W<br>Helena, MT 59601-9779 |
| The Foundation for Diocese Helena<br>Jeanne Saarien<br>P.O. Box 1729<br>Helena, MT 59624-1729 | The Sycamore Tree<br>21592 Sycamore Tree Lane<br>Swan Lake, MT 59911-7907 | Thomas and Donna Weiner<br>201 E. Lyndale Avenue<br>#50-405<br>Helena, MT 59601-2914 |

| | | |
|---|---|---|
| Tort Claimants<br>c/o Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902-7106 | Tort Claimants<br>c/o Joseph Blumel<br>Law Offices of Joseph A. Blumel III<br>4407 N. Division Street, Suite 900<br>Spokane, WA 99207-1660 | Tort Claimants<br>c/o Lee James and Craig Vernon<br>James, Vernon & Weeks<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 |
| Tort Claimants<br>c/o Milt Datsopoulos, Molly Howard<br>Datsopoulos, MacDonald & Lind<br>201 W. Main Street, Suite 201<br>Missoula, MT 59802-4326 | Tort Claimants<br>c/o Timothy Kosnoff and Daniel Fasy<br>Kosnoff Fasy, PLLC<br>520 Pike Street, Suite 1010<br>Seattle, WA 98101-4058 | US SECURITIES & EXCHANGE COMM<br>ATTN: BANKRUPTCY COUNSEL<br>5670 WILSHIRE BLVD 11TH FLOOR<br>LOS ANGELES, CA 90036-5627 |
| UnitedHealthcare Ins. Co.<br>P.O. Box 5840<br>Carol Stream IL 60197-5840 | Ursuline Nuns<br>c/o John P. Christian<br>475 Sansome Street, Suite 1800<br>San Francisco CA 94111-3141 | Ursuline Nuns<br>c/o Thomas Q. Johnson<br>Keller, Reynolds, Drake, Johnson<br>P.O. Box 598<br>Helena MT 59624-0598 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Wealth Management<br>350 North Last Chance Gulch<br>Second Floor<br>Helena, MT 59601-5012 | William P. Driscoll<br>Franz and Driscoll<br>21 N. Last Chance Gulch<br>Suite 210<br>Helena, MT 59601-4142 |
| Xerox Corporation<br>P.O. Box 7405<br>Pasadena, CA 91109-7405 | BRUCE ALAN ANDERSON<br>ELSAESSER, JARZABEK, et al.<br>320 East Neider Avenue<br>Suite 102<br>COEUR D'ALENE, ID 83815-6007 | FORD ELSAESSER<br>ELSAESSER, JARZABEK, et al.<br>PO BOX 1049<br>SANDPOINT, ID 83864-0855 |
| WILLIAM P DRISCOLL<br>FRANZ & DRISCOLL, PLLP<br>PO BOX 1155<br>HELENA, MT 59624-1155 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266 | (d)Honda Financial Services<br>P.O. Box 168008<br>Irving, TX 75016 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DEPOSITOR CLAIMANTS | (u)FIREMAN'S FUND INSURANCE CO. | (u)FIRST INTERSTATE BANK |

| | | |
|---|---|---|
| (u)INSURANCE COVERAGE GROUP | (u)MICHAEL AND CYNTHIA HUEMPFNER | (u)The Catholic Mutual Relief Society of Amer |
| (u)Travelers Casualty and Surety Company | (u)JACQUELYN FRANK<br>ANDERSON ZURMUEHLEN & CO PC | End of Label Matrix<br>Mailable recipients 165<br>Bypassed recipients 8<br>Total 173 |