UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA)**,

Debtor.

Case No. **14-60074-11**

# O R D E R

In the above Chapter 11 case, attorneys Bradley J. Luck and Jenny M. Jourdonnais filed a Motion for Admission Pro Hac Vice of Alyson M. Fiedler on March 11, 2014. Doc. No. 114. Admission to practice before this Court is governed by Mont. LBR 2090-1.

Upon review of the motion, and the representations of Alyson M. Fiedler, it appears the requirements of LBR 2090-1(c)-(f) are met. Therefore:

IT IS HEREBY ORDERED that the Motion for Admission of Alyson M. Fiedler to Appear Pro Hac Vice, Doc. No. 114, is GRANTED and Alyson M. Fiedler is admitted to practice before this Court for the purpose of representing Catholic Mutual Relief Society of America in this Chapter 11 case.

DATED: March 12, 2014

TERRY L. MYERS
U. S. BANKRUPTCY JUDGE

1

```
United States Bankruptcy Court
                                     District of Montana
In re:                                                                  Case No. 14-60074
ROMAN CATHOLIC BISHOP OF HELENA, MONTANA                                Chapter 11
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0977-2          User: clf                    Page 1 of 2           Date Rcvd: Mar 13, 2014
                              Form ID: pdfomphv            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2014.
db              ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTAN,    PO BOX 1729,    HELENA, MT  59624-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2014 at the address(es) listed below:
              ALYSON M FIEDLER    on behalf of Interested Party    The Catholic Mutual Relief Society of America
               afiedler@schiffhardin.com
              BENJAMIN P HURSH    on behalf of Interested Party    Great American Insurance Company
               bhursh@crowleyfleck.com,    mbattaiola@crowleyfleck.com
              BENJAMIN T CORY    on behalf of Interested Party    Great American Insurance Company
               bcory@crowleyfleck.com,    nsanders@crowleyfleck.com;mbattaiola@crowleyfleck.com
              BRADLEY J. LUCK    on behalf of Interested Party    The Catholic Mutual Relief Society of America
               bjluck@garlington.com,
               jdlawrenson@garlington.com;sgfeatherman@garlington.com;jmjourdonnais@garlington.com;camcilnay@gar
               lington.com
              BRIAN ORLAND MARTY    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.
               brian.marty@moultonbellingham.com,    doug.james@moultonbellingham.com
              BRUCE ALAN ANDERSON    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) brucea@ejame.com,
               baafiling@ejame.com;katie@ejame.com
              CATALINA J SUGAYAN    on behalf of Interested Party    Great American Insurance Company
               catalina.sugayan@sedgwicklaw.com
              DAVID M SPECTOR    on behalf of Interested Party    The Catholic Mutual Relief Society of America
               dspector@schiffhardin.com
              DOUG JAMES    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.
               doug.james@moultonbellingham.com,    Janet.McMurphy@moultonbellingham.com
              ELIZABETH S. FELLA    on behalf of Creditor    Ursuline Western Province
               elizabeth.fella@quarles.com,
               docketaz@quarles.com;kelly.webster@quarles.com;linda.vaubel@quarles.com
              FORD ELSAESSER    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) ford@ejame.com,    baafiling@ejame.com
              FREDERICK P MARCZYK    on behalf of Creditor    Travelers Casualty and Surety Company
               Frederick.Marczyk@dbr.com
              J RICHARD ORIZOTTI    on behalf of Creditor    Travelers Casualty and Surety Company jro@prrlaw.com,
               cat@prrlaw.com;sjs@prrlaw.com
              J.R. CASILLAS    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               jrcasillas@dmllaw.com
              JAMES R MURRAY    on behalf of Interested Party    INSURANCE COVERAGE GROUP
               MurrayJ@dicksteinshapiro.com
              JARED ZOLA    on behalf of Interested Party    INSURANCE COVERAGE GROUP ZolaJ@dicksteinshapiro.com
              JEFF D KAHANE    on behalf of Interested Party    Great American Insurance Company
               jkahane@duanemorris.com
              JENNY MAY JOURDONNAIS    on behalf of Interested Party    The Catholic Mutual Relief Society of
               America jmjourdonnais@garlington.com,
               rlkjelsrud@garlington.com;usdcfiling@garlington.com;semarshall@garlington.com
              JOHN H. GRANT    on behalf of Creditor    FIRST INTERSTATE BANK jgrant@jmgm.com,
               jgrant4774@aol.com;nstepper@jmgm.com
              JOHN L AMSDEN    on behalf of Interested Party    MICHAEL AND CYNTHIA HUEMPFNER
               amsden@becklawyers.com,    info@becklawyers.com;natalie@becklawyers.com
              JOHN L AMSDEN    on behalf of Interested Party    DEPOSITOR CLAIMANTS amsden@becklawyers.com,
               info@becklawyers.com;natalie@becklawyers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LOUIS T DeLUCIA    on behalf of Interested Party    The Catholic Mutual Relief Society of America    ldelucia@schiffhardin.com
        MICHAEL P POMPEO    on behalf of Creditor    Travelers Casualty and Surety Company    michael.pompeo@dbr.com
        MILTON  DATSOPOULOS    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind    mdatsopoulos@dmllaw.com
        MOLLY K. HOWARD    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind    mhoward@dmllaw.com
        MT DEPT OF ENVIRONMENTAL QUALITY ( HAQUE-HAUSRATH)    on behalf of Creditor    MT Dept of Environmental Quality khaquehausrath@mt.gov
        NEAL G. JENSEN    on behalf of U.S. Trustee    OFFICE OF THE U.S. TRUSTEE Neal.G.Jensen@usdoj.gov
        OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
        PHILIP J GRAINEY    on behalf of Creditor    The Foundation for the Diocese of Helena    fglaw@ronan.net
        RICHARD S FELDMAN    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.    richard.feldman@rivkin.com
        ROBERT M VINCI    on behalf of Creditor    Travelers Casualty and Surety Company    robert.vinci@dbr.com
        RUSSELL W ROTEN    on behalf of Interested Party    Great American Insurance Company    rroten@duanemorris.com
        STUART I GORDON    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.    stuart.gordon@rivkin.com
        SUSAN G. BOSWELL    on behalf of Creditor    Ursuline Western Province susan.boswell@quarles.com, docketaz@quarles.com;kelly.webster@quarles.com
        WILLIAM P DRISCOLL    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) wpd@franzdriscoll.com

                              TOTAL: 35