

**anderson ZURMUEHLEN**

CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

P.O. Box 1040, Helena, MT 59624
(406) 442-1040

| | |
|---|---|
| James Carney<br>Diocese of Helena<br>PO Box 1729<br>Helena, MT  59624-1729 | Invoice #   267582<br>Date         06/24/2014<br><br>Client #    104754.2 |

**Diocese of Helena**

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2014 | Contract A&A - Planning<br>Meeting with Larry from the Trustee's office to discuss the financials and funds. | Frank | 2.00 | $205.00 | $ 410.00 |
| 03/04/2014 | Meetings & Conferences<br>Various phone calls with Bruce and Jim; looking for staff for the engagement. | Frank | 1.00 | $205.00 | 205.00 |
| 03/05/2014 | Contract A&A - Planning<br>Received notification that we were approved by the court to provide accounting support, meeting with Jim and Laura to discuss project, phone call with Nola Patrick about her assistance. | Frank | 1.50 | $205.00 | 307.50 |
| 03/05/2014 | Meetings & Conferences<br>Meeting with Jim Carney to go over procedures to start cleaning up their files for Bankruptcy. | Gittens | 1.00 | $80.00 | 80.00 |
| 03/06/2014 | Contract A&A - Planning<br>Working on staffing, call with Nola Patrick. | Frank | 1.00 | $205.00 | 205.00 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/2014 | Contract A&A - Planning<br>First day on-site - meeting with Nola Patrick and Jim Carney; extracting data from CYMA and FE to see when one stopped and the other started.<br>Frank | | 4.00 | $205.00 | 820.00 |
| 03/11/2014 | Work Paper Performance<br>Working with data extracted.<br>Frank | | 1.00 | $205.00 | 205.00 |
| 03/12/2014 | Work Paper Performance<br>Onsite - reviewing translation journal entry for COF; Discussions with Jim C, Neil H, MaryAnn G about starting database over.<br>Frank | | 6.00 | $205.00 | 1,230.00 |
| 03/13/2014 | Work Paper Performance<br>COA work.<br>Frank | | 4.00 | $205.00 | 820.00 |
| 03/15/2014 | Work Paper Performance<br>COA design.<br>Frank | | 0.25 | $205.00 | 51.25 |
| 03/17/2014 | Supervision & Review<br>Gathering information for D&L workpapers from 2007-2011.<br>Frank | | 1.75 | $205.00 | 358.75 |
| 03/18/2014 | Work Paper Performance<br>Phone call with Jim Carney.<br>Frank | | 0.25 | $205.00 | 51.25 |
| 03/21/2014 | Supervision & Review<br>Online access to FE - looking at system setup<br>Frank | | 0.50 | $205.00 | 102.50 |
| 03/24/2014 | Work Paper Performance<br>Working on FE Setup and account structure.<br>Frank | | 4.00 | $205.00 | 820.00 |
| 03/24/2014 | Reporting<br>Memo regarding restatement including research.<br>Frank | | 1.25 | $205.00 | 256.25 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2014 | Meetings & Conferences<br>Meeting with Jim Carney on account/project/grant setup.<br>Frank | | 1.00 | $205.00 | 205.00 |
| 03/27/2014 | Work Paper Performance<br>Continuing work on FE setup.<br>Frank | | 1.75 | $205.00 | 358.75 |
| 03/29/2014 | Work Paper Performance<br>Continuing work on FE setup.<br>Frank | | 4.50 | $205.00 | 922.50 |
| 03/30/2014 | Work Paper Performance<br>Continuing work on FE setup.<br>Frank | | 5.00 | $205.00 | 1,025.00 |
| 03/31/2014 | Work Paper Performance<br>Continuing work on FE setup.<br>Frank | | 5.00 | $205.00 | 1,025.00 |
| 04/01/2014 | Work Paper Performance<br>Continuing work on FE setup.<br>Frank | | 1.75 | $205.00 | 358.75 |
| 04/02/2014 | Work Paper Performance<br>Working on AR Import.<br>Frank | | 2.25 | $205.00 | 461.25 |
| 04/03/2014 | Work Paper Performance<br>Meeting with Jim Carney, working on the D&L accounts, projects, funds, and transactions.<br>Frank | | 4.75 | $205.00 | 973.75 |
| 04/04/2014 | Work Paper Performance<br>Working on FE setup.<br>Frank | | 2.00 | $205.00 | 410.00 |
| 04/07/2014 | Work Paper Performance<br>FE Setup.<br>Frank | | 4.25 | $205.00 | 871.25 |
| 04/08/2014 | Work Paper Performance<br>FE support.<br>Frank | | 5.50 | $205.00 | 1,127.50 |

Anderson ZurMuehlen & Co., P.C.
Diocese of Helena
Invoice #  267582

Page 4

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/2014 | Work Paper Performance<br>FE work. | Frank | 7.50 | $205.00 | 1,537.50 |
| 04/10/2014 | Work Paper Performance<br>Meeting with Jim Carney. | Frank | 1.00 | $205.00 | 205.00 |
| 04/12/2014 | Trial Balance Setup<br>Pulling audited June 2011 amounts to new accounts in FE program. | Gittens | 4.00 | $80.00 | 320.00 |
| 04/14/2014 | Trial Balance Setup<br>Setting up accounts for trial balance. | Gittens | 4.00 | $80.00 | 320.00 |
| 04/14/2014 | Work Paper Performance<br>Working on the AP Setup. | Frank | 6.00 | $205.00 | 1,230.00 |
| 04/15/2014 | Work Paper Performance<br>Working on D&L file. | Frank | 1.00 | $205.00 | 205.00 |
| 04/17/2014 | Trial Balance Setup<br>Setting up beginning balances for 6/30/11. | Gittens | 6.00 | $80.00 | 480.00 |
| 04/17/2014 | Work Paper Performance<br>Working on chart of accounts, importing vendors and customers and projects. | Frank | 6.00 | $205.00 | 1,230.00 |
| 04/18/2014 | Trial Balance Setup<br>Finished up beginning balances and creating new accounts, added program codes for AP, temp, unrestricted, restricted balances. | Gittens | 4.75 | $80.00 | 380.00 |
| 04/18/2014 | Work Paper Performance<br>FE Setup. | Frank | 3.00 | $205.00 | 615.00 |

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/21/2014 | Work Paper Performance FE Setup. | Frank | 4.00 | $205.00 | 820.00 |
| 04/22/2014 | Work Paper Performance FE Setup. | Frank | 3.25 | $205.00 | 666.25 |
| 04/23/2014 | Trial Balance Setup  Updating trial balance with program codes, sent to Jacki for review of BB and programs. | Gittens | 0.25 | $80.00 | 20.00 |
| 04/23/2014 | Work Paper Performance FE Setup. | Frank | 2.00 | $205.00 | 410.00 |
| 04/24/2014 | G/L & Journal Entries  Setting up chart of accounts from old accounts to new accounts to start transferring G/L detail to new accounts for entry into system. | Gittens | 1.75 | $80.00 | 140.00 |
| 04/24/2014 | Work Paper Performance FE Setup. | Frank | 3.00 | $205.00 | 615.00 |
| 04/25/2014 | Trial Balance Setup  Setting up Chart of accounts for VLOOKUP in Excel for July activity.  Adjusting temporary restricted vs. permanently restricted codes for accounts.  Entering beginning balances into new database to be able to start adding transactions. | Gittens | 7.50 | $80.00 | 600.00 |
| 04/25/2014 | Work Paper Performance FE Setup. | Frank | 8.00 | $205.00 | 1,640.00 |

*Anderson ZurMuehlen & Co., P.C.*
*Diocese of Helena*
*Invoice #   267582*                                                                    *Page 6*

---

04/28/2014   Trial Balance Setup
             Entering 6/30/11 beginning balances into
             Financial Edge.  Error with Financial Edge,
             contacted technical support to fix (30 minutes),
             had to re-enter beginning balances (for
             permanent assets) due to system error.
                   Gittens                    8.00          $80.00              640.00

                                          Current Amount Due         25,735.00

Payment in full is due upon receipt. A late payment charge of 10% per annum
will be assessed on accounts not paid within 30 days of invoice date.

We accept online payments at http://azworld.com/online-payment. A 3.5% fee is applied to credit card transactions.

When you pay by check, you authorize us either to use information from your check to make a one-time
electronic fund transfer from your account or to process the payment as a check transaction.



CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS ADVISORS

P.O. Box 1040, Helena, MT 59624
(406) 442-1040

| | | |
|---|---|---|
| James Carney<br>Diocese of Helena<br>PO Box 1729<br>Helena, MT  59624-1729 | Invoice #<br>Date<br><br>Client # | 267553<br>06/23/2014<br><br>104754.2 |

**Diocese of Helena**

04/29/2014   Trial Balance Setup
Entering beginning balances (6/30/11) into Financial Edge.  Tying Assets to liabilities & net assets to make sure everything is in there.  Issues with locking down beginning balances, looking into what needs to be changed to make it lock down.
Gittens          8.25        $80.00      $      660.00

04/29/2014   Work Paper Performance
Working on beginning balances.
Frank            2.25        $205.00            461.25

04/29/2014   Work Paper Performance
Working on beginning balances.
Frank            1.25        $205.00            256.25

04/30/2014   Trial Balance Setup
Working on getting the beginning fund balances to tie to what they were in audited statements.
Gittens          4.50        $80.00             360.00

04/30/2014   Work Paper Performance
Working on beginning balances.
Frank            3.00        $205.00            615.00

05/01/2014   Trial Balance Setup
Getting the fund amounts to tie to audited balances, setting up off-setting accounts between restrictions, setting up VLOOKUP chart of accounts from CYMA to FE.
Gittens          7.50        $80.00             600.00

Anderson ZurMuehlen & Co., P.C.
Diocese of Helena
Invoice # 267553

Page 2

| | | | | |
|---|---|---|---|---|
| 05/01/2014 | Work Paper Performance Converting D&L information, getting rest of beginning balances in. Frank | 4.25 | $205.00 | 871.25 |
| 05/02/2014 | Work Paper Performance Getting Fixed Assets imported and tied out. Frank | 4.25 | $205.00 | 871.25 |
| 05/05/2014 | Trial Balance Setup Working on VLOOKUP Chart of Accounts (received comparison of department codes from prior to new departments). Entered AR Loans receivable balances by project code. Gittens | 8.50 | $80.00 | 680.00 |
| 05/05/2014 | Work Paper Performance Working on importing data. Frank | 5.75 | $205.00 | 1,178.75 |
| 05/06/2014 | Trial Balance Setup Setting up vlookup chart of accounts CYMA to FE. Gittens | 1.25 | $80.00 | 100.00 |
| 05/06/2014 | Work Paper Performance Working on importing data. Frank | 3.25 | $205.00 | 666.25 |
| 05/07/2014 | Trial Balance Setup Setting up Vlookup Chart of accounts CYMA to FE. Gittens | 7.00 | $80.00 | 560.00 |
| 05/07/2014 | Work Paper Performance Working on importing data. Frank | 1.75 | $205.00 | 358.75 |
| 05/08/2014 | Trial Balance Setup VLOOKUP Chart of accounts. Gittens | 1.25 | $80.00 | 100.00 |
| 05/09/2014 | Work Paper Performance Working on the import. Frank | 2.75 | $205.00 | 563.75 |

05/13/2014 Trial Balance Setup

Anderson ZurMuehlen & Co., P.C.
Diocese of Helena
Invoice #  267553                                                                                  Page 3

---

|  |  |  |  |  |
|---|---|---|---|---|
|  | Chart of accounts set-up for VLOOKUP. | | | |
|  | Gittens | 1.00 | $80.00 | 80.00 |
| 05/13/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 3.00 | $205.00 | 615.00 |
| 05/14/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 2.00 | $205.00 | 410.00 |
| 05/15/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 3.00 | $205.00 | 615.00 |
| 05/19/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 4.50 | $205.00 | 922.50 |
| 05/20/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 3.75 | $205.00 | 768.75 |
| 05/21/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 2.50 | $205.00 | 512.50 |
| 05/22/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 3.00 | $205.00 | 615.00 |
| 05/27/2014 | Work Paper Performance<br>Working on data import. | | | |
|  | Frank | 0.50 | $205.00 | 102.50 |
| 05/28/2014 | Work Paper Performance<br>D&L reconciliation. | | | |
|  | Frank | 8.00 | $205.00 | 1,640.00 |
| 05/29/2014 | Trial Balance Setup<br>Setting up VLOOKUP accounts, adding project codes. | | | |
|  | Gittens | 8.25 | $80.00 | 660.00 |

05/29/2014  Work Paper Performance

Anderson ZurMuehlen & Co., P.C.
Diocese of Helena
Invoice #   267553                                                                                          *Page 4*

|            |                                                                                          |      |          |           |
|------------|------------------------------------------------------------------------------------------|------|----------|-----------|
|            | D&L reconciliation.                                                                      |      |          |           |
|            | Frank                                                                                    | 5.50 | $205.00  | 1,127.50  |
| 05/30/2014 | Work Paper Performance<br>D&L reconciliation.                                            |      |          |           |
|            | Frank                                                                                    | 3.50 | $205.00  | 717.50    |
| 05/31/2014 | Work Paper Performance<br>D&L reconciliation.                                            |      |          |           |
|            | Frank                                                                                    | 0.50 | $205.00  | 102.50    |
| 06/02/2014 | Work Paper Performance<br>Getting through DLS.                                           |      |          |           |
|            | Frank                                                                                    | 8.25 | $205.00  | 1,691.25  |
| 06/03/2014 | G/L & Journal Entries<br>Tying Loan G/L balances to ending balances<br>report for Jacki. |      |          |           |
|            | Gittens                                                                                  | 0.75 | $80.00   | 60.00     |
| 06/03/2014 | Work Paper Performance<br>Working on data import.                                        |      |          |           |
|            | Frank                                                                                    | 7.50 | $205.00  | 1,537.50  |
| 06/04/2014 | Contract A&A - Planning<br>Working on data import.                                       |      |          |           |
|            | Frank                                                                                    | 8.00 | $205.00  | 1,640.00  |
|            |                                                                                          |      |          | 22,720.00 |
|            |                                                                                          |      | Courtesy Discount | (527.30) |
|            |                                                                                          |      | Current Amount Due | 22,192.70 |

Payment in full is due upon receipt. A late payment charge of 10% per annum
will be assessed on accounts not paid within 30 days of invoice date.

We accept online payments at http://azworld.com/online-payment. A 3.5% fee is applied to credit card transactions.

When you pay by check, you authorize us either to use information from your check to make a one-time
electronic fund transfer from your account or to process the payment as a check transaction.