| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Client | 81000 | RCB / ROMAN CATHOLIC BISHOP | | | | | |
| 2 | Matter | 332 | WHALEN et al/SEXUAL ABUSE | | | | | |
| 3 | | | | | | | | |
| 4 | Matter | Date | Timekeeper | Bill | Hours | Rate | Amount | Narrative (0.4) |
| 5 | | 332 04/28/2014 | RFW | 65005 | 1.00 | 225.00 | 225.00 | REVIEW AND RESPOND TO E-MAILS, ISSUES PERTAINING TO 30B6 DEPOSITION AND RELATED MATTERS; CONFERENCE CALL (0.6) |
| 6 | | 332 05/01/2014 | RFW | 65369 | 1.00 | 225.00 | 225.00 | REVIEW HOUGE STATEMENT; INTRODUCTION OF RELEASE OF PRIESTS NAMES; CONFERENCE CALL (0.6) |

(0.4)

Gough, Shanahan, Johnson & Waterman, PLLP

**33 S Last Chance Gulch**
**P.O. Box 1715**
**Helena, MT 59624**
(406)442-8560   Fax(406) 442-8783
*Employer ID #81-0206830*
June 12, 2014

|  |  |  |
|---|---|---|
| SERVICES BILLED THROUGH: | | 06/30/14 |
| FILE #: | 81000 | 00337 |
| INVOICE #: | | 65377 |

FORD ELSAESSER
ROMAN CATHOLIC BISHOP OF HELENA, MT
c/o ELSAESSER JARZABEK ANDERSON ELLIOTT & MacDONALD
320 E NEIDER AVE, STUIE 102
COEUR d'ALENE, ID  83815

*REGARDING*
BANKRUPTCY

*PROFESSIONAL SERVICES*

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/06/2014 | REVIEW DISCLOSURES TO DOE AND WHALEN GROUP REGARDING URSULINE DOCUMENTS AND REVIEW ATTORNEY CLIENT DOCKET | RFW | 1.40 | 315.00 |
| 05/07/2014 | REVIEW URSULINE PLEADINGS (.20); REVIEW MEMO AND RESPOND WITH EMPHASIS ON OUTCOME DUE TO SETTLEMENT (.20); REVIEW AND RESPOND TO 30B6 ISSUES (.10); IDENTIFY RESEARCH ISSUES (.10) | RFW | 0.60 | 135.00 |
| 05/07/2014 | RESEARCH OBJECTIONS TO PRODUCTION OF A RULE 30(b)(6) DEPONENT WHERE NO SUCH INDIVIDUAL WITH PERSONAL KNOWLEDGE IS AVAILABLE TO BE DEPOSED. | NB | 2.40 | 360.00 |
| 05/08/2014 | REVIEW MEMO (.20); E-MAIL TO CO-COUNSEL REGARDING ISSUES WITH 30B6 DEPOSITION NOTICE (.80); CONFERENCE CALL WITH CO-COUNSEL REGARDING BANKRUPTCY ISSUES (1.0) | RFW | 2.00 | 450.00 |
| 05/08/2014 | COMPLETE MEMO RE OBJECTIONS TO NOTICE OF 30(b)(6) DEPOSITION. | NB | 0.70 | 105.00 |
| 05/09/2014 | REVIEW AND RESPOND TO E-MAILS (.40); INQUIRY ABOUT ADMISSION; DISCUSSION WITH MILT AND REPORT TO CO-COUNSEL (.60) | RFW | 1.00 | 225.00 |
| 05/12/2014 | DISCUSSION WITH OPPOSING COUNSEL AND REPORT TO CO-COUNSEL (.40); REVIEW MEMO FROM BILL DRISCOLL REGARDING CONTRIBUTION BETWEEN JOINT TORTFEASORS AND PROVIDE EDITING COMMENT (.60); REVIEW AND RESPOND TO E-MAIL FROM BRUCE ANDERSON (.30); REVIEW AND PROVIDE COMMENT REGARDING AFFIDAVIT REGARDING URSULINE CLAIMS AND RESPOND TO MODIFICATIONS AND SIGNING OF AFFIDAVIT (.80) | RFW | 1.70 | 382.50 |
| 05/13/2014 | REVIEW REPLY BRIEF AND PROVIDE EDITORIAL COMMENTS (.40); REVIEW EDITORIAL COMMENTS FROM DRISCOLL (.30); REVIEW AND ACCEPT AFFIDAVIT LANGUAGE (.20); REVIEW AND RESPOND TO E-MAILS CONCERNING BRIEF AND NUMBER OF URSULINE CLAIMS (20); DISCUSSION WITH DRISCOLL PERTAINING TO LOAN SITUATION AND DISCUSS LAW FIRM OPTIONS (.20) | RFW | 1.30 | 292.50 |
| 05/14/2014 | REVIEW AND RESPOND TO REPORT FROM FORD E, PERTAINING TO HEARING AND EXPECTED ACTION FROM COURT (.30); SET UP CONFERENCE CALL (.20); CONFERENCE CALL WITH CO-COUNSEL (1.0) | RFW | 1.50 | 337.50 |


Gough, Shanahan, Johnson & Waterman         Invoice number   65377   Page   2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/16/2014 | REVIEW AND RESPOND TO E-MAILS (.30); CALL CONCERNING STATUS OF BANKRUPTCY (.30) | RFW | 0.60 | 135.00 |
| 05/19/2014 | REVIEW AND RESPOND TO E-MAILS | RFW | 0.40 | 90.00 |
| 05/20/2014 | REVIEW AND RESPOND TO E-MAIL (.40); CONFERENCE CALL W/ F. ELSAESSER, J. MURRAY, REV. J ROBERTSON, S. JAMIESON, J. CARNEY & B. DRISCOLL (.40) | RFW | 0.80 | 180.00 |
| 05/21/2014 | REVIEW AND RESPOND TO E-MAIL | RFW | 0.40 | 90.00 |
| 05/22/2014 | REVIEW JOHNSON LETTER AND ADVISE CO-COUNSEL OF DEVELOPMENT WITH RECOMMENDATIONS (.40); REVIEW AND RESPOND TO 30B6 ISSUES (.30); SET UP CONFERENCE CALL CONCERNING DEVELOPMENTS (.20); REVIEW ALASKA CASE REGARDING PENDING PROCEEDINGS (.40); REVIEW AND RESPOND TO E-MAILS CONCERNING 30B6 DEPOSITION AND EXPERT WITNESSES (.30) | RFW | 1.60 | 360.00 |
| 05/23/2014 | REVIEW AND RESPOND TO E-MAILS (.30); CONFERENCE CALL W/ F. ELSAESSER, J. MURRAY, REV. J ROBERTSON, S. JAMIESON, J. CARNEY & B. DRISCOLL (.40); CALL TO MILT AND REPORT (.70) | RFW | 1.40 | 315.00 |
| 05/27/2014 | REVIEW AND RESPOND TO E-MAILS CONCERNING URSULINES USE OF EXPERTS (.20); REVIEW AND ADVISE CONCERNING 30B6 DEPOSITION NOTICE AND RESPONSE (.30); DRAFT LETTER TO TOM JOHNSON AND CIRCULATE FOR COMMENT (.20); RETURN CALL FROM TOM JOHNSON (.20) | RFW | 0.90 | 202.50 |
| 05/28/2014 | REVIEW AND RESPOND TO E-MAILS (.20); BANKRUPTCY HEARING AND CONFERENCE CALL W/ F. ELSAESSER, J. MURRAY, REV. J ROBERTSON, S. JAMIESON, J. CARNEY & B. DRISCOL (.40); DISCUSSION WITH BILL DRISCOLL REGARDING STATUS (.20); SET CONFERENCE CALL (.20); REVIEW REPORT ON HEARING (.20); DISCUSSION WITH MILT AND REPORT TO CO-COUNSEL (.40) | RFW | 1.60 | 360.00 |
| 05/29/2014 | REVIEW AND RESPOND TO E-MAILS (.40); SET UP AGENDA FOR CC TODAY AND ISSUES WITH CALLS TO DOE CLAIMANTS' COUNSEL (.60); CONFERENCE CALL TO DISCUSS PENDING ISSUES W/ F. ELSAESSER, J. MURRAY, REV. J ROBERTSON, S. JAMIESON, J. CARNEY & B. DRISCOLL (1.0); CONFERENCE CALL WITH DOE COUNSEL AND CO-COUNSEL, FORD (1.5) | RFW | 4.00 | 900.00 |
| 05/30/2014 | REVIEW AND RESPOND TO VARIOUS E-MAILS PERTAINING TO MEMO TO OPPOSING COUNSEL AND FORWARD MEMO TO OPPOSING COUNSEL TO ASSIST WITH ONGOING LITIGATION | RFW | 1.00 | 225.00 |
| 06/02/2014 | REVIEW AND RESPOND TO E-MAILS (.2); UPDATE ON URSULINE ISSUES (.2); REVIEW AND RESPOND TO ISSUES CONCERNING BOY SCOUTS AND STATUS CONFERENCES (.3); REVIEW AND RESPOND TO ADDITIONAL INQUIRY CONCERNING LOAN AND RELATED BANKRUPTCY MATTERS ( .5) | RFW | 1.20 | 270.00 |
| 06/03/2014 | REVIEW E-MAILS; BSA ISSUE (.2) ; CALL TO COUNSEL FOR BSA; REPORT TO CO-COUNSEL AND INFORMATION REGARDING BAR DATE (.2) | RFW | 0.40 | 90.00 |
| 06/04/2014 | CONFERENCE CALL( .5); REVIEW REQUEST FOR SCHEDULING CONFERENCE (.2) | RFW | 0.70 | 157.50 |
| 06/11/2014 | REVIEW LOAN AGREEMENT AND PROVIDE COMMENT (.5); REVIEW DOE FILINGS AND PROVIDE COMMENT TO ASSURE THAT THERE IS NOT SUGGESTION OF VIOLATION OF STAY; REVIEW AND RESPOND TO E-MAILS (.5); REVIEW ORDER AND DISCUSSION WITH B DRISCOLL REGARDING URSULINES AND IMPACT OF FURTHER COURT PROCEEDINGS ON PROCEEDINGS IN BANKRUPTCY( .3) | RFW | 1.30 | 292.50 |
| | TOTAL PROFESSIONAL SERVICES: | | 28.90 | $6,270.00 |

Gough, Shanahan, Johnson & Waterman     Invoice number    65377    Page    3

*Attorney Subtotals*

| | | | |
|---|---|---|---|
| Bilyeu, Nathan | 3.10 hrs @ | $150.00 | $465.00 |
| Waterman, Ronald F. | 25.80 hrs @ | $225.00 | $5,805.00 |

**EXPENSES ADVANCED**

|  | UNITS | AMOUNT |
|---|---|---|
| TOTAL EXPENSES ADVANCED | | $0.00 |

**SUMMARY:**

| | |
|---|---|
| TOTAL CURRENT CHARGES | $6,270.00 |
| **PLEASE PAY THIS AMOUNT** | **$6,270.00** |

Aged Balance

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | OVER |
|---|---|---|---|---|---|
| $6,270.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |