# EXHIBIT A

# Patterson Buchanan Fobes & Leitch, Inc., P.S.
2112 Third Avenue, Suite 500
Seattle, WA 98121

(206) 462-6700
Tax ID # 26-0320452

Statement Date June 24, 2014

Statement No. 18270

Diocese of Helena
Father John Robertson
P.O. Box 1729
Helena, MT 59624-1729

04589-011001: 10. Litigation (Diocese of Helena)

Professional Services through June 15, 2014

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/27/2014 | SIJ | Draft supplemental Declaration of MAP in support of Application as Special Counsel | 0.50 | 200.00 | 100.00 |
| 3/31/2014 | SIJ | Correspondence to and from client and bankruptcy counsel regarding the relationship with the Ursuline Sisters as it relates to the underlying sexual abuse claims | 0.50 | 200.00 | 100.00 |
| 3/31/2014 | KAT | Review request from bankruptcy counsel and locate memoes regarding Ursuline-Diocesan relationship at time of alleged abuse in underlying litigation | 0.20 | 200.00 | 40.00 |
| 4/1/2014 | SIJ | Review and analyze correspondence related to status and incorporate into agenda for upcoming Strategic Planning Meeting | 0.50 | 200.00 | 100.00 |
| 4/1/2014 | SIJ | Telephone call to client regarding upcoming strategic planning meeting | 0.10 | 200.00 | 20.00 |
| 4/1/2014 | SIJ | Review and legal analysis of summary of the allegations made in the underlying Whalen and Does litigation in preparation for complying with Plaintiff's non-monetary terms | 3.00 | 200.00 | 600.00 |
| 4/1/2014 | SIJ | Draft correspondence to client regarding compliance with the non-monetary terms | 0.80 | 200.00 | 160.00 |
| 4/1/2014 | MAP | Prepare follow up legal work up for strategic plan action plan, and conference with client regarding same. | 1.00 | 200.00 | 200.00 |
| 4/2/2014 | MAP | Follow up conference with client regarding legal strategic action plan. | 0.50 | 200.00 | 100.00 |
| 4/4/2014 | SIJ | Telephone call from general counsel | 0.30 | 200.00 | 60.00 |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | Page: 2 |
|---|---|---|---|---|---|---|
| | | regarding Ursuline motion and follow-up on the same | | | | |
| 4/4/2014 | SIJ | Preparation for and conference call with client and team regarding Ursuline motion and financial issues and draft action plan resulting from the same | 1.50 | 200.00 | 300.00 | |
| 4/4/2014 | MAP | Prepare follow up legal action plan in preparation for meeting with client regarding strategic plan issues, and review back up correspondence regarding same. | 1.00 | 200.00 | 200.00 | |
| 4/6/2014 | MAP | Review back up correspondence regarding Diocese finance issues and compliance with bankruptcy requirements, and prepare for follow up meeting with client regarding same. | 2.00 | 200.00 | 400.00 | |
| 4/7/2014 | MAP | Review follow up correspondence regarding strategic plan issues and prepare for conference with client regarding same. | 0.50 | 200.00 | 100.00 | |
| 4/8/2014 | SIJ | Correspondence to and from client regarding compliance with non-monetary terms and review and analyze the same | 0.50 | 200.00 | 100.00 | |
| 4/9/2014 | SIJ | Preparation for and telephone conference with client and team regarding status and case issues | 1.00 | 200.00 | 200.00 | |
| 4/9/2014 | SIJ | Review and legal analysis of briefing regarding Ursuline motion and followup on same | 0.70 | 200.00 | 140.00 | |
| 4/9/2014 | MAP | Final preparation for and conference with bankruptcy counsel and client regarding case issues, follow up legal action plan and recommendations. | 1.00 | 200.00 | 200.00 | |
| 4/14/2014 | SIJ | Review and analyze correspondence from co-counsel and begin preparation for upcoming strategic planning meeting | 0.30 | 200.00 | 60.00 | |
| 4/16/2014 | MAP | Review correspondence regarding finance and bankruptcy issues in preparation for conference with client regarding legal recommendations, action plan and timeline. | 1.00 | 200.00 | 200.00 | |
| 4/17/2014 | SIJ | Prepare for and telephone conference with the client and team regarding case issues and status | 1.00 | 200.00 | 200.00 | |
| 4/17/2014 | SIJ | Review and analysis of underlying litigation materials and correspondence to cocounsel regarding the same in preparation for supplementing response brief | 0.40 | 200.00 | 80.00 | |

Matter ID:    04589-011001    Statement No.:    18270                                Page:  3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2014 | MAP | Review correspondence regarding discovery issues and prepare for follow up conference with client regarding recommendations regarding same. | 0.50 | 200.00 | 100.00 |
| 4/21/2014 | SIJ | Review and analyze draft response brief to Ursuline motion in preparation for giving feedback on the same | 0.30 | 200.00 | 60.00 |
| 4/23/2014 | SIJ | Correspondence to and from client and cocounsel regarding Ursuline motion | 0.30 | 200.00 | 60.00 |
| 4/23/2014 | SIJ | Prepare for and telephone conference with client and cocounsel regarding case issues and status and follow-up on the same | 1.00 | 200.00 | 200.00 |
| 4/23/2014 | MAP | Review correspondence regarding financial issues and prepare strategy issues for follow up meeting regarding same. | 0.50 | 200.00 | 100.00 |
| 4/24/2014 | SIJ | Telephone call from plaintiffs' counsel regarding underlying litigation discovery issues and draft follow-up correspondence to the client | 0.40 | 200.00 | 80.00 |
| 4/24/2014 | SIJ | Telephone call from general counsel regarding underlying litigation discovery issues | 0.20 | 200.00 | 40.00 |
| 4/24/2014 | SIJ | Review and legal analysis of discovery materials and draft memorandum to FCR, Judge Hogan, regarding background on underlying litigation | 3.80 | 200.00 | 760.00 |
| 4/24/2014 | SIJ | Review and legal analysis of discovery materials and analysis and draft correspondence to client re same | 2.20 | 200.00 | 440.00 |
| 4/24/2014 | MAP | Telephone call from plaintiffs counsel regarding underlying litigation case issues | 0.40 | 200.00 | 80.00 |
| 4/25/2014 | SIJ | Analysis regarding discovery issues and draft talking points for upcoming conference call with client | 1.00 | 200.00 | 200.00 |
| 4/25/2014 | MAP | Prepare follow up legal work up in response to underlying discovery issues raised by plaintiffs' counsel | 0.50 | 200.00 | 100.00 |
| 4/26/2014 | MAP | Supplemental legal work up regarding underlying litigation discovery issues raised by plaintiffs' counsel | 0.20 | 200.00 | 40.00 |
| 4/28/2014 | SIJ | Final preparation for and telephone conference with client and team regarding case status and timeline | 0.60 | 200.00 | 120.00 |
| 4/28/2014 | SIJ | Telephone conference with plaintiffs' counsel | 0.50 | 200.00 | 100.00 |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | Page: 4 |
|---|---|---|---|---|---|---|
| | | regarding underlying litigation discovery issues and draft summary of the same to the client | | | | |
| 4/28/2014 | SIJ | Review and legal analysis of discovery documents for client review in preparation for supplementing document production in compliance with Term Sheet Agreement; approx. 300 reviewed | 3.20 | 200.00 | 640.00 | |
| 4/28/2014 | MAP | Final preparation for and conference with client regarding case issues and legal recommendations regarding same, and telephone plaintiffs counsel regarding same. | 0.90 | 200.00 | 180.00 | |
| 4/29/2014 | SIJ | Continue drafting memorandum regarding background on litigation for FCR Judge Hogan | 2.10 | 200.00 | 420.00 | |
| 4/30/2014 | SIJ | Correspondence to and from general counsel and client regarding supplemental production and revise accordingly | 1.60 | 200.00 | 320.00 | |
| 4/30/2014 | MAP | Prepare legal work up in preparation for conference with Michael Hogan regarding future claim fund analysis for channeling injunction. | 0.50 | 200.00 | 100.00 | |
| 5/1/2014 | SIJ | Correspondence to and from general counsel regarding additional revisions to production of discovery documents in compliance with Term Sheet | 0.30 | 200.00 | 60.00 | |
| 5/1/2014 | SIJ | Correspondence to and from client regarding revisions to memorandum of background information for FCR | 0.50 | 200.00 | 100.00 | |
| 5/1/2014 | SIJ | Preparation for and telephone conference with client and team regarding status and case issues | 0.70 | 200.00 | 140.00 | |
| 5/1/2014 | SIJ | Review and legal analysis of discovery documents related to agreements and respond to inquiry from coverage counsel | 1.50 | 200.00 | 300.00 | |
| 5/1/2014 | MAP | Supplemental preparation for conference with Judge Hogan regarding future claim issues, and review back up documents regarding same. | 0.50 | 200.00 | 100.00 | |
| 5/1/2014 | KAT | Phone call with bankruptcy counsel re preparation of materials for FCR, Judge Hogan | 0.50 | 200.00 | 100.00 | |
| 5/1/2014 | KAT | Review and search for possibly responsive records in response to request by counsel | 1.40 | 200.00 | 280.00 | |
| 5/5/2014 | SIJ | Analysis and draft correspondence to | 0.60 | 200.00 | 120.00 | |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | Page: 5 |
|---|---|---|---|---|---|---|
| | | coverage counsel regarding exhibits to draft agreements | | | | |
| 5/5/2014 | SIJ | Telephone conference with FCR, Judge Hogan, regarding background information and draft follow-up action items | 0.70 | 200.00 | 140.00 | |
| 5/5/2014 | SIJ | Further correspondence to and from client and general counsel regarding supplemental document production and revise and finalize privilege log | 1.80 | 200.00 | 360.00 | |
| 5/5/2014 | SIJ | Correspondence to opposing counsel regarding supplemental production | 0.20 | 200.00 | 40.00 | |
| 5/5/2014 | KAT | Teleconference with FCR, Judge Hogan, regarding details of claimant pool | 0.50 | 200.00 | 100.00 | |
| 5/7/2014 | SIJ | Review and analysis of discovery documents and litigation materials and select for preparation for underlying litigation discovery issues and draft correspondence to the client re the same | 2.20 | 200.00 | 440.00 | |
| 5/7/2014 | KAT | Correspondence with client and team regarding response to Plaintiffs' request for discovery | 0.20 | 200.00 | 40.00 | |
| 5/8/2014 | SIJ | Telephone conference with client and cocounsel regarding status and case issues and draft summary and action items resulting from the same | 1.60 | 200.00 | 320.00 | |
| 5/8/2014 | MAP | Prepare for and conference with Ford Elsaesser regarding case issues and recommendations regarding legal action plan. | 0.50 | 200.00 | 100.00 | |
| 5/9/2014 | MAP | Prepare for and conference with counsel and client regarding case issues, legal action plan and recommendations, and review back up documents regarding same. | 0.50 | 200.00 | 100.00 | |
| 5/12/2014 | SIJ | Receive and provide feedback on draft declaration in support of the Diocese's Opposition to the Ursuline's Motion to Lift Stay | 0.40 | 200.00 | 80.00 | |
| 5/13/2014 | MAP | Prepare follow up work up regarding discovery deposition issues re underlying cases | 0.50 | 200.00 | 100.00 | |
| 5/14/2014 | SIJ | Telephone conference with client and team regarding update on status and timeline and actions items moving forward | 0.90 | 200.00 | 180.00 | |
| 5/14/2014 | MAP | Review correspondence regarding case issues and correspondence to client | 0.30 | 200.00 | 60.00 | |

| Matter ID: | 04589-011001 | Statement No.: 18270 | | | Page: 6 |
|---|---|---|---|---|---|
| | | regarding same. | | | |
| 5/15/2014 | SIJ | Correspondence to client and team regarding discovery correspondence from opposing counsel | 0.20 | 200.00 | 40.00 |
| 5/17/2014 | MAP | Follow up preparation regarding background information and discovery in preparation for responding to plaintiffs' request for additional discovery | 0.50 | 200.00 | 100.00 |
| 5/20/2014 | SIJ | Prepare for and telephone conference with client and team regarding case status and pending issues and draft follow-up correspondence resulting from the same | 1.20 | 200.00 | 240.00 |
| 5/20/2014 | SIJ | Telephone conference with Plaintiff counsel regarding discovery document production and litigation issues | 0.30 | 200.00 | 60.00 |
| 5/20/2014 | MAP | Telephone call from plaintiffs counsel regarding discovery issues and review background information regarding same. | 0.20 | 200.00 | 40.00 |
| 5/20/2014 | KAT | Phone call with counsel who represents the Sisters of the Good Shepard re inquiry | 0.10 | 200.00 | 20.00 |
| 5/20/2014 | KAT | Correspondence with general counsel regarding request by Sisters of the Good Shepard | 0.10 | 200.00 | 20.00 |
| 5/20/2014 | KAT | Speak with plaintiff counsel regarding discovery issues and follow up to call | 0.50 | 200.00 | 100.00 |
| 5/21/2014 | SIJ | Draft correspondence to general counsel summarizing telephone conference with Plaintiff counsel | 0.20 | 200.00 | 40.00 |
| 5/21/2014 | MAP | Preparation for conference with client regarding underlying discovery issues and related issues. | 0.30 | 200.00 | 60.00 |
| 5/21/2014 | MAP | Prepare legal work up regarding discovery issues and prepare proposed response regarding same. | 0.50 | 200.00 | 100.00 |
| 5/22/2014 | SIJ | Legal analysis regarding compliance with non-monetary terms and draft correspondence to client and co-counsel regarding the same | 0.40 | 200.00 | 80.00 |
| 5/22/2014 | MAP | Prepare for telephone conference with client regarding discovery issues, and review back up documents regarding same. | 0.50 | 200.00 | 100.00 |
| 5/22/2014 | KAT | Correspondence with local and general counsel relaying requests from plaintiffs' counsel regarding underlying litigation | 0.10 | 200.00 | 20.00 |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | Page: 7 |
|---|---|---|---|---|---|---|
| 5/23/2014 | KAT | Status update call with client and team regarding progress of bankruptcy and issues raised by Plaintiff's related to underlying litigation | 1.00 | 200.00 | 200.00 | |
| 5/23/2014 | KAT | Draft summary memo of client update and strategic call with team | 0.20 | 200.00 | 40.00 | |
| 5/24/2014 | MAP | Review correspondence regarding discovery issues and prepare recommendations to client regarding same. | 0.50 | 200.00 | 100.00 | |
| 5/27/2014 | KAT | Correspondence with counsel for Sisters of Good Shepard and follow up | 0.10 | 200.00 | 20.00 | |
| 5/27/2014 | KAT | Correspondence with local counsel from plaintiffs' counsel re underlying litigation discovery issues to determine response to request | 0.10 | 200.00 | 20.00 | |
| 5/29/2014 | KAT | Conference call with client regarding litigation status and plan of action; memorialize in short memo | 1.30 | 200.00 | 260.00 | |
| 5/30/2014 | MAP | Preparation for and conference with client regarding status of litigation and follow up legal recommendations, and legal strategy and legal action plan. | 0.50 | 200.00 | 100.00 | |
| 6/2/2014 | MAP | Follow up preparation and conference with client regarding legal recommendations regarding case issues. | 0.50 | 200.00 | 100.00 | |
| 6/3/2014 | SIJ | Telephone call from general counsel regarding status and action items and follow-up on the same | 0.40 | 200.00 | 80.00 | |
| 6/4/2014 | SIJ | Review and analyze underlying litigation discovery documents and telephone conference with general counsel regarding inquiry re the same | 0.60 | 200.00 | 120.00 | |
| 6/4/2014 | SIJ | Telephone conference with client and team regarding status and action items and conduct follow-up on the same. | 0.70 | 200.00 | 140.00 | |
| 6/11/2014 | MAP | Prepare for and telephone client regarding legal issues and recommendations, and review back up documents regarding same. | 0.50 | 200.00 | 100.00 | |
| 6/11/2014 | MAP | Review and legal work up regarding case issues and recommendations regarding same. | 0.50 | 200.00 | 100.00 | |
| 6/12/2014 | MAP | Prepare follow up due diligence bankruptcy issues in preparation for conference with client regarding legal recommendations. | 0.50 | 200.00 | 100.00 | |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | Page: 8 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2014 | MAP | Preparation for follow up conference with client regarding recommended legal action plan. | 0.50 | 200.00 | 100.00 |

Sub-total Fees: 13,660.00

### Rate Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Scott I. Jamieson | 43.70 hours at $ | 200.00/hr | 8,740.00 |
| Michael A. Patterson | 18.30 hours at $ | 200.00/hr | 3,660.00 |
| Keith A. Talbot | 6.30 hours at $ | 200.00/hr | 1,260.00 |
| Total hours: | 68.30 | | |

### Expenses

| Date | Description | Units | Price | Amount |
|---|---|---|---|---|
| 3/27/2014 | Document Production - B/W | 3.0000 | 0.1000 | 0.30 |
| 3/27/2014 | Document Production - B/W | 8.0000 | 0.1000 | 0.80 |
| 3/28/2014 | Paid To: U.S. District Court - Pro Hac Vice Application Fee | 1.0000 | 250.0000 | 250.00 |
| 3/28/2014 | Document Production - B/W | 3.0000 | 0.1000 | 0.30 |
| 3/28/2014 | Document Production - B/W | 2.0000 | 0.1000 | 0.20 |
| 3/31/2014 | Postage - 03/28/14 | 1.0000 | 0.4800 | 0.48 |
| 4/1/2014 | Document Production - B/W | 4.0000 | 0.1000 | 0.40 |
| 4/4/2014 | Document Production - B/W | 3.0000 | 0.1000 | 0.30 |
| 4/4/2014 | Document Production - B/W | 4.0000 | 0.1000 | 0.40 |
| 4/4/2014 | Document Production - B/W | 10.0000 | 0.1000 | 1.00 |
| 4/8/2014 | Document Production - B/W | 2.0000 | 0.1000 | 0.20 |
| 4/25/2014 | Document Production - B/W | 2.0000 | 0.1000 | 0.20 |
| 4/25/2014 | Document Production - B/W | 6.0000 | 0.1000 | 0.60 |
| 4/25/2014 | Document Production - B/W | 6.0000 | 0.1000 | 0.60 |
| 4/30/2014 | Postage - 04/25/14 | 1.0000 | 0.4800 | 0.48 |
| 5/5/2014 | Document Production - B/W | 3.0000 | 0.1000 | 0.30 |
| 5/5/2014 | Document Production - B/W | 26.0000 | 0.1000 | 2.60 |
| 5/5/2014 | Document Production - B/W | 279.0000 | 0.1000 | 27.90 |
| 5/5/2014 | Document Production - B/W | 2.0000 | 0.1000 | 0.20 |
| 5/7/2014 | Document Production - B/W | 4.0000 | 0.1000 | 0.40 |
| 5/7/2014 | Document Production - B/W | 7.0000 | 0.1000 | 0.70 |
| 5/16/2014 | Paid To: FedEx - 5/7/14 Father John Robertson | 1.0000 | 21.2600 | 21.26 |
| 5/16/2014 | Paid To: FedEx - 5/7/14 William Driscoll | 1.0000 | 21.2600 | 21.26 |

| Matter ID: | 04589-011001 | Statement No.: | 18270 | | | | Page: 9 |
|---|---|---|---|---|---|---|---|
| 5/27/2014 | | Document Production - B/W | | 4.0000 | 0.1000 | 0.40 | |
| 5/29/2014 | | Document Production - B/W | | 2.0000 | 0.1000 | 0.20 | |
| 6/9/2014 | | Document Production - B/W | | 6.0000 | 0.1000 | 0.60 | |
| | | | | Sub-total Expenses: | | 332.08 | |
| | | | | Total Current Billing: | | 13,992.08 | |