# EXHIBIT

# A

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena
Attn: Fr. Robertson
Diocese of Helena
PO Box 1729
Helena, MT  59624-1729

March 26, 2014
Client/Matter No. R8383.0001
Invoice No. 2368857

FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2014:

Re:     Insurance Advice

| Timekeeper | Title | Hours | Billed Rate | Standard Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Murray | Partner | 6.60 | 745.00 | 875.00 | (858.00) | 4,917.00 |
| J Zola | Partner | 2.90 | 490.00 | 700.00 | (609.00) | 1,421.00 |
| TOTALS | | 9.50 | | | (1,467.00) | 6,338.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 6,338.00 |
| **TOTAL CURRENT INVOICE** | $ | **6,338.00** |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026558223.
Please reference Invoice# 2368857 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

**DICKSTEIN**SHAPIRO LLP

Re:   Insurance Advice                                              Invoice No. 2368857
      R8383.0001                                         The Roman Catholic Diocese of Helena
                                                                                      Page 2

## FEE DETAIL

| Date    | Timekeeper | Description                                                                            | Code | Hours | Rate   | Amount   |
|---------|------------|----------------------------------------------------------------------------------------|------|-------|--------|----------|
| 2/27/14 | J Murray   | Work on settlement agreement with carrier.                                             | 10   | 1.20  | 745.00 | 894.00   |
| 2/27/14 | J Murray   | Work with W. Driscoll on additional insured issues.                                    | 10   | 1.10  | 745.00 | 819.50   |
| 2/27/14 | J Zola     | Review and compare insurer settlement agreement.                                       | 10   | 0.40  | 490.00 | 196.00   |
| 2/27/14 | J Zola     | Review communications regarding insurance issues.                                      | 10   | 0.40  | 490.00 | 196.00   |
| 2/28/14 | J Murray   | Review status of insurance settlement agreements and proposed revisions.               | 10   | 2.60  | 745.00 | 1,937.00 |
| 2/28/14 | J Murray   | E-mail correspondence with Father Robertson regarding strategy.                        | 10   | .50   | 745.00 | 372.50   |
| 2/28/14 | J Muray    | Analyze additional insured issues.                                                     | 10   | 1.20  | 745.00 | 894.00   |
| 2/28/14 | J Zola     | Draft memorandum setting forth analysis with regard to insurers' draft settlement agreement. | 10 | 1.00 | 490.00 | 490.00 |
| 2/28/14 | J Zola     | Review insurance communications regarding bankruptcy filing.                           | 10   | 1.10  | 490.00 | 539.00   |

|                              | TOTAL FEES              | $  | 6,338.00 |
|------------------------------|-------------------------|----|----------|
|   TOTAL FEES AND DISBURSEMENTS |                       | $  | 6,338.00 |

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena
Attn: Fr. Robertson
Diocese of Helena
PO Box 1729
Helena, MT  59624-1729

May 20, 2014
Client/Matter No. R8383.0001
Invoice No. 2371784

FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2014:

Re:     Insurance Advice

| Timekeeper | Title | Hours | Billed Rate | Standard Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Zola | Partner | 2.30 | 490.00 | 700.00 | (483.00) | 1,127.00 |
| **TOTALS** | | **2.30** | | | **(483.00)** | **1,127.00** |

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 1,127.00 |
| **TOTAL CURRENT INVOICE** | **$** | **1,127.00** |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2371784 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

**DICKSTEIN**SHAPIRO LLP

Re: Insurance Advice                          Invoice No. 2371784
     R8383.0001                          The Roman Catholic Diocese of Helena
                                                                          Page 2

## FEE DETAIL

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/3/14 | J Zola | Analyze client questions regarding additional insured issue. | 10 | 0.60 | 490.00 | 294.00 |
| 3/3/14 | J Zola | Analyze update regarding insurance issues. | 10 | 0.60 | 490.00 | 294.00 |
| 3/4/14 | J Zola | Review insurance question. | 10 | 0.30 | 490.00 | 147.00 |
| 3/4/14 | J Zola | Communications regarding insurance status. | 10 | 0.40 | 490.00 | 196.00 |
| 3/6/14 | J Zola | Follow-up with client regarding insurance issues. | 10 | 0.40 | 490.00 | 196.00 |
| | | | TOTAL FEES | | $ | 1,127.00 |
| | | | TOTAL FEES AND DISBURSEMENTS | | $ | 1,127.00 |

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena
Attn: Fr. Robertson
Diocese of Helena
PO Box 1729
Helena, MT 59624-1729

May 20, 2014
Client/Matter No. R8383.0001
Invoice No. 2371792

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2014:

Re:   Insurance Advice

| Timekeeper | Title | Hours | Billed Rate | Standard Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Murray | Partner | 24.90 | 745.00 | 875.00 | (3,237.00) | 18,550.50 |
| J Zola | Partner | 27.80 | 490.00 | 700.00 | (5,838.00) | 13,622.00 |
| **TOTALS** | | 52.70 | | | (9,075.00) | 32,172.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 32,172.50 |
| **TOTAL CURRENT INVOICE** | $ | **32,172.50** |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2371792 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

**DICKSTEIN**SHAPIRO LLP

Re:  Insurance Advice                                                              Invoice No. 2371792
R8383.0001                                                         The Roman Catholic Diocese of Helena
                                                                                                  Page 2

## FEE DETAIL

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|------|------------|-------------|------|-------|------|--------|
| 4/1/14 | J Murray | Review revised settlement agreement with non-Great American insurers. | 10 | 1.70 | 745.00 | 1,266.50 |
| 4/1/14 | J Murray | Telephone conference with Father Robertson and team regarding status and action items. | 10 | 1.00 | 745.00 | 745.00 |
| 4/1/14 | J Zola | Review settlements agreements and communications with the insurers to prepare for today's call with the insurers. | 10 | 1.50 | 490.00 | 735.00 |
| 4/2/14 | J Zola | Review motion for bar date as relates to insurance issues and insurer comments regarding same. | 10 | 1.20 | 490.00 | 588.00 |
| 4/3/14 | J Murray | Telephone conference with Father Robertson and team regarding status and action items. | 10 | 0.90 | 745.00 | 670.50 |
| 4/3/14 | J Murray | Review insurer comments regarding bar date motion. | 10 | 0.80 | 745.00 | 596.00 |
| 4/3/14 | J Murray | Review Great American settlement draft. | 10 | 1.70 | 745.00 | 1,266.50 |
| 4/3/14 | J Zola | Telephone conference with bankruptcy and insurer counsel regarding settlement agreements and bar date motion. | 10 | 0.90 | 490.00 | 441.00 |
| 4/3/14 | J Zola | Preparing motion papers for approval motion. | 10 | 2.60 | 490.00 | 1,274.00 |

**DICKSTEIN**SHAPIRO LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Re: | Insurance Advice | | | | | Invoice No. 2371792 |
| | R8383.0001 | | | | | The Roman Catholic Diocese of Helena |
| | | | | | | Page 3 |

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/4/14 | J Murray | Review and revise motion papers to approve settlements. | 10 | 2.80 | 745.00 | 2,086.00 |
| 4/4/14 | J Murray | Review insurers comments regarding bar date motion. | 10 | 0.50 | 745.00 | 372.50 |
| 4/4/14 | J Zola | Draft motion papers in support of motion to approve settlements with insurers. | 10 | 4.10 | 490.00 | 2,009.00 |
| 4/4/14 | J Zola | Review insurance issues. | 10 | 0.50 | 490.00 | 245.00 |
| 4/5/14 | J Zola | Draft and revise motion papers to approve settlements with insurers. | 10 | 4.50 | 490.00 | 2,205.00 |
| 4/6/14 | J Zola | Draft and revise motion papers to approve settlements with insurers. | 10 | 4.50 | 490.00 | 2,205.00 |
| 4/7/14 | J Murray | Review Great American correspondence regarding nature of certain allegations and follow-up with client as relates to insurance issues. | 10 | 1.10 | 745.00 | 819.50 |
| 4/7/14 | J Zola | Revise motion papers to approve insurer settlements. | 10 | 1.90 | 490.00 | 931.00 |
| 4/8/14 | J Murray | Review Great American correspondence and draft agreement. | 10 | 1.20 | 745.00 | 894.00 |
| 4/8/14 | J Murray | Review stay relief motion as relates to possible insurance issues. | 10 | 0.70 | 745.00 | 521.50 |
| 4/9/14 | J Murray | Review and follow-up on questions from C. Sugayan (Great American). | 10 | 0.90 | 745.00 | 670.50 |

**DICKSTEIN**SHAPIRO LLP

| | | | | |
|---|---|---|---|---|
| Re: | Insurance Advice | | | Invoice No. 2371792 |
| | R8383.0001 | | | The Roman Catholic Diocese of Helena |
| | | | | Page 4 |

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/9/14 | J Murray | Telephone conference with Father Robertson and team regarding insurance status and action items. | 10 | 0.80 | 745.00 | 596.00 |
| 4/9/14 | J Murray | Review filings and draft insurance agreements. | 10 | 0.90 | 745.00 | 670.50 |
| 4/11/14 | J Murray | Review certain tort issues as relates to insurance settlements. | 10 | 0.50 | 745.00 | 372.50 |
| 4/11/14 | J Zola | Review e-mail regarding Great American. | 10 | 0.30 | 490.00 | 147.00 |
| 4/16/14 | J Zola | Review and comment on J. Stang revisions to Great American settlement agreement. | 10 | 0.30 | 490.00 | 147.00 |
| 4/17/14 | J Murray | Conference call with Father Robertson and team regarding insurance status and strategy. | 10 | 1.00 | 745.00 | 745.00 |
| 4/18/14 | J Murray | Review insurance settlement drafts. | 10 | 1.10 | 745.00 | 819.50 |
| 4/21/14 | J Murray | Telephone conference with Father Robertson and team regarding insurance status. | 10 | 0.70 | 745.00 | 521.50 |
| 4/21/14 | J Murray | Review insurer comments to agreements. | 10 | 1.80 | 745.00 | 1,341.00 |
| 4/21/14 | J Murray | Telephone conference with J. Stang regarding Committee comments. | 10 | 1.10 | 745.00 | 819.50 |
| 4/21/14 | J Zola | Review J. Stang comments to settlement agreement. | 10 | 0.80 | 490.00 | 392.00 |
| 4/21/14 | J Zola | Participate on telephone conference with J. Stang, F. Elsaser, and J. Murray regarding Gt. American agreement. | 10 | 1.10 | 490.00 | 539.00 |

**DICKSTEIN**SHAPIRO LLP

| | | | | |
|---|---|---|---|---|
| Re: | Insurance Advice | | | Invoice No. 2371792 |
| | R8383.0001 | | | The Roman Catholic Diocese of Helena |
| | | | | Page 5 |

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/21/14 | J Zola | Address comments and draft memorandum to J. Murray regarding J. Stang comments | 10 | 0.80 | 490.00 | 392.00 |
| 4/21/14 | J Zola | Review insurer-revised settlement agreement drafts. | 10 | 1.00 | 490.00 | 490.00 |
| 4/22/14 | J Murray | Review insurance agreement attachments and exhibits. | 10 | 0.90 | 745.00 | 670.50 |
| 4/22/14 | J Zola | Review and compare insurer settlement papers. | 10 | 1.50 | 490.00 | 735.00 |
| 4/23/14 | J Murray | Conference call with Father Robertson and team regarding pending insurance issues. | 10 | 0.80 | 745.00 | 596.00 |
| 4/25/14 | J Murray | E-mail correspondence with client regarding strategy issues. | 10 | 0.50 | 745.00 | 372.50 |
| 4/25/14 | J Murray | Review Great American comments to agreement. | 10 | 0.50 | 745.00 | 372.50 |
| 4/29/14 | J Murray | Review comments from J. Stang on insurance agreements and settlement. | 10 | 1.00 | 745.00 | 745.00 |
| 4/29/14 | J Zola | Review J. Stang comments and revisions to settlement agreement papers. | 10 | 0.30 | 490.00 | 147.00 |

|  |  |
|---|---|
| TOTAL FEES | $ 32,172.50 |
| TOTAL FEES AND DISBURSEMENTS | $ 32,172.50 |

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena
Attn: Fr. Robertson
Diocese of Helena
PO Box 1729
Helena, MT  59624-1729

June 12, 2014
Client/Matter No. R8383.0001
Invoice No. 2372867

FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2014:

Re:   Insurance Advice

| Timekeeper | Title | Hours | Billed Rate | Standard Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Murray | Partner | 22.20 | 745.00 | 875.00 | (2,886.00) | 16,539.00 |
| J Zola | Partner | 15.70 | 490.00 | 700.00 | (3,297.00) | 7,693.00 |
| S Dangelmajer | Paralegal | 13.50 | 220.00 | 260.00 | (540.00) | 2,970.00 |
| TOTALS | | 51.40 | | | (6,723.00) | 27,202.00 |

| | | | TOTAL FEES | $ | 27,202.00 |
|---|---|---|---|---|---|
| | | | **TOTAL CURRENT INVOICE** | **$** | **27,202.00** |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S.  For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com
Federal Tax ID 53-0246695

## FEE DETAIL

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/1/14 | J Murray | Telephone conference with Father Robertson and team regarding insurance and other strategy. | 10 | 0.90 | 745.00 | 670.50 |
| 5/1/14 | J Murray | Review policy information for releases. | 10 | 1.00 | 745.00 | 745.00 |
| 5/1/14 | J Murray | Review e-mail correspondence with S. Jamieson regarding policy proof comparisons. | 10 | 0.20 | 745.00 | 149.00 |
| 5/1/14 | J Zola | Verify policies listed in insurer settlement agreement exhibits | 10 | 1.30 | 490.00 | 637.00 |
| 5/1/14 | J Zola | Draft e-mail addressing insurance policy issues. | 10 | 1.2 | 490.00 | 588.00 |
| 5/2/14 | J Murray | Prepare for telephone conference with Great American including call with F. Elsaesser. | 10 | 0.70 | 745.00 | 521.50 |
| 5/2/14 | J Murray | Telephone conference with Great American. | 10 | 0.90 | 745.00 | 670.50 |
| 5/5/14 | J Murray | Work on insurance policy proof for agreements. | 10 | 1.00 | 745.00 | 745.00 |
| 5/5/14 | J Zola | Review insurance information for settlement agreement. | 10 | 0.80 | 490.00 | 392.00 |
| 5/6/14 | J Murray | E-mail correspondence with F. Elsaesser regarding Great American. | 10 | 0.50 | 745.00 | 372.50 |
| 5/6/14 | S Dangelmajer | Review database for earlier insurance policies requested by counsel. | 10 | 2.50 | 220.00 | 550.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/7/14 | S Dangelmajer | Complete review of insurance policies that were missing and needed by counsel. | 10 | 2.00 | 220.00 | 440.00 |
| 5/7/14 | S Dangelmajer | Prepare policies for J. Zola. | 10 | 1.00 | 220.00 | 220.00 |
| 5/8/14 | J Murray | Telephone conference with J. Robertson and team. | 10 | 0.30 | 745.00 | 223.50 |
| 5/8/14 | J Murray | Review e-mail correspondence from team regarding bankruptcy and insurance issues. | 10 | 0.40 | 745.00 | 298.00 |
| 5/11/14 | J Zola | Review insurance policy documents for exhibits to settlement agreements. | 10 | 1.00 | 490.00 | 490.00 |
| 5/11/14 | J Zola | Draft e-mail correspondence to S. Jamieson regarding insurance policy issues. | 10 | 0.50 | 490.00 | 245.00 |
| 5/11/14 | J Zola | Draft summary to J. Murray regarding insurance policy issues. | 10 | 0.50 | 490.00 | 245.00 |
| 5/12/14 | J Zola | Review additional insurance policy information. | 10 | 0.40 | 490.00 | 196.00 |
| 5/12/14 | J Zola | Confirm policies in settlement agreement exhibits. | 10 | 0.40 | 490.00 | 196.00 |
| 5/14/14 | J Murray | Review insurers comments to agreements. | 10 | 0.70 | 745.00 | 521.50 |
| 5/15/14 | J Murray | Review insurer revisions to motion to approve settlements. | 10 | 0.90 | 745.00 | 670.50 |
| 5/15/14 | J Murray | Review policy information. | 10 | 0.80 | 745.00 | 596.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/15/14 | S Dangelmajer | Prepare binder of insurance documents. | 10 | 0.50 | 220.00 | 110.00 |
| 5/15/14 | J Zola | Review and comment on insurers' revised settlement documents. | 10 | 0.40 | 490.00 | 196.00 |
| 5/15/14 | J Zola | Review insurance binder. | 10 | 0.40 | 490.00 | 196.00 |
| 5/16/14 | S Dangelmajer | Review memorandum for approved settlement with reference to particular policies. | 10 | 3.80 | 220.00 | 836.00 |
| 5/16/14 | S Dangelmajer | Confirm policy completeness and accuracy. | 10 | 3.70 | 220.00 | 814.00 |
| 5/16/14 | J Zola | Review policy documents. | 10 | 0.50 | 490.00 | 245.00 |
| 5/19/14 | J Murray | Review e-mail correspondence regarding strategy with Father Robertson. | 10 | 0.80 | 745.00 | 596.00 |
| 5/19/14 | J Murray | Review comparison of policy information to policies being released. | 10 | 1.80 | 745.00 | 1,341.00 |
| 5/19/14 | J Zola | Review policy information for motion to approve settlement. | 10 | 1.60 | 490.00 | 784.00 |
| 5/20/14 | J Murray | E-mail correspondence with team and Father Robertson regarding strategy. | 10 | 0.50 | 745.00 | 372.50 |
| 5/20/14 | J Murray | Review prior comments from J. Stang regarding agreements. | 10 | 0.90 | 745.00 | 670.50 |
| 5/20/14 | J Murray | Review carrier comments regarding agreements. | 10 | 0.80 | 745.00 | 596.00 |
| 5/20/14 | J Zola | Participate on team update and strategy conference call. | 10 | 0.50 | 490.00 | 245.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/20/14 | J Zola | Provide policy summary to J. Murray. | 10 | 0.40 | 490.00 | 196.00 |
| 5/20/14 | J Zola | Review follow-up communications regarding insurance settlements. | 10 | 0.50 | 490.00 | 245.00 |
| 5/21/14 | J Murray | Review comments and suggestions from carrier counsel regarding settlement and insurance settlement procedures motions. | 10 | 1.10 | 745.00 | 819.50 |
| 5/21/14 | J Murray | Review J. Stang redline of insurance agreements. | 10 | 0.90 | 745.00 | 670.50 |
| 5/21/14 | J Zola | Review and redline the insurers' proposed brief in support of the debtor's motion to approve the insurance settlements. | 10 | 1.40 | 490.00 | 686.00 |
| 5/21/14 | J Zola | Review and comment on J. Stang insurer settlement agreement comments. | 10 | 1.40 | 490.00 | 686.00 |
| 5/22/14 | J Murray | Conference call with F. Elsaesser and J. Stang regarding carrier agreements. | 10 | 0.90 | 745.00 | 670.50 |
| 5/22/14 | J Murray | Conference call with F. Elsaesser, J. Stang, and counsel for carriers regarding settlement draft. | 10 | 1.60 | 745.00 | 1,192.00 |
| 5/22/14 | J Murray | Telephone conference with F. Elsaesser regarding strategy and insurance issues. | 10 | 0.40 | 745.00 | 298.00 |
| 5/22/14 | J Zola | Telephone conference with J. Stang and F. Elsasser. | 10 | 0.60 | 490.00 | 294.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S.  For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/14 | J Zola | Telephone conference with insurer coverage and bankruptcy counsel, J. Stang and F. Elsasser. | 10 | 0.60 | 490.00 | 294.00 |
| 5/22/14 | J Zola | Telephone conference with Catholic Mutual counsel. | 10 | 0.60 | 490.00 | 294.00 |
| 5/22/14 | J Zola | Review and analyze comments to latest iteration of insurer settlement agreement. | 10 | 0.70 | 490.00 | 343.00 |
| 5/23/14 | J Murray | Telephone conference with Father Robertson and team regarding strategy. | 10 | 0.80 | 745.00 | 596.00 |
| 5/28/14 | J Murray | Conference call with Father Robertson and team as relates to strategy and insurance. | 10 | 0.90 | 745.00 | 670.50 |
| 5/28/14 | J Murray | Review e-mail correspondence to Father Robertson regarding strategy and insurance. | 10 | 0.20 | 745.00 | 149.00 |
| 5/29/14 | J Murray | Conference call with Father Robertson regarding strategy. | 10 | 1.00 | 745.00 | 745.00 |
| 5/29/14 | J Murray | Review e-mail correspondence regarding strategy. | 10 | 0.40 | 745.00 | 298.00 |
| 5/30/14 | J Murray | Review e-mail correspondence regarding strategy and motions. | 10 | 0.90 | 745.00 | 670.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES | $ | 27,202.00 |
| TOTAL FEES AND DISBURSEMENTS | $ | 27,202.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372867 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena
Attn: Fr. Robertson
Diocese of Helena
PO Box 1729
Helena, MT 59624-1729

June 13, 2014
Client/Matter No. R8383.0001
Invoice No. 2372919

FOR PROFESSIONAL SERVICES RENDERED THROUGH June 12, 2014:

Re: Insurance Advice

| Timekeeper | Title | Hours | Billed Rate | Standard Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Murray | Partner | 4.60 | 745.00 | 875.00 | (598.00) | 3,427.00 |
| J Zola | Partner | 0.50 | 490.00 | 700.00 | (105.00) | 245.00 |
| TOTALS | | 5.10 | | | (703.00) | 3,672.00 |

TOTAL FEES $ 3,672.00

**TOTAL CURRENT INVOICE** $ 3,672.00

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2372919 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

## FEE DETAIL

| Date | Timekeeper | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/2/14 | J Murray | Review brief in support of approval of settlements and affidavit regarding same. | 10 | 0.80 | 745.00 | 596.00 |
| 6/2/14 | J Murray | E-mail correspondence with Father Robertson and counsel regarding insurance issues. | 10 | 0.30 | 745.00 | 223.50 |
| 6/3/14 | J Murray | E-mail correspondence with Father Robertson and team regarding filing and related strategy issues. | 10 | 0.40 | 745.00 | 298.00 |
| 6/5/14 | J Murray | Review redlined documents and comments by carriers regarding settlement agreements and related documents. | 10 | 0.40 | 745.00 | 298.00 |
| 6/11/14 | J Murray | E-mail correspondence with Father Robertson and counsel regarding status of agreements and related insurance strategy issues. | 10 | 0.80 | 745.00 | 596.00 |
| 6/11/14 | J Murray | Review e-mail correspondence from J. Stang as relates to insurance issues. | 10 | 0.30 | 745.00 | 223.50 |
| 6/11/14 | J Zola | Review settlement documents. | 10 | 0.50 | 490.00 | 245.00 |
| 6/12/14 | J Murray | Prepare fee petition. | 10 | 1.50 | 745.00 | 1,117.50 |
| | | | TOTAL FEES | | $ | 3,672.00 |
| | | TOTAL FEES AND DISBURSEMENTS | | | $ | 3,672.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2372919 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.