# EXHIBIT A

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

The Roman Catholic Diocese of Helena  
Attn: Fr. Robertson  
Diocese of Helena  
PO Box 1729  
Helena, MT 59624-1729  

October 21, 2014  
Client/Matter No. R8383.0001  
Invoice No. 2379363

FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2014:

Re:   Insurance Advice

| Timekeeper | Title | Billed Hours | Standard Rate | Rate | Discount | Amount Billed |
|---|---|---|---|---|---|---|
| J Murray | Partner | 76.70 | 745.00 | 875.00 | (9,971.00) | 57,141.50 |
| J Zola | Partner | 41.60 | 490.00 | 700.00 | (8,736.00) | 20,384.00 |
| TOTALS | | 118.30 | | | (18,707.00) | 77,525.50 |

|  | | |
|---|---|---|
| TOTAL FEES | $ | 77,525.50 |
| **TOTAL CURRENT INVOICE** | **$** | **77,525.50** |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.  
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.  
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.  
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

## FEE DETAIL

| Date | Timekeeper | Description | Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 6/16/14 | J Murray | Work on fee application. | 10 | 1.70 | 1,266.50 |
| 6/18/14 | J Murray | E-mail correspondence with W. Driscoll regarding status of insurance issues. | 10 | 0.30 | 223.50 |
| 6/18/14 | J Murray | E-mail correspondence with Travelers' counsel regarding status of insurance issues. | 10 | 0.10 | 74.50 |
| 6/19/14 | J Murray | Review insurer-related settlement agreement. | 10 | 0.90 | 670.50 |
| 6/19/14 | J Murray | Work on fee application. | 10 | 0.80 | 596.00 |
| 6/19/14 | J Murray | E-mail correspondence with Father Robertson and team regarding insurance issues. | 10 | 0.60 | 447.00 |
| 6/20/14 | J Murray | Work on fee application. | 10 | 1.20 | 894.00 |
| 6/20/14 | J Murray | E-mail correspondence with Father Robertson and team regarding status and insurance issues. | 10 | 0.90 | 670.50 |
| 6/20/14 | J Murray | Telephone conference with Father Robertson, F. Elsaesser, and team regarding status, including insurance issues. | 10 | 0.80 | 596.00 |
| 6/20/14 | J Zola | Review and incorporate additions to approval motion brief. | 10 | 1.20 | 588.00 |
| 6/23/14 | J Murray | Work on revisions to insurance settlement brief. | 10 | 0.80 | 596.00 |
| 6/24/14 | J Murray | Work on revisions to motion. | 10 | 0.20 | 149.00 |
| 6/26/14 | J Murray | E-mail correspondence with team regarding status of insurance issues. | 10 | 0.40 | 298.00 |
| 6/26/14 | J Murray | Telephone conference with C. Sugayan (Great American). | 10 | 0.30 | 223.50 |
| 6/27/14 | J Murray | Review e-mail correspondence from | 10 | 0.80 | 596.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S.  For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Father Robertson and team regarding status and issues. | | | |
| 6/29/14 | J Zola | Review and comment on Great American proposed settlement agreement; edit approval motion and Murray Declaration for other insurers settlement agreement. | 10 | 2.30 | 1,127.00 |
| 6/30/14 | J Murray | Review Great American revisions to insurance agreement. | 10 | 0.90 | 670.50 |
| 6/30/14 | J Murray | Review draft motion and declaration regarding insurance. | 10 | 0.80 | 596.00 |
| 6/30/14 | J Murray | E-mail correspondence with Father Robertson and team regarding Great American and review questions from Father Robertson. | 10 | 1.20 | 894.00 |
| 6/30/14 | J Murray | E-mail correspondence and review attachment with J. Stang regarding Great American. | 10 | 0.20 | 149.00 |
| 7/1/14 | J Murray | Review J. Stang comments regarding Great American settlement. | 10 | 0.70 | 521.50 |
| 7/1/14 | J Murray | Telephone conference with F. Elsaesser, W. Driscoll, and Father Robertson. | 10 | 0.80 | 596.00 |
| 7/1/14 | J Murray | Review insurers' revisions to procedures motion. | 10 | 0.50 | 372.50 |
| 7/1/14 | J Zola | Review comments to Great American proposed settlement agreement; call with B. Driscoll, J. Robertson and J. Murray to discuss questions and strategize next steps; draft e-mail to F. Elsaesser re: Great American proposed settlement. | 10 | 2.00 | 980.00 |
| 7/2/14 | J Murray | Telephone conference with F. Elsaesser and team regarding status. | 10 | 0.70 | 521.50 |
| 7/2/14 | J Murray | Telephone conference with F. Elsaesser and J. Stang regarding Great American. | 10 | 1.10 | 819.50 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| 7/2/14 | J Murray | Review revisions regarding Great American. | 10 | 1.00 | 745.00 |
| 7/2/14 | J Zola | Participate on call with F. Elsaesser and J. Stang re: Great American settlement agreement; review procedures motion. | 10 | 1.50 | 735.00 |
| 7/3/14 | J Murray | Work on drafts of procedure motion and motion to approve and exhibits to settlement agreements. | 10 | 1.90 | 1,415.50 |
| 7/3/14 | J Murray | Review J. Stang key points regarding Great American. | 10 | 0.90 | 670.50 |
| 7/3/14 | J Murray | Review issues regarding separate Catholic Mutual agreement. | 10 | 0.20 | 149.00 |
| 7/3/14 | J Murray | E-mail correspondence with J. Kahane. | 10 | 0.20 | 149.00 |
| 7/7/14 | J Murray | Review draft procedures motion. | 10 | 0.80 | 596.00 |
| 7/7/14 | J Murray | Work on additional insured issues. | 10 | 0.90 | 670.50 |
| 7/7/14 | J Murray | Work on Great American issues. | 10 | 1.00 | 745.00 |
| 7/7/14 | J Zola | Review and edit procedures motion and exhibits. | 10 | 1.00 | 490.00 |
| 7/8/14 | J Murray | Prepare for telephone conference with R. Roten. | 10 | 0.90 | 670.50 |
| 7/8/14 | J Murray | Telephone conference with R. Roten (Great American). | 10 | 1.20 | 894.00 |
| 7/8/14 | J Murray | Telephone conference with F. Elsaesser regarding status. | 10 | 0.40 | 298.00 |
| 7/8/14 | J Murray | Telephone conference with team. | 10 | 0.80 | 596.00 |
| 7/8/14 | J Murray | Finalize e-mail correspondence regarding points for Great American. | 10 | 1.20 | 894.00 |
| 7/8/14 | J Murray | Review questions from K. Elsaesser regarding procedures motion. | 10 | 0.60 | 447.00 |
| 7/8/14 | J Zola | Review and edit approval motion papers and draft timeline e-mail for | 10 | 2.80 | 1,372.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | internal team setting forth history of motion papers. | | | |
| 7/9/14 | J Murray | Work on additional insured list. | 10 | 0.90 | 670.50 |
| 7/9/14 | J Murray | Telephone conference with W. Driscoll and Father Robertson regarding status. | 10 | 1.00 | 745.00 |
| 7/9/14 | J Zola | Telephone conference with J. Murray, J. Robertson, W. Driscoll re: Great American settlement agreement; editing Great American settlement agreement to incorporate edits discussed on call with Great American's counsel and Committee counsel's proposals. | 10 | 2.50 | 1,225.00 |
| 7/10/14 | J Murray | Review final insurance settlement draft for six insurance companies. | 10 | 1.10 | 819.50 |
| 7/10/14 | J Murray | Review and finalize motion to approve and revisions to declaration. | 10 | 1.50 | 1,117.50 |
| 7/10/14 | J Murray | E-mail correspondence to team regarding additional insureds. | 10 | 0.70 | 521.50 |
| 7/10/14 | J Zola | Review and comment on F. Elsaesser's office edits and comments to approval motion documents and brief. | 10 | 2.00 | 980.00 |
| 7/11/14 | J Murray | Follow up on 9th Circuit status. | 10 | 0.30 | 223.50 |
| 7/11/14 | J Murray | Finalize review and revisions to my declaration for approval motion. | 10 | 1.10 | 819.50 |
| 7/14/14 | J Murray | Review comments (insurer and Committee) to approval motion and memorandum. | 10 | 1.00 | 745.00 |
| 7/14/14 | J Murray | Review and revise Murray declaration. | 10 | 0.90 | 670.50 |
| 7/14/14 | J Zola | Review comments and edits to approval motion papers; work comments and edits through | 10 | 1.80 | 882.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com
Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | memorandum of law in redline. | | | |
| 7/15/14 | J Murray | Further review of Committee's comments to agreements and possible revisions/solutions. | 10 | 1.20 | 894.00 |
| 7/16/14 | J Murray | Review carriers suggested revisions to approval memorandum. | 10 | 1.00 | 745.00 |
| 7/16/14 | J Murray | Telephone conference with F. Elsaesser, Father Robertson, and team regarding insurance status. | 10 | 0.80 | 596.00 |
| 7/16/14 | J Zola | Revise and incorporate edits into approval motion papers, participate on team telephone conference. | 10 | 4.00 | 1,960.00 |
| 7/17/14 | J Murray | Review of additional carrier revisions to approval motion. | 10 | 0.90 | 670.50 |
| 7/17/14 | J Murray | E-mail correspondence with W. Driscoll regarding certain revisions to agreement. | 10 | 0.60 | 447.00 |
| 7/17/14 | J Zola | Edit brief in support of approval motion. | 10 | 0.30 | 147.00 |
| 7/18/14 | J Murray | Finalize draft approval motion with all parties' revisions. | 10 | 1.00 | 745.00 |
| 7/22/14 | J Zola | Review edits to procedures motion. | 10 | 0.30 | 147.00 |
| 7/25/14 | J Zola | Review and comment on latest versions of Great American settlement agreement, J. Stang comments to settlement agreement, conduct telephone call with M. Pompeo and agree on revised language in approval motion papers. | 10 | 3.80 | 1,862.00 |
| 7/28/14 | J Murray | Telephone conference with insurer counsel regarding settlement agreement and approval motions. | 10 | 1.00 | 745.00 |
| 7/28/14 | J Murray | Telephone conference with F. Elsaesser and W. Driscoll regarding additional insured issues. | 10 | 0.80 | 596.00 |
| 7/28/14 | J Zola | Participate in telephone conference | 10 | 2.00 | 980.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEIN SHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | with the insurers; participate in telephone conference with internal team; review settlement agreement. | | | |
| 7/31/14 | J Murray | Prepare for and participate in telephone conference with Committee counsel (J. Stang and I. Scharf) regarding Great American settlement and related issues. | 10 | 1.70 | 1,266.50 |
| 7/31/14 | J Murray | Comparison of settlement agreements per request of Committee. | 10 | 0.30 | 223.50 |
| 7/31/14 | J Murray | Review e-mail correspondence from Father Robertson and Diocese team as relates to insurance issues. | 10 | 0.40 | 298.00 |
| 7/31/14 | J Zola | Telephone conference with J. Stang and Diocese team; draft summary of J. Stang comments to Great American settlement agreement. | 10 | 1.00 | 490.00 |
| 8/1/14 | J Murray | Review settlement drafts and J. Stang comments. | 10 | 0.90 | 670.50 |
| 8/1/14 | J Murray | Work on additional insured signature issue. | 10 | 0.70 | 521.50 |
| 8/4/14 | J Murray | Telephone conference with F. Elsaesser and Travelers' counsel regarding status of drafts and agreements. | 10 | 0.80 | 596.00 |
| 8/4/14 | J Murray | Follow up and review drafts. | 10 | 0.40 | 298.00 |
| 8/5/14 | J Zola | Call with B.Driscoll and review additional insured question. | 10 | 0.50 | 245.00 |
| 8/11/14 | J Murray | Review and respond to e-mail correspondence from W. Driscoll and carriers regarding related entities resolution. | 10 | 0.70 | 521.50 |
| 8/11/14 | J Zola | Review B.Driscoll email re: related entities for insurer settlements (0.2). | 10 | 0.20 | 98.00 |
| 8/12/14 | J Murray | Review agreements and team | 10 | 0.80 | 596.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com
Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|------|------------|-------------|------|-------|--------|
|      |            | conference call regarding same. |  |  |  |
| 8/12/14 | J Zola | Review materials and participate on team conference call. | 10 | 0.70 | 343.00 |
| 8/18/14 | J Murray | Telephone conference with F. Elsaesser and team regarding outstanding insurance and related issues. | 10 | 0.70 | 521.50 |
| 8/18/14 | J Zola | Prepare for and participate on call with Travelers counsel re: bankruptcy case. | 10 | 0.80 | 392.00 |
| 8/19/14 | J Murray | Draft final e-mail to insurers regarding status and conclusions and related entities and additional insured issues. | 10 | 1.20 | 894.00 |
| 8/20/14 | J Murray | Review Travelers' draft of agreement and related insured issues. | 10 | 0.40 | 298.00 |
| 8/20/14 | J Zola | Review and comment on revised settlement documents from the insurers. | 10 | 0.90 | 441.00 |
| 8/21/14 | J Murray | Review carrier documents and conference with J. Zola regarding same. | 10 | 0.80 | 596.00 |
| 8/21/14 | J Zola | Review and comment on Helena insurance settlement documents received today from insurer counsel. | 10 | 1.20 | 588.00 |
| 8/27/14 | J Murray | Review several comments on arguments from W. Driscoll and follow-up regarding issues/procedures for additional insured signatures. | 10 | 1.00 | 745.00 |
| 8/28/14 | J Murray | Review revisions to insurer draft from Father Robertson and revise final revisions from team. | 10 | 0.60 | 447.00 |
| 8/29/14 | J Murray | Telephone conference with W. Driscoll and F. Elsaesser regarding Stang comments and concerns | 10 | 0.50 | 372.50 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | regarding Ursulines. | | | |
| 8/29/14 | J Murray | Review policy issues relating to potential objections. | 10 | 0.80 | 596.00 |
| 9/1/14 | J Zola | Confer with J. Murray and B. Driscoll re: settlement agreement language; review language from prior draft. | 10 | 1.00 | 490.00 |
| 9/2/14 | J Murray | E-mail correspondence with Travelers and team regarding status of agreements. | 10 | 0.50 | 372.50 |
| 9/2/14 | J Zola | Review and input edits into settlement agreement; draft cover email to the insurers discussing edits. | 10 | 1.70 | 833.00 |
| 9/4/14 | J Murray | Work with F. Elsaesser on response to carriers regarding status of insurance settlements and plan documents (.9); several e-mails with carriers regarding status of any changes to documents (.6). | 10 | 1.50 | 1,117.50 |
| 9/4/14 | J Zola | Review and discuss insurer settlement agreement and Travelers proposed new language. | 10 | 0.60 | 294.00 |
| 9/5/14 | J Murray | Review e-mail correspondence with J. Stang regarding Ursuline issues as relates to insurance agreements (.7); review prior Ursuline exchange information and outline status/issues for team regarding same (.6); review Ursuline submissions on insurance (.8); review and revise Catholic Mutual language (.6); e-mail correspondence with W. Driscoll and Father Robertson regarding Catholic Mutual language (.3). | 10 | 3.00 | 2,235.00 |
| 9/5/14 | J Zola | Prepare for and participate on teleconference with Helena team and insurer coverage and | 10 | 1.20 | 588.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 2000026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIROLLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|------|------------|-------------|------|-------|--------|
|      |            | bankruptcy counsel re: settlement agreement language and signatures; propose redline settlement agreement. | | | |
| 9/8/14 | J Murray | Telephone conference with Father Robertson and team (.7); review and comment on W. Driscoll talking points for additional insureds/signatures and follow-up e-mail correspondence regarding same (.9); review e-mail correspondence from F. Elsaesser on remaining insurance issues as relates to confirmation plan (.5). | 10 | 2.10 | 1,564.50 |
| 9/8/14 | J Zola | Participate on Helena team teleconference; review talking points re: signatories to the insurer settlement agreement. | 10 | 1.00 | 490.00 |
| 9/9/14 | J Murray | Review Catholic Mutual release language and propose revisions (.5); review e-mail correspondence from Travelers' counsel (.1); review and comment on W. Driscoll talking points for additional insured signatures (.8); several e-mails with team regarding Diocese Parties definition (.6). | 10 | 2.00 | 1,490.00 |
| 9/9/14 | J Zola | Confer with B. Driscoll and J.Murray and revise Catholic Mutual release language. | 10 | 0.60 | 294.00 |
| 9/12/14 | J Murray | E-mail correspondence with J. Stang regarding Ursuline representations regarding insurance (.4); coordinate with F. Elsaesser regarding handling of Ursuline objections on insurance (.6). | 10 | 1.00 | 745.00 |
| 9/18/14 | J Murray | E-mail correspondence with F. Elsaesser and W. Driscoll regarding insurance issues. | 10 | 0.50 | 372.50 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com
Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 9/18/14 | J Zola | Participate on team conference call re: current status of bankruptcy and insurance matters. | 10 | 0.60 | 294.00 |
| 9/22/14 | J Murray | Telephone conferences with F. Elsaesser and insurers regarding status of motion filing and settlement agreements (.8); telephone conference with F. Elsaesser and internal team regarding insurance settlements (.7); review letter from M. Patterson regarding status and respond to same (.9); e-mail correspondence with W. Driscoll regarding Loyola Sacred Heart signature questions and review release language and declaration page (1.0). | 10 | 3.40 | 2,533.00 |
| 9/22/14 | J Zola | Review emails re: insurance settlement agreements. | 10 | 0.50 | 245.00 |
| 9/23/14 | J Murray | Review and respond to e-mail correspondence from W. Driscoll regarding Carroll College settlement issue (.5); review Catholic Mutual 2013 declarations page as relates to breadth of release (.4); telephone conference with W. Driscoll regarding release (.5); review and respond to e-mail correspondence from F. Elsaesser regarding Catholic Mutual language (.6). | 10 | 2.00 | 1,490.00 |
| 9/24/14 | J Zola | Participate on teleconference with Diocese team re: insurance issues, review settlement agreement language and communications with Carroll College. | 10 | 1.60 | 784.00 |
| 9/29/14 | J Murray | E-mail correspondence with W. Driscoll regarding Loyola and Carroll issues (.7); telephone conference with W. Driscoll regarding Loyola and Carroll issues | 10 | 2.00 | 1,490.00 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200002656823.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.

# DICKSTEINSHAPIRO LLP

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

Federal Tax ID 53-0246695

| Date | Timekeeper | Description | Code | Hours | Amount |
|---|---|---|---|---|---|
| | | (.8); review draft e-mail correspondence to counsel for Loyola (.5). | | | |
| 9/30/14 | J Murray | Review e-mail drafts regarding Loyola and related additional insured issues (.8); two telephone conferences with W. Driscoll regarding finalizing settlements (.5); telephone conference with F. Elsaesser regarding finalizing settlements (.2). | 10 | 1.50 | 1,117.50 |
| | | TOTAL FEES | | $ | 77,525.50 |
| | | TOTAL FEES AND DISBURSEMENTS | | $ | 77,525.50 |

Wire/ACH payments can be sent to: Wells Fargo Bank, Washington D.C. Wire payments use ABA# 121000248.
International Wires use SWIFT Code WFBIUS6S. For ACH payments use ABA# 054001220. Credit to Dickstein Shapiro LLP Acct# 200026568223.
Please reference Invoice# 2379363 and Client/Matter# R8383.0001 when remitting. Invoices are Payable Upon Receipt.
Please notify Dickstein Shapiro promptly if you have any questions or concerns about this invoice.