Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:     (208) 667-2900
Fax:     (208) 667-2150
Email  ford@ejame.com
         brucea@ejame.com

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole<br>(Diocese of Helena),<br><br>　　　　Debtor-In-Possession. | Case No. 14-60074<br><br>Chapter 11 |

**MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (LEGENDARY LODGE); TO AUTHORIZE DEBTOR TO TAKE CERTAIN ACTIONS AND EXECUTE DOCUMENTS INCLUDING A MORTGAGE, AND LEASE, AND NOTICE**

**TO: CREDITORS AND PARTIES OF INTEREST:**

The Roman Catholic Bishop of Helena, Montana, a Religious Corporation Sole (Diocese of Helena) ("Diocese"), Debtor-in-Possession herein, proposes to sell certain real property known as the "Legendary Lodge;" to execute a Mortgage on behalf of St. Francis of Assisi Parish to finance the purchase thereof; and to execute a lease on behalf of the Diocese to lease said property from the purchaser.

## I. SUMMARY OF RELIEF REQUESTED

The Diocese is proposing to sell the Legendary Lodge real property to The Foundation for the Diocese of Helena, a Montana Non-Profit Benefit Corporation ("Foundation") for the sum of Three Million Five Hundred Eighty Five Thousand Dollars ($3,585,000.00). To that end, the Diocese and the Foundation have entered a Buy-Sell Agreement, subject to the approval of the United States Bankruptcy Court for the District of Montana (Court), a copy of which is attached hereto as Exhibit A.

The purchaser is an independently-managed related party that provides financial support for the Diocese of Helena and for certain missions and other charitable works related to the Diocese and the Catholic community within the Diocese.

This Motion also seeks authorization to allow the Diocese, for the sole and exclusive benefit of St. Francis of Assisi Parish, to execute on behalf of said Parish a Mortgage, as Mortgagee, for certain loaned funds provided by the Parish to the Foundation to purchase said Legendary Lodge. This mortgage will be secured in second position on the Lodge.

Further, this Motion seeks authority to allow the Diocese to enter into a long-term lease of the Legendary Lodge from the Foundation for a nominal lease payment, together with the assumption of all obligations, by the Diocese of maintenance, liability insurance, casualty insurance, taxes, and assessments, in the nature of a triple-net lease.

## II. AUTHORITY FOR RELIEF REQUESTED

The Diocese seeks the relief contained in this Motion under the provisions of 11 U.S.C. § 363(b)(1), F.R.B.P. 6004 and Montana Local Bankruptcy Rule 6004-1. In other words, the Diocese is seeking Court approval because the transactions proposed are outside the normal, and usual, ordinary course of business of the Diocese.

For the reasons explained hereinafter, the Diocese believes that the transactions sought to be approved hereunder, collectively referred to as the "Legendary Lodge Sale" are in the best interest of the Creditors of the Diocese.

### III. FACTUAL BACKGROUND

The Legendary Lodge is a recreational and religious retreat property located on Seeley Lake, Missoula County, Montana. The property is an unencumbered asset of the Diocese. An appraisal of the property, commissioned by the Foundation, was conducted in May, 2014. A copy of the summary of the appraisal is attached hereto as Exhibit B. Copies of the complete appraisal can be obtained by contacting the undersigned counsel for the Diocese.

The Legendary Lodge is located on Seeley Lake, about 45 miles northeast of Missoula, Montana. The facility serves principally as the diocesan summer camp, operating mid-June through mid-August, and offers week-long camps for youth entering grades 5-12. The facility is available at other times for use by parishes or for Catholic school-sponsored gatherings.

The camping experience includes the celebration of Mass, prayer experiences, and faith formation in addition to summer fun in a Catholic community atmosphere. The camp experience at the Legendary Lodge is one facet of the dynamic faith formation that takes place in the parishes and schools of the Diocese and is designed to connect participants to parish life.

The Diocese of Helena acquired the Legendary Lodge in 1950 and converted one building into a chapel. Initially the facilities were used as a summer residence for the Bishop, for seminarians, and as a site for summer recreation for priests. Since the mid-1960s, the Lodge has been used for summer camps for youth (always with a religious focus in a recreational setting), and for retreats and other spiritual opportunities for adults.

In 2014, the Legendary Lodge was staffed by a full-time Director, a full-time Caretaker, and summer camp staff of 19, along with approximately 25 volunteers. 620 campers participated in the camps in June, July and August of 2014. Additionally, from mid-August through September, 400 people participated in 10 retreats and fall parish/school gatherings.

Before the commencement of the bankruptcy, the Diocese has sought to obtain a way to realize the value of the Legendary Lodge, but continue its use for the benefit of the Catholic community of Western Montana. The Diocese has explored the possibility purchase of the property by donors to the Diocese; a partial sale to other Catholic Institutions, or a "hybrid" approach to that concept. Ultimately, agreement was reached with the Foundation whereby the Foundation would purchase the Legendary Lodge and lease it back to the Diocese, so long as the Diocese would be primarily responsible for raising all of the funds necessary to purchase the Legendary Lodge at appraised value, so that the Foundation would not have to utilize its invested and managed funds, which, among other things, would have the effect of "cannibalizing" funds that currently are earning returns that primarily benefit the Diocese and its missions.

Sufficient pledges have been received from a variety of donors such that the Foundation is now in a position to close on the property, subject to financing from two sources.

First, the Foundation has obtained a commitment for a bank loan of One Million Seven Hundred Thousand Dollars ($1,700,000.00) from Opportunity Bank of Helena, Montana, which shall be a first mortgage on the Legendary Lodge property. The Diocese and the Foundation believe sufficient pledges will be obtained so that donor paying their pledge funds to the Foundation will repay this loan in a timely manner.

Second, St. Francis of Assisi Parish, which is the beneficiary of the Helppie Trust, has agreed to loan One Million Dollars ($1,000,000.00) of Helppie Trust funds in the form of a second mortgage which also will be repaid by funds donated for such purpose to the Foundation.

The Foundation has received sufficient donated funds to pay the balance of the purchase price of Eight Hundred Eighty-Five Thousand ($885,000.00), which will effectively be the "down payment" at closing. The Diocese will receive the entire purchase price, which will be held in its Debtor-in-Possession account pending confirmation of the Joint Plan on file herein or further Order of this Court.

There exists the risk, as described above, that sufficient donated funds will not be received by the foundation to pay off the entire Two Million, Seven Hundred Thousand ($2,700,000.00) of loaned funds. Based upon donor activities so far, the Diocese and the Foundation believe this to be a manageable risk, and that it is unlikely that the Foundation will have to "invade" funds it manages in the ordinary course for the benefit of the Diocese and its missions.

The net sales proceeds, less normal and usual real estate closing costs would be utilized for the following purposes:

1. To partially fund the amounts necessary to fully fund the trusts for the benefits of sexual abuse claimants, including future claimants, net of the amounts provided by the Diocese insurers;
2. To provide funding for the payment of allowed administrative expenses of the Chapter 11 case;
3. To provide the Diocese, which it is anticipated will be a reorganized Debtor, with reserves for unanticipated shortfalls and donations or unanticipated major expense items;
4. To the extent funds are available, to pay down Diocese secured debt and to assist in restructuring the same.

St. Francis of Assisi Parish is the named residual beneficiary of the Helppie Trust, the Helppie Trust consists of approximately One Million, One Hundred Thousand Dollars

($1,100,000.00) on deposit with Wells Fargo Bank, the current trustee; and the approximate amount of Seven Hundred Thousand Dollars ($700,000.00) currently held in the Katherine Helppie estate, which will ultimately pour over to the Helppie Trust. A copy of the Order (Montana 21st District, Ravalli County) approving the Distribution of Trust Assets, dated February 27, 2014, is attached hereto as Exhibit C.

The residual of the Helppie Trust was designated for the benefit of the St. Francis Parish, and the St. Francis Parish has agreed to assist with the financing of the Legendary Lodge Sale as set out above. Based upon the terms of the Court Order referred to above, the transfer of these funds towards the purchase price of the Legendary Lodge, as well the granting of the mortgage and the receipt of the Note would require the Debtor, the Diocese, to act as Trustee for the benefit of St. Francis of Assisi Parish, even though the Diocese has no direct or indirect interest in the Trust funds. Therefore, to close the transaction it is necessary for the Diocese to authorize, on behalf of the Parish, the transfer of the One Million Dollar loaned funds to the closing agent; as well as to execute the second mortgage (as mortgagee) and to receive the promissory note for the sole and exclusive benefit of St. Francis of Assisi Parish. The repayment of the loan funds will be paid directly to the Parish, as said second mortgage is paid off.

Simultaneously with the closing of the transaction, the Foundation and the Diocese have agreed that the Diocese shall continue the operations of the Legendary Lodge as it has in the past, and shall enter into a long term lease agreement for the operation of the Legendary Lodge by the Diocese. The lease rate will be nominal, but the Diocese will assume all of the responsibilities it currently has now, such as interior and exterior maintenance of the improvements; operation of the lodge and caretaking of it offseason; providing for casualty and liability insurance, with the Foundation as an additional named insured; responsibility for any

taxes or assessments by Missoula County or any taxing districts; and the payment of all utilities. The lease, therefore, is similar in all respects to a triple-net lease. While the execution of the Legendary Lodge Sale, including the "lease-back" may be outside the ordinary course of the business of the Diocese, the expenses associated with the Legendary Lodge that are the bulk of the expenses under the lease-back are already expenses that are being paid under the ordinary course of business by the Diocese through its existing operation of the Legendary Lodge.

## IV. BEST INTEREST OF CREDITORS OF THE ESTATE

As indicated previously, the net proceeds of sale will enable the Diocese to fully fund the payments necessary under the plan, including the payment of the various trusts, including the future claims trust for sexual abuse claimants, and the payment of the administrative expenses, including professional fees, of the Chapter 11 Bankruptcy proceeding.

An additional benefit is that the Diocese will have to borrow less money. Previously, this Court approved a loan from Placid Enterprises, LLC. ("Placid"), said Order being entered on January 9, 2015, Docket 398. The Placid loan approved therein originally contemplated the lending of Three Million Five Hundred Thousand Dollars ($3,500,000.00). It also provided by its terms that if the Legendary Lodge were to sell, One Million Dollars ($1,000,000.00) would be applied to the Placid loan. With the relief sought under this Motion, the Diocese will have to borrow only Two Million Five Hundred Thousand Dollars ($2,500,000.00) from Placid, which will reduce interest costs to the Diocese going forward and provide additional assurance to secured and unsecured creditors being paid post-confirmation with regard to the ability of the Diocese to make its payments.

Finally, the remaining sales proceeds will provide at least a modest cushion for the operations of the Diocese going forward, including its abilities to make regular payments on secured and unsecured debts.

## V. SUMMARY OF THE SALE

a) A legal description of property to be sold, all located in Missoula County, Montana:

Lot 1, Section 8 and Lot 2, Section 9, Township 15 North, Range 14 West of the Montana Meridian, containing 31.54 acres and 16.85 acres, according to the United States Government Survey thereof; together with all water rights appertaining thereto; subject to all restrictions, reservations, easements, and rights-of-way of record.

b) The sale is a private sale to the Foundation for the Diocese of Helena, of what is known as Legendary Lodge, a recreational and religious retreat located on Seeley Lake, Missoula County, Montana;

c) Time and Place of Sale: Debtor-in-Possession intends to close no later than ten (10) days after Bankruptcy Court approval. Closing shall take place at Helena Abstract and Title Company in Helena, Montana;

d) Terms of Sale: Purchase price is $3,585,000.00. Purchase price shall be full paid at closing;

e) Treatment of Existing Liens: No liens exist with the exception of unpaid real property taxes up to date of closing, which will be paid at closing;

f) Value of Property to be Sold: Debtor-in-Possession estimates the value of the property to be sold at $3,585,000.00, as set forth in the summary appraisal attached;

g) Realtor's Commission: There is no realtor involved with this sale, thus no realtor's commission will be paid;

h) Administrative Costs: ALL ESTIMATES: Title insurance and other closing costs estimated at $5,000.00 shall be paid at closing and out of proceeds of sale;

i) Authority for Conducting the Sale: The authorities as stated above include 11 U.S.C. § 363, F.R.B.P. 6004 and Montana Local Bankruptcy Rule 6004-1.

WHEREFORE, the Diocese moves the Court enter an Order pursuant to 11 U.S.C. § 363 (b) as follows:

1) Approving the sale of the Legendary Lodge property to the Foundation, under the terms and conditions of the Buy-Sell Agreement attached hereto as Exhibit A;

2) Authorizing the Diocese to execute documents on behalf of St. Francis of Assisi Parish to facilitate the funding of the One Million Dollar ($1,000,000.00) loan to the Foundation for the purchase of Legendary Lodge, as well as authority to execute the mortgage documents and receive the promissory note for the sole benefit of St. Francis of Assisi Parish; and

3) Authoring the Diocese, simultaneously with the sale of the Legendary Lodge Foundation, to execute a long term lease to enable the Diocese to continue to operate the Legendary Lodge after the sale.

Respectively Submitted this 9th day of February, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

/s/ Bruce A. Anderson
Bruce A. Anderson
Attorney for Debtor-in-Possession

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

If you object to the relief in this motion or wish the Court reconsider its Order, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule a hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:

**NOTICE OF HEARING**
Date: _____
Time: _____
Location: _____

If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.

DATED this 9th day of February, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Attorneys for Debtor-In-Possession

CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on February 9, 2015, I served the foregoing MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY (LEGENDARY LODGE); TO AUTHORIZE DEBTOR TO TAKE CERTAIN ACTIONS AND EXECUTE DOCUMENTS INCLUDING A MORTGAGE, AND LEASE, AND NOTICE on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML.

Additionally, by regular first class mail, I mailed a copy to the following non-ECF partie(s)

Hon. Michael Hogan (Retired), 21 West Sixth Street, Eugene, OR 97401

Placid Enterprises, LLC, c/o Martin King, PO Box 387, Seely Lake MT 59868

Additionally, by regular first class mail, I mailed a copy to the following non-ECF parties (names and addresses omitted to protect the privacy of the parties):

W.B., S.D., C.D., A. H.,
C.W. #6, J.L. #7, E.B. #8, M.P. #395, F.T. #396, H.H #404

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 9, 2015

          ELSAESSER JARZABEK ANDERSON
          ELLIOTT & MACDONALD, CHTD.

          */s/ Bruce A. Anderson*
          Bruce A. Anderson

```
Label Matrix for local noticing          Great American Insurance Company        MT Dept of Environmental Quality
0977-2                                   c/o Crowley Fleck PLLP                  P.O. Box 200901
Case 14-60074                            P.O. Box 7099                           Helena, MT 59620-0901
U.S. Bankruptcy Court, District of Montana  Missoula, MT 59807-7099
Butte
Mon Feb  9 09:31:00 MST 2015

ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A   The Foundation for the Diocese of Helena  Tort Claimants c/o Datsopoulos, MacDonald &
PO BOX 1729                              324 Main SW                             Datsopoulos, MacDonald & Lind, P.C.
HELENA, MT 59624-1729                    Ronan, MT 59864-2707                    201 W. Main Street, Suite 201
                                                                                 Missoula, MT 59802-4326


Ursuline Western Province                U.S. Bankruptcy Court, District of MT   ANDERSON ZURMUEHLEN
c/o Susan G. Boswell                     Room 263 Federal Building               ATTN: KEVIN KELLEY
Quarles & Brady LLP                      400 North Main                          PO BOX 1040
One S. Church Ave.                       Butte, MT 59701-8866                    HELENA, MT 59624-1040
Suite 1700
Tucson, AZ 85701-1630

Allegiance Benefit Plan Mgmt.            America Press, Inc.                     (p)AMERICAN HONDA FINANCE
Flexible Benefits                        P.O. Box 293159                         P O BOX 168088
P.O. Box 4346                            Dayton OH 45429-9159                    IRVING TX 75016-8088
Missoula MT 59806-4346


Anaconda Catholic Community              Anderson Zurmuehlen                     Annuity Fund
217 W. Pennsylvania                      828 Great Northern Blvd.                515 N. Ewing Street
Anaconda, MT 59711-1927                  Helena MT 59601-3357                    P.O. Box 1729
                                                                                 Helena, MT 59624-1729


Assoc. Catholic Diocesan Archivists      B&D Associates                          Blessed Trinity Catholic Com
c/o Brian B. Fahey, Treasurer            dba Crowne Plaza Union Station          1475 Eaton Street
P.O. Box 818                             123 W. Louisiana Street                 Missoula, MT 59801-3224
Charleston SC 29402-0818                 Indianapolis IN 46225-1049


Butte Catholic Community N.              Butte Catholic Schools                  Catalina Sugayan and Peter Horst
102 South Washington Street              9 S. Idaho Street                       Great American Insurance Counsel
Butte, MT 59701-1638                     Butte, MT 59701-1609                    One N. Wacker Drive, Ste 4200
                                                                                 Chicago, IL 60606-2862


Catherine Rice                           Catholic Mutual Group                   Charles Launer
1019 Lewisohn                            10843 Old Mill Road                     363 Jensen Road
Butte, MT 59701-8725                     Omaha, NE 68154-2600                    Columbia Falls, MT 59912-9218


Chris Fichtl                             Christ the King Parish                  Christopher and Michelle Field
Sharon Stier                             1400 Gerald Avenue                      1813 Colorado Gulch
Rivkin Radler                            Missoula, MT 59801-4230                 Helena, MT 59601-9647
926 RXR Plaza
Uniondale, NY 11556-3823


Clergy Senior Status Trust               Colleen Tuxbury-Tripp                   Connect Telephone and Computer Grp
c/o Marie T. Mullarkey                   1568 Cornerstone Drive                  1306 Central Avenue
Wells Fargo                              Missoula, MT 59802-8611                 Billings, MT 59102-5531
350 N. Last Change Gulch, 2nd Fl.
Helena MT 59601-5012
```

Current Fund  
515 N. Ewing Street  
P.O. Box 1729  
Helena, MT 59624-1729

Custodian Funds  
515 N. Ewing St.  
P.O. Box 1729  
Helena, MT 59624-1729

Dan and Cheryl McCauley  
P.O. Box 1137  
Helena, MT 59624-1137

Daniel and Marjorie Doyle  
1665 Sunflower Drive  
Missoula, MT 59802-3303

David Spector, Luis DeLucia  
Ray Miller  
Schiff Hardin LLP  
666 Fifth Avenue, 17th Fl.  
New York, NY 10103-1700

David and Joyce Roberts  
635 North Ewing  
Helena, MT 59601-3604

David and Mary Beth Garding  
7090 Applegate Drive  
Helena, MT 59602-9095

David and Suzanne Peterson  
229 Mansion Heights Drive  
Missoula, MT 59803-2473

Dean and Arlette Randash  
1941 Virginia Dale Street  
Helena, MT 59601-5886

Deanna Huseth  
P.O. Box 5751  
Missoula, MT 59806-5751

Delbert and Theresia Gilchrist  
705 Park Avenue  
Whitefish, MT 59937-2831

Donald and Beverly Opitz  
1500 Ohio Avenue  
Helena, MT 59601-5429

Donald and Karrin Sax  
15940 Highland Drive  
Florence, MT 59833-5946

Donald and Mary Shaughnessy  
1040 Anglers Bend Way  
Missoula, MT 59802-5547

Donald and Patricia Graber  
P.O. Box 1091  
East Helena, MT 59635-1091

Dr. Mary Langenderfer  
3125 Pattee Canyon Road  
Missoula, MT 59803-1704

Elwood Lapham  
c/o Patricia McCloe  
Deserre Sauers, Guardians  
12853 Pink Street  
Brooklyn, MI 49230-9331

Emmett Kent  
dba ETAK Electric  
P.O. Box 8  
Elliston MT 59728-0008

Empire Office Machines  
821 N. Last Chance Gulch  
Helena, MT 59601-3352

Endowment Fund  
515 N. Ewing Street  
P.O. Box 1729  
Helena MT 59624-1729

Eugene Tripp  
P.O. Box 7103  
Missoula, MT 59807-7103

FIRST INTERSTATE BANK  
PO BOX 5299  
HELENA, MT  59604-5299

First Interstate Bank  
25 E. Lyndale Avenue  
P.O. Box 5299  
Helena, MT 59604-5299

Flint Creek Catholic Community  
P.O. Box 329  
Drummond MT 59832-0329

Foundation for the Diocese Helena  
515 N. Ewing Street  
P.O. Box 1729  
Helena, MT 59624-1729

Fred Marczyk, Michael Pompeo  
Richard Vinci  
Drinker Biddle and Reath LLP  
1177 Ave. of the Americas, 41st Fl.  
New York, NY 10036-2714

Fred and Gayle Stout  
10635 Mullan Road  
Missoula, MT 59808-8432

Fred and Suzie Stradinger  
94 Antelope Drive  
Dillon, MT 59725-8891

GREAT AMERICAN FINANCIAL SERVICES CORPORATIO  
FKA GREAT AMERICAN LEASING CORP  
ATTN:PEGGY UPTON, LITIGATION SPECIALIST  
PO BOX 609  
CEDAR RAPIDS IA 52406-0609

George P. Burns  
2555 Ferndale, 110  
Helena MT 59601-8021

Good Samaritan Thrift Store
3067 N. Montana Avenue
Helena, MT 59601-0552

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Guatemala General
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Guatemala Nurses Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Henry Dahl
1015 Harrison
Helena, MT 59601-2622

Herbert and Kathryn Wanke
63 Blue Bird Land
Whitehall, MT 59759-9701

Holy Cross Parish
101 S. Walnut
P.O. Box 610
Townsend, MT 59644-0610

Holy Family Parish
609 Quaw Blvd.
Belgrade, MT 59714-3140

Holy Rosary Parish
220 W. Main Street
P.O. Box 96
Bozeman, MT 59771-0096

Holy Spirit Parish
3930 East Lake Street
Butte, MT 59701-4399

Immaculate Conception Parish
1002 4th Avenue, E
P.O. Box 1477
Polson, MT 59860-1477

Immaculate Conception Parish
605 Clark Street
P.O. Box 786
Deer Lodge, MT 59722-0786

Interlogic Outsourcing, Inc.
25325 Leer Drive
Elkhart, IN 46514-5428

Invesco
Paul Maloy
40 W. Lawrence Street, Ste. C
Helena, MT 59601-5083

James Murray, Jared Zola
Ronald Waterman
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5417

James Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4114

James and Darlene Michlig
50 Morning View Drive
Kalispell, MT 59901-7213

James and Elizabeth McGovern
P.O. Box 455
Cut Bank, MT 59427-0455

James and Joyce Moerkerke
P.O. Box 346
Stevensville, MT 59870-0346

James and Kathleen Cummings
800 Monegan Road
Whitefish, MT 59937-8283

James and Stella Ziegler
3040 Hollow Tree Road
Billings, MT 59101-9422

Jason King
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
1037 Raymond Blvd.
Newark, NJ 07102-5428

Jeff Hollenback
4601 Goodan Lane
Missoula, MT 59808-9009

Jeff Kahane, Russell Roten
Duane Morris LLP
865 S. Figueroa St., Ste. 3100
Los Angeles, CA 90017-5450

Jennifer and Steven Schmitt
14 Sidewinder Loop
Clancy, MT 59634-9824

Jerry and Jan Cashman
2055 Springhill Road
Bozeman, MT 59718-8461

Jim Butts
2855 Swan Highway
Bigfork MT 59911-6414

Joan Powell
1001 River Lakes Pkwy, Apt. 123
Whitefish, MT 59937-7859

John Hall
c/o. St. John Vianney Seminary
1300 S. Steele Street
Denver CO 80210-2526

John Stimson
2 Indian Creek Road
Sheridan, MT 59749-9632

| | | |
|---|---|---|
| John and Carolyn Snively<br>234 Beverly Avenue<br>Missoula, MT 59801-5927 | John and Lois Hammett<br>1215 Sunnyside<br>Kalispell, MT 59901-7491 | Joseph Hampton<br>Betts, Patterson and Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927 |
| Joseph Shevlin<br>1727 Jerome Place<br>Helena, MT 59601-4620 | Josephine Rodriguez<br>631 Cedarwood Drive<br>Powell, WY 82435-1749 | KATHRYN WANKE<br>63 BLUE BIRD LAND<br>WHITEHALL MT 59759-9701 |
| Karen Riedl<br>426 Lilly Road NE, No.118<br>Olympia, WA 98506-6932 | Kathleen Murphy<br>P.O. Box 477<br>Mosier, OR 97040-0477 | Keith Talbot, Scott Jamieson<br>Michael Patterson<br>Patterson Buchanan Fobes Leitch<br>2112 Third Ave., Ste. 500<br>Seattle, WA 98121-2326 |
| Kelly and Shelly Wills<br>3032 Queen Street<br>Missoula, MT 59801-8651 | Kevin and Judy Fredenberg<br>1616 34th Street<br>Missoula, MT 59801-8938 | Kyle and Mary Eckmann<br>5 Lava Mountain Court<br>Montana City, MT 59634-9673 |
| Larry and Loretta Tribble<br>P.O. Box 803<br>Three Forks, MT 59752-0803 | Latin American Missions<br>515 N. Ewing Street<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Little Flower Parish<br>204 1st Street, N.W.<br>P.O. Box 529<br>Browning, MT 59417-0529 |
| Liturgy Training Publications<br>3949 S. Racine Avenue<br>Chicago IL 60609-2523 | Living Water Catholic Church<br>152 S.O.S. Road<br>P.O. Box 995<br>Seeley Lake, MT 59868-0995 | Lois Ashton Hughes<br>915 Saddle Drive, No. 328<br>Helena, MT 59601-6088 |
| Lorrine Zimmerman<br>285 Madison Avenue, Apt. 201<br>Bainbridge Island, WA 98110-2589 | MARKETTE & CHOUINARD, P.C.<br>DUSTN CHOUINARD<br>601 SOUTH FIRST STREET<br>HAMILTON, MT 59840-2812 | MONTANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SPECIALIST KIM DAVIS<br>PO BOX 7701<br>HELENA, MT 59604-7701 |
| Madison County Catholic Comm<br>105 Poppleton<br>P.O. Box 17<br>Sheridan, MT 59749-0017 | Marlene Wheeler<br>P.O. Box 155<br>Pablo, MT 59855-0155 | Mary DeYoung<br>Soha and Lang<br>1325 Fourth Avenue<br>Suite 2000<br>Seattle, WA 98101-2570 |
| Mary Pyfer<br>716 Red Letter Street<br>Helena, MT 59601-5808 | Michael and Katherine McKenna<br>3915 Sourdough Road<br>Bozeman, MT 59715-8013 | Michael and Mary Dixon<br>46 Forest Park Drive<br>Clancy, MT 59634-9756 |
| Montana Dept. Environmental Quality<br>1520 E. 6th Avenue<br>Helena, MT 59601-4541 | Montana Pro Audio<br>1200 W. Porphyry Street<br>Butte, MT 59701-2130 | Morrison Maierle, Inc.<br>1 Engineering Place<br>P.O. Box 6147<br>Helena MT 59604-6147 |

Mountain West Bank
1225 Ceder Street
P.O. Box 6013
Helena, MT 59604-6013

National Conference for
Catechetical Leadership
3031 Fourth Street, Suite B
Washington DC 20017-1102

Northwest Archivists, Inc.
Oregon Jewish Museum
1953 NW Kearney
Portland OR 97209-1414

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Our Lady of Lourdes
1502 Shirley Road
Helena, MT 59602-6639

Our Lady of Mercy Parish
500 Dewey Avenue
P.O. Box 626
Eureka, MT 59917-0626

Our Lady of Pines Parrish
437 Madison
P.O. Box 577
West Yellowstone, MT 59758-0577

Our Lady of Swan Valley
21592 Sycamore Tree Lane
Bigfork, MT 59911-7907

Our Lady of the Valley
1502 Shirley Road
Helena, MT 59602-6639

Pamela Zuhoski
18 Mueller Court
Helena, MT 59601-5446

Patrick and Deborah Marrinan
32219 Cutting Horse Lane
Polson, MT 59860-7584

Patti Cassidy
2312 Garland Drive
Missoula MT 59803-1102

Paula Loving
1510 Chestnut Street
Helena, MT 59601-1065

Phil Maronick
2508 Primrose Lane
Helena, MT 59601-0315

Phyllis Odermann
c/o Wendy Ekre
PO Box 202
Beach, ND 58621-0202

Pope John Paul II Parish
195 Cloverdell Road
P.O. Box 277
Bigfork, MT 59911-0277

Randall and Mary Fraser
10 Pine Ridge Circle
Clancy, MT 59634-9760

Ravalli County Bank
P.O. Box 150
Hamilton, MT 59840-0150

Raymond Leopold
3360 Whitefish Stage Road
Kalispell, MT 59901-6727

Resurrection Cemetery
3700 N. Montana Avenue
P.O. Box 5029
Helena, MT 59604-5029

Resurrection Parish
1725 S. 11th Avenue
Bozeman, MT 59715-5404

Rev. Daniel Shea
818 N. Benton Avenue
Helena, MT 59601-2746

Rev. Edward Stupca
Marquis Room 206
300 Mount Highland Drive
Butte, MT 59701-4080

Rev. John Darragh
730B Missy's Way
Missoula, MT 59801

Rev. John Hunthausen
6 Wood Court
Helena, MT 59601-0167

Rev. John Wang
425 Ford Street
Missoula, MT 59801-4246

Rev. Joseph Oblinger
2400 Durston Road, No. 37
Bozeman, MT 59718-1860

Rev. Robert Noonan
2815 Old Fort Road, Apt. 304
Missoula, MT 59804-7409

Rev. Stephen Tallman
5630 Lower Woodchuck Road
Florence, 59833-6624

Reverend Edward Stupca
300 Mount Highland Drive
Butte MT 59701-4080

| | | |
|---|---|---|
| Reverend Frank McCormick<br>2409 Mary Jane Blvd.<br>Missoula MT 59808-5886 | Reverend Gregory Burke<br>25 Burning Tree Lane<br>Butte MT 59701-3936 | Reverend John J. Darragh<br>730 Missy's Way<br>Apt. B<br>Missoula MT 59801-1487 |
| Reverend John Murray<br>901 Pennsylvania Avenue<br>Deer Lodge MT 59722-1743 | Reverend Joseph Byrne<br>2801 Colonial Drive<br>Apt. 215<br>Helena MT 59601-8040 | Reverend Kenneth Fortney<br>3 Willowbrook Close<br>Whitefish MT 59937-8100 |
| Reverend Msgr. Joseph Harrington<br>1726 Cannon<br>Helena MT 59601-1964 | Reverend Richard Sodja<br>2530 Wildwood Lane, No 5<br>Helena MT 59601-8027 | Reverend Stephen Tallman<br>5630 Lower Woodchuck Road<br>Florence MT 59833-6624 |
| Reverend Thomas M. O'Donnell<br>1701 Prospect Avenue<br>3H<br>Helena MT 59601-4598 | Reverend Victor Langhans<br>P.O. Box 856, CMR 701<br>APO AP 96555 | Richard Pyfer<br>534 Diehl Drive<br>Helena, MT 59601-5457 |
| Richard Quinn<br>119116 Lone Pine<br>Silverbow, MT 59750-9703 | Richard and Carolyn Gibbons<br>629 2nd Street<br>Helena, MT 59601-5331 | Richard and Christine Snyder<br>253 Anderson Blvd.<br>Helena, MT 59601-0328 |
| Richard and Darlene Samson<br>1605 Shadow Lane<br>Missoula, MT 59803-3409 | Richard and Dawn Bishop<br>938 Rumble Creed Road<br>Condon, MT 59826-9017 | Richard and Jonella Schwaller<br>1426 Cherry Drive<br>Bozeman, MT 59715-5925 |
| Richard and Teresa Athman<br>575 Foley Lane<br>Hamilton, MT 59840-9008 | Risen Christ Parish<br>65 W. Evergreen Drive<br>Kalispell, MT 59901-2809 | Robert Vinci<br>Drinker Biddle and Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714 |
| Robert and Adele Zanon<br>13840 SW Cherry Hill Court<br>Beaverton, OR 97008-4901 | Robert and Louise Robinson<br>506 North Rodney Street<br>Helena, MT 59601-4012 | Robert and Lynn Pearce, Jr.<br>50 Yellowstone Road<br>Columbia Falls, 59912-9262 |
| Roman Catholic Bishop of Helena<br>515 North Ewing<br>P.O. Box 1729<br>Helena, MT 59624-1729 | Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole (<br>PO Box 1729<br>Helena, MT 59624-1729 | Rosabelle Maloney Stimson<br>2 Indian Creek Road<br>Sheridan, MT 59749-9632 |
| Rose Ball Maloney<br>P.O. Box 139<br>Alder, MT 59710-0139 | SANDEFUR LAW OFFICES<br>PATRICK SANDEFUR<br>100 RYMAN<br>MISSOULA, MT 59802-4307 | STATE OF MONTANA, DEPT OF ENVIRONMENTAL QUAL<br>c/o KATHERINE M HAQUE-HAUSRATH<br>PO BOX 200901<br>HELENA MT 59620-0901 |

| | | |
|---|---|---|
| STS Cyril & Methodius Parish<br>120 W. Riggs<br>P.O. Box 1110<br>East Helena, MT 59635-1110 | Sacred Heart Mission<br>1502 Shirley Road<br>Helena, MT 59602-6639 | Sacred Heart Parish<br>35933 Round Butte Road<br>Ronan, MT 59864-2311 |
| Sacred Heart, Belgian Colony<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486-0338 | Scott Schroeder, DDS<br>2445 S. 3rd Street, W.<br>Missoula, MT 59801-1330 | Service Master Comm. Bldg. Service<br>P.O. Box 310<br>Helena, MT 59624-0310 |
| Shaela Evenson<br>1810 Elm Street<br>Butte MT 59701-4816 | Shareholder Representative, LLC<br>c/o Philip J. Carstens, Jr.<br>618 Riverside Ave., #300<br>Spokane, WA 99201-5102 | Sheila McShane<br>P.O. Box 1729<br>Helena MT 59624-1729 |
| Sister of Charity of Leavenworth<br>Delores Brinkel<br>P.O. Box 1729<br>Helena MT 59624-1729 | Sisters of Charity Margaret Hogan<br>602 N 10th Street<br>Hamilton MT 59840-2059 | Sisters of Charity Paula Tweet<br>3900 Juniper Lane<br>Butte MT 59701 |
| Spirit of Christ Mission<br>1475 Eaton Street<br>Missoula, MT 59801-3224 | St. Ann Parish<br>2100 Farragut Avenue<br>Butte, MT 59701-6102 | St. Ann Parish<br>9015 Hwy 200 East<br>P.O. Box 1008<br>Bonner, MT 59823-1008 |
| St. Anne Parish<br>BIA Road #1<br>P.O. Box 160<br>Heart Butte, MT 59448-0160 | St. Anthony Parish<br>217 Tremont Street<br>Missoula, MT 59801-3997 | St. Bartholomew Parish<br>407 2nd Avenue, S.E.<br>P.O. Box 422<br>White Sulphur Springs, MT 59645-0422 |
| St. Catherine Parish<br>214 S. Elder<br>P.O. Box 205<br>Boulder, MT 59632-0205 | St. Charles Parish<br>230 Baker Avenue<br>P.O. Box 128<br>Whitefish, MT 59937-0128 | St. Francis Parish<br>411 S. 5th Street<br>P.O. Box 593<br>Hamilton, MT 59840-0593 |
| St. Francis Parish<br>616 4th Street<br>P.O. Box 338<br>Valier, MT 59486-0338 | St. Francis Xavier Parish<br>420 W. Pine Street<br>Missoula, MT 59802-4118 | St. Helena Cathedral Parish<br>530 N. Ewing Street<br>Helena, MT 59601-4001 |
| St. Ignatius Mission<br>300 Beartrack Avenue<br>P.O. Box 667<br>Saint Ignatius, MT 59865-0667 | St. James Parish<br>109 W. Meany Street<br>P. O. Box 745<br>Plains, MT 59859-0745 | St. John Parish<br>519 1st Avenue, S<br>P.O. Box 397<br>Fairfield, MT 59436-0397 |
| St. John Vianney Parish<br>609 Quaw Blvd.<br>Belgrade, MT 59714-3140 | St. John the Baptist<br>16680 Main Street<br>P.O. Box 329<br>Frenchtown, MT 59834-0329 | St. John's Parish<br>1500 Cobban Street<br>Butte, MT 59701-5934 |

| | | |
|---|---|---|
| St. Joseph Mission<br>35933 Round Butte Road<br>Ronan, MT 59864-2311 | St. Joseph Mission<br>437 Madison<br>P.O. Box 577<br>West Yellowstone, MT 59758-0577 | St. Joseph Parish<br>28 3rd Street, NW<br>P.O. Box 286<br>Harlowton, MT 59036-0286 |
| St. Joseph Parish<br>320 Main Street<br>P.O. Box 640<br>Choteau, MT 59422-0640 | St. Joseph Parish<br>719 Utah Avenue<br>P.O. Box 1467<br>Libby, MT 59923-1467 | St. Jude Parish<br>Hwy. 200, 100 Main Street<br>P.O. Box 802<br>Lincoln, MT 59639-0802 |
| St. Margaret Parish<br>129 2nd Avenue, SE<br>P.O. Box 207<br>Cut Bank, MT 59427-0207 | St. Mary Catholic Community<br>1700 Missoula Avenue<br>Helena, MT 59601-3966 | St. Mary Mission<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 |
| St. Matthew Parish<br>602 S. Main Street<br>Kalispell, MT 59901-4898 | St. Michael Parish<br>106 S. Maryland<br>Conrad, MT 59425-2016 | St. Michael Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 |
| St. Phillip Neri Parish<br>12 Broad Street<br>P.O. Box 329<br>Drummond, MT 59832-0329 | St. Richard Parish<br>1210 9th Street W<br>P.O. Box 2073<br>Columbia Falls, MT 59912-2073 | St. Rose of Lima Parish<br>226 S. Atlantic Street<br>Dillon, MT 59725-2717 |
| St. Teresa Parish<br>107 - 2nd Avenue SE<br>P.O. Box 337<br>Whitehall, MT 59759-0337 | St. Theodore Mission<br>530 N. Ewing Street<br>Helena, MT 59601-4001 | St. Thomas Aquinas Mission<br>531 Main Street<br>Shelby, MT 59474-1809 |
| St. Thomas Parish<br>108 Main Street<br>P.O. Box 90<br>Helmville, MT 59843-0090 | St. William Parish<br>20 1st Avenue, NE<br>P.O. Box 18<br>Dutton, MT 59433-0018 | St. William Parish<br>416 Preston Avenue<br>P.O. Box 186<br>Thompson Falls, MT 59873-0186 |
| St. William Parish<br>531 Main Street<br>Shelby, MT 59474-1809 | Steve and Rose Nistler<br>7691 Highway 12 W<br>Helena, MT 59601-9779 | T. Weber Greiser<br>3125 Pattee Canyon Road<br>Missoula, MT 59803-1704 |
| The Foundation for Diocese Helena<br>Jeanne Saarien<br>P.O. Box 1729<br>Helena, MT 59624-1729 | The Sycamore Tree<br>21592 Sycamore Tree Lane<br>Swan Lake, MT 59911-7907 | Thea Louise Seese<br>315 Saddle Drive, No.309<br>Helena, MT 59601 |
| Thomas and Barbara Keegan<br>109 Wedgewood Lane<br>Helena, MT 59601-0166 | Thomas and Donna Weiner<br>201 E. Lyndale Avenue<br>#50-405<br>Helena, MT 59601-2914 | Tort Claimants<br>c/o Bryan Smith and Vito de la Cruz<br>Tamaki Law Offices<br>1340 N. 16th Avenue, Suite C<br>Yakima, WA 98902-7106 |

```
Tort Claimants                      Tort Claimants                          Tort Claimants
c/o Joseph Blumel                   c/o Lee James and Craig Vernon          c/o Milt Datsopoulos, Molly Howard
Law Offices of Joseph A. Blumel III James, Vernon & Weeks                   Datsopoulos, MacDonald & Lind
4407 N. Division Street, Suite 900  1626 Lincoln Way                        201 W. Main Street, Suite 201
Spokane, WA 99207-1660              Coeur D Alene, ID 83814-2459            Missoula, MT 59802-4326

Tort Claimants                      URSULINE WESTERN PROVINCE               US SECURITIES & EXCHANGE COMM
c/o Timothy Kosnoff and Daniel Fasy C/O SUSAN G. BOSWELL                    ATTN: BANKRUPTCY COUNSEL
Kosnoff Fasy, PLLC                  ONE S CHURCH AVE STE 1700               5670 WILSHIRE BLVD 11TH FLOOR
520 Pike Street, Suite 1010         TUCSON, AZ 85701-1630                   LOS ANGELES, CA 90036-5627
Seattle, WA 98101-4058

UnitedHealthcare Ins. Co.           Ursuline Nuns                           Ursuline Nuns
P.O. Box 5840                       c/o John P. Christian                   c/o Thomas Q. Johnson
Carol Stream IL 60197-5840          475 Sansome Street, Suite 1800          Keller, Reynolds, Drake, Johnson
                                    San Francisco CA 94111-3141             P.O. Box 598
                                                                            Helena MT 59624-0598

W. Neil and Helen Hammer            Wells Fargo Bank, N.A.                  Wells Fargo Wealth Management
2420 Whitefish Stage Road           Business Direct Division                350 North Last Chance Gulch
Kalispell, MT 59901-6760            P.O. Box 29482                          Second Floor
                                    Phoenix, AZ 85038-9482                  Helena, MT 59601-5012

William P. Driscoll                 William and Jeanne Marie Jarrett        William and Mary Palmer
Franz and Driscoll                  Box One                                 1616 Jerome Place
21 N. Last Chance Gulch             Washington, VA 22747                    Helena, MT 59601-5253
Suite 210
Helena, MT 59601-4142

Xerox Corporation                   BRUCE ALAN ANDERSON                     FORD ELSAESSER
P.O. Box 7405                       ELSAESSER, JARZABEK, et al.             ELSAESSER, JARZABEK, et al.
Pasadena, CA 91109-7405             320 East Neider Avenue                  PO BOX 1049
                                    Suite 102                               SANDPOINT, ID 83864-0855
                                    COEUR D'ALENE, ID 83815-6007

Joseph Hrella                       KEITH TALBOT                            MICHAEL BAZLEY
2510 McHugh                         PATTERSON BUCHANAN FOBES & LEITCH, INC P RCCC SUITE K-44
Helena, MT 59601-0248               2112 THIRD AVENUE                       12500 BRUCEVILLE ROAD
                                    SUITE 500                               ELK GROVE, CA 95757-9784
                                    SEATTLE, WA 98121-2326

MICHAEL PATTERSON                   SCOTT JAMIESON                          WILLIAM P DRISCOLL
PATTERSON BUCHANAN FOBES & LEITCH INC PS PATTERSON BUCHANAN FOBES & LEITCH, INC P FRANZ & DRISCOLL, PLLP
2112 THRID AVENUE                   2112 THIRD AVENUE                       PO BOX 1155
SUITE 500                           SUITE 500                               HELENA, MT 59624-1155
SEATTLE, WA 98121                   SEATTLE, WA 98121-2326
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance Corporation  Great America Financial Services        (d)Honda Financial Services
National Bankruptcy Center          P.O. Box 660831                         P.O. Box 168008
P.O. Box 168088                     Dallas, TX 75266                        Irving, TX 75016
Irving, TX 75016-8088
866-716-6441
```