Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150
Email ford@ejame.com
        brucea@ejame.com

*Attorneys for Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole<br>(Diocese of Helena),<br><br>              Debtor-in-Possession. | Case No.:  14-60074<br><br>Chapter 11 |

**DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT; AND NOTICE**

COMES NOW the Roman Catholic Bishop of Helena, Montana, a Montana Religious Corporation Sole ("Debtor") and moves the Court pursuant to FRBP 2002 and 9019(a) and Local Rule 9013-1(g)(2)(II), hereby moves for the entry of an Order approving Debtor's Proposed Compromise and Settlement with Montana Department of Environmental Quality ("MDEQ").

This Motion is a core proceeding over which this Court has jurisdiction to enter a final Order pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## I.   BACKGROUND

1.     On January 31, 2014, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code (the "Reorganization Case").  The Debtor has continued to operate as a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.     On May 6, 2014, the Bankruptcy Court entered an Order establishing a deadline and a procedure for the filing and evaluation of bankruptcy claims (Docket No. 242) (the "General Bar Date Order").  Pursuant to the General Bar Date Order, the bar date for filing General Unsecured Claims was August 11, 2014.  The bar date for filing claims by governmental units was also set for August 11, 2014 (the "Governmental Bar Date").

3.     On July 30, 2014, MDEQ filed the MDEQ Claim with the Bankruptcy Court. The MDEQ Claim asserted that the claim is a regulatory obligation or an administrative claim for certain environmental obligations arising in the State of Montana, including but not limited to, claims for the estimated costs of investigation, remediation, post-closure care expenses or other remedial actions that may be required in the future ("Future Remediation Costs") at the Hart Oil Refinery Comprehensive Cleanup and Responsibility Act ("CECRA") facility (the "Facility") in Missoula, Montana.

4.     MDEQ asserts in the MDEQ Claim that Debtor has approximately $500,000 in liability under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and CECRA.  Debtor asserts that Debtor's liability under CERCLA and CERCA is contingent and unliquidated, is less than $500,000, and only relates to property owned by Debtor.

## II.     SETTLEMENT AND COMPROMISE

5.     The principal terms of the Stipulation include:

A. The Parties agree that Debtor's liabilities or obligations to MDEQ under CERCLA or CECRA, including any liability Debtor may have for Future Remediation Costs or for environmental compliance obligations at the Facility, shall not be subject to discharge, release, waiver, or exculpation pursuant to the Plan and shall remain liabilities of Debtor following the conclusion of the Chapter 11 Case, and shall not be enjoined by the Plan or the Court's Confirmation Order; provided that MDEQ agrees to withdraw its Claim, thereby reducing the obligations of the Debtor's estate by $500,000.

B. MDEQ's withdrawal of its Claim is conditioned upon the inclusion of a provision within the Confirmation Order stating: "The obligation the Diocese and any successor in interest may have under any environmental laws, including any liability the Diocese and any successor in interest may have for future remediation costs at the Hart Oil Refinery Comprehensive Environmental Cleanup and Responsibility Act facility located off of California Street in Missoula, Montana shall not be subject to discharge, release, waiver, or exculpation pursuant to the Plan or this Confirmation Order and shall not be enjoined by the Plan or this Confirmation Order."

C. MDEQ's withdrawal of its Claim with respect to the Facility is further conditioned upon Debtor's agreement to provide financial assurance in a form and substance that satisfies Debtor's financial assurance obligations in accordance with the requirements set forth in Montana Code Annotated, Sections 75-10-721 and 75-10-738, to the extent required by MDEQ.  The agreement to provide financial assurance, as required by MDEQ, does not affect the obligation of any other potentially liable person to obtain financial assurance required under CECRA.

### III.      RELIEF REQUESTED

6.      The Debtor requests that this Court enter an Order granting the Approval Motion and authorizing the Debtor to consummate the compromise and settlement with the MDEQ, pursuant 11 U.S.C. § 363, Fed. R. Bankr. P. 9019, and Local Rule 9013-1(g)(2)(II).

### IV.   AUTHORITY FOR APPROVING SETTLEMENT

7.      Bankruptcy Rule 9019(a) provides that "[o]n a motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a).  Settlements are favored in bankruptcy as a means of minimizing litigation, expediting the administration of the bankruptcy estate and providing for the efficient resolution of bankruptcy cases.  "The law favors compromise and not litigation for its own sake, [citation omitted] . . . . Thus, . . . [a bankruptcy court] must determine whether the settlement entered into by [a debtor] was reasonable, given the particular circumstances of the case." *Martin v. Kane (In re A&C Props.)*, 784 F.2d 1377, 1381 (9th Cir. 1986), *cert. denied* 479 U.S. 854 (1986).  A settlement agreement should be approved if it was negotiated in good faith, and is fair and equitable and in the best interest of the bankrupt estate.  *Id.*   In this context, "the business judgment rule requires the trustee's [or debtor-in-possession's] decision to be made on an informed basis, in good faith, and in the bona fide belief that the action is in the best interests of the estate." *In re Rake*, 363 B.R. 146, 152 (Bankr. D. Idaho 2007).  Moreover, a court need not conclude that the settlement amount is the amount that would have been paid had the matter been tried; it need only ensure that the settlement does not "fall[] below the lowest point in the range of reasonableness." *In re Pacific Gas and Elec. Co.*, 304 B.R. 395, 417 (Bankr. N.D. Cal. 2004) (citing *In re Drexel Burnham Lambert Group, Inc.*, 134 B.R. 493, 496-97 (Bankr. S.D.N.Y. 1991)).

4

8.     Under the law applicable in the Ninth Circuit Court of Appeals, the following four factors are considered in determining whether a settlement falls within the range of reasonableness: (1) the probability of success in the litigation; (2) the difficulties, if any, to be encountered in the matter of collection; (3) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (4) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *Pacific Gas*, 304 B.R. at 417 (citing *In re A & C Props.*, 784 F.2d at 1381); *In re Rake*, 363 B.R. at 152; *In re Michael*, 183 B.R. 230, 232-33 (Bankr. D. Mont. 1995). Moreover, "[i]t is not necessary to satisfy each of these factors, provided the factors as a whole favor approving the settlement." *Pacific Gas, 304 B.R. at 417.* (citing *In re WCI Cable, Inc.*, 282 B.R. 457, 473-74 (Bankr. D. Or. 2002)). *See In re Stein*, 236 B.R. 34, 37 (D. Or. 1999) ("Pursuant to Bankruptcy Rule 9019(a), compromises are favored in bankruptcy; therefore the decision of the bankruptcy judge to approve or disapprove the compromise of the parties rests in his or her sound discretion."). In this instance, consideration of these factors compels the conclusion that the Settlement Agreement should be approved.

A.     **Probability of Success in the Litigation:** The Debtor and MDEQ engaged in meaningful discussions to resolve this dispute. The Debtor asserts that any liability under CERCLA and CERCA is contingent and unliquidated and believes that any future liability would be substantially less than $500,000 as the Debtor has already conducted remedial actions. Debtor has determined, in its business judgment, that entering into the Settlement Agreement is the best course of action because it not only reduces the obligations of the Debtor by $500,000, but because it allows the Future Remediation Costs, if any, to be determined at the correct time

after confirmation of the Plan and after remediation proceeds in due course, and expedites the administration of the Debtor's estate.

      **B.**    **Likely Difficulties in Collection:**  The Debtor would incur additional expenses in litigating the allowance and or amount of the MDEQ Claim and if any amount were to be determined it would increase the obligations of the Debtor's estate.

      **C.**    **Complexity of the Litigation Involved and Related Expense, Inconvenience and Delay to be Encountered in Collection:**  Environmental litigation is generally lengthy, complex, and costly.  In order to determine the merits of MDEQ's Claim for Future Remediation Costs and the accurate amount, the Debtor would be forced to expend significant resources in time, attorney's fees, consultant fees, and other discovery and litigation expenses. The additional expenses and times would substantially harm the Debtor's estate and delay the administration of the Debtor's Estate.

      **D.**    **The Interests of Creditors:**  The withdrawal of the MDEQ Claim reduces the obligations of the Debtor by $500,000. It allows the administration of the Debtor's estate to move forward without delay, reduce Debtor's expenses, as well as protect MDEQ's interest by having Debtor remain liable for any Future Remediation Costs or environmental compliance obligations at the Facility.

      9.    It is in the best interests of the Chapter 11 Bankruptcy Estate that the settlement and compromised outlined hereinabove be approved.  The Settlement Agreement appears to be fair and equitable in the opinion of the Debtor and its counsel.  The Debtor has exercised its business judgment and concludes that it cannot reasonably justify the expense, delay and uncertainty of objecting to and litigating the amount of the MDEQ Claim.  The proposed settlement is well within the range of likely outcomes of Claim disputes and represents an

appropriate compromise and settlement taking into account the costs, risks and potential rewards of litigation.  For all of these reasons, approval of the proposed settlement is in the best interest of the Debtor's estate and creditors and should be approved.

**V.      CONCLUSION**

10.     It is believed the relief requested here relates to a matter the Court will routinely grant or deny, without notice or hearing, and the Court's discretion with any party in interest having the right to object, request a hearing and schedule a hearing to reconsider the issuance of any Order within fourteen days of the date of the Order as it relates to a Motion to Approve a Compromise and Settlement for which there are no parties who might object.  Montana Local Bankruptcy Rule 9013-1 (g)(2)(II).

WHEREFORE, it is prayed that the Court enter an Order approving the Stipulation.

Dated this 24th day of February, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Attorney for Debtor-in-Possession

**NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING**

**If you object to the relief in this motion or wish the Court reconsider its Order, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule a hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**

**Date: _____**

**Time:_____**

**Location:_____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 24th day of February, 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

*/s/ Bruce A. Anderson*_____
Bruce A. Anderson
Attorneys for Debtor-In-Possession

<u>CERTIFICATE OF SERVICE</u>

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on February 24, 2015, I served the foregoing DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT; AND NOTICE on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML.

Additionally, by regular first class mail, I mailed a copy to the following non-ECF partie(s)

Hon. Michael Hogan (Retired), 21 West Sixth Street, Eugene, OR  97401
Placid Enterprises, LLC, c/o Martin King, PO Box 387, Seely Lake MT 59868

Additionally, by regular first class mail, I mailed a copy to the following non-ECF parties (names and addresses omitted to protect the privacy of the parties):

W.B., S.D., C.D., A. H.,
C.W. #6, J.L. #7, E.B. #8, M.P. #395, F.T. #396, H.H #404

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 24, 2015

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

/s/ Bruce A. Anderson
Bruce A. Anderson

9

Label Matrix for local noticing
0977-2
Case 14-60074
U.S. Bankruptcy Court, District of Montana
Butte
Tue Feb 24 11:41:59 MST 2015

Great American Insurance Company
c/o Crowley Fleck PLLP
P.O. Box 7099
Missoula, MT 59807-7099

MT Dept of Environmental Quality
P.O. Box 200901
Helena, MT 59620-0901

ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A
PO BOX 1729
HELENA, MT 59624-1729

The Foundation for the Diocese of Helena
324 Main SW
Ronan, MT 59864-2707

Tort Claimants c/o Datsopoulos, MacDonald &
Datsopoulos, MacDonald & Lind, P.C.
201 W. Main Street, Suite 201
Missoula, MT 59802-4326

Ursuline Western Province
c/o Susan G. Boswell
Quarles & Brady LLP
One S. Church Ave.
Suite 1700
Tucson, AZ 85701-1630

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

ANDERSON ZURMUEHLEN
ATTN: KEVIN KELLEY
PO BOX 1040
HELENA, MT 59624-1040

Allegiance Benefit Plan Mgmt.
Flexible Benefits
P.O. Box 4346
Missoula MT 59806-4346

America Press, Inc.
P.O. Box 293159
Dayton OH 45429-9159

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Anaconda Catholic Community
217 W. Pennsylvania
Anaconda, MT 59711-1927

Anderson Zurmuehlen
828 Great Northern Blvd.
Helena MT 59601-3357

Annuity Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Assoc. Catholic Diocesan Archivists
c/o Brian B. Fahey, Treasurer
P.O. Box 818
Charleston SC 29402-0818

B&D Associates
dba Crowne Plaza Union Station
123 W. Louisiana Street
Indianapolis IN 46225-1049

Blessed Trinity Catholic Com
1475 Eaton Street
Missoula, MT 59801-3224

Butte Catholic Community N.
102 South Washington Street
Butte, MT 59701-1638

Butte Catholic Schools
9 S. Idaho Street
Butte, MT 59701-1609

Catalina Sugayan and Peter Horst
Great American Insurance Counsel
One N. Wacker Drive, Ste 4200
Chicago, IL 60606-2862

Catherine Rice
1019 Lewisohn
Butte, MT 59701-8725

Catholic Mutual Group
10843 Old Mill Road
Omaha, NE 68154-2600

Charles Launer
363 Jensen Road
Columbia Falls, MT 59912-9218

Chris Fichtl
Sharon Stier
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556-3823

Christ the King Parish
1400 Gerald Avenue
Missoula, MT 59801-4230

Christopher and Michelle Field
1813 Colorado Gulch
Helena, MT 59601-9647

Clergy Senior Status Trust
c/o Marie T. Mullarkey
Wells Fargo
350 N. Last Change Gulch, 2nd Fl.
Helena MT 59601-5012

Colleen Tuxbury-Tripp
1568 Cornerstone Drive
Missoula, MT 59802-8611

Connect Telephone and Computer Grp
1306 Central Avenue
Billings, MT 59102-5531

Current Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Custodian Funds
515 N. Ewing St.
P.O. Box 1729
Helena, MT 59624-1729

Dan and Cheryl McCauley
P.O. Box 1137
Helena, MT 59624-1137

Daniel and Marjorie Doyle
1665 Sunflower Drive
Missoula, MT 59802-3303

David Spector, Luis DeLucia
Ray Miller
Schiff Hardin LLP
666 Fifth Avenue, 17th Fl.
New York, NY 10103-1700

David and Joyce Roberts
635 North Ewing
Helena, MT 59601-3604

David and Mary Beth Garding
7090 Applegate Drive
Helena, MT 59602-9095

David and Suzanne Peterson
229 Mansion Heights Drive
Missoula, MT 59803-2473

Dean and Arlette Randash
1941 Virginia Dale Street
Helena, MT 59601-5886

Deanna Huseth
P.O. Box 5751
Missoula, MT 59806-5751

Delbert and Theresia Gilchrist
705 Park Avenue
Whitefish, MT 59937-2831

Donald and Beverly Opitz
1500 Ohio Avenue
Helena, MT 59601-5429

Donald and Karrin Sax
15940 Highland Drive
Florence, MT 59833-5946

Donald and Mary Shaughnessy
1040 Anglers Bend Way
Missoula, MT 59802-5547

Donald and Patricia Graber
P.O. Box 1091
East Helena, MT 59635-1091

Dr. Mary Langenderfer
3125 Pattee Canyon Road
Missoula, MT 59803-1704

Elwood Lapham
c/o Patricia McCloe
Deserre Sauers, Guardians
12853 Pink Street
Brooklyn, MI 49230-9331

Emmett Kent
dba ETAK Electric
P.O. Box 8
Elliston MT 59728-0008

Empire Office Machines
821 N. Last Chance Gulch
Helena, MT 59601-3352

Endowment Fund
515 N. Ewing Street
P.O. Box 1729
Helena MT 59624-1729

Eugene Tripp
P.O. Box 7103
Missoula, MT 59807-7103

FIRST INTERSTATE BANK
PO BOX 5299
HELENA, MT  59604-5299

First Interstate Bank
25 E. Lyndale Avenue
P.O. Box 5299
Helena, MT 59604-5299

Flint Creek Catholic Community
P.O. Box 329
Drummond MT 59832-0329

Foundation for the Diocese Helena
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Fred Marczyk, Michael Pompeo
Richard Vinci
Drinker Biddle and Reath LLP
1177 Ave. of the Americas, 41st Fl.
New York, NY 10036-2714

Fred and Gayle Stout
10635 Mullan Road
Missoula, MT 59808-8432

Fred and Suzie Stradinger
94 Antelope Drive
Dillon, MT 59725-8891

GREAT AMERICAN FINANCIAL SERVICES CORPORATIO
FKA GREAT AMERICAN LEASING CORP
ATTN:PEGGY UPTON, LITIGATION SPECIALIST
PO BOX 609
CEDAR RAPIDS IA 52406-0609

George P. Burns
2555 Ferndale, 110
Helena MT 59601-8021

Good Samaritan Thrift Store
3067 N. Montana Avenue
Helena, MT 59601-0552

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Guatemala General
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Guatemala Nurses Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Henry Dahl
1015 Harrison
Helena, MT 59601-2622

Herbert and Kathryn Wanke
63 Blue Bird Land
Whitehall, MT 59759-9701

Holy Cross Parish
101 S. Walnut
P.O. Box 610
Townsend, MT 59644-0610

Holy Family Parish
609 Quaw Blvd.
Belgrade, MT 59714-3140

Holy Rosary Parish
220 W. Main Street
P.O. Box 96
Bozeman, MT 59771-0096

Holy Spirit Parish
3930 East Lake Street
Butte, MT 59701-4399

Immaculate Conception Parish
1002 4th Avenue, E
P.O. Box 1477
Polson, MT 59860-1477

Immaculate Conception Parish
605 Clark Street
P.O. Box 786
Deer Lodge, MT 59722-0786

Interlogic Outsourcing, Inc.
25325 Leer Drive
Elkhart, IN 46514-5428

Invesco
Paul Maloy
40 W. Lawrence Street, Ste. C
Helena, MT 59601-5083

James Murray, Jared Zola
Ronald Waterman
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5417

James Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4114

James and Darlene Michlig
50 Morning View Drive
Kalispell, MT 59901-7213

James and Elizabeth McGovern
P.O. Box 455
Cut Bank, MT 59427-0455

James and Joyce Moerkerke
P.O. Box 346
Stevensville, MT 59870-0346

James and Kathleen Cummings
800 Monegan Road
Whitefish, MT 59937-8283

James and Stella Ziegler
3040 Hollow Tree Road
Billings, MT 59101-9422

Jason King
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
1037 Raymond Blvd.
Newark, NJ 07102-5428

Jeff Hollenback
4601 Goodan Lane
Missoula, MT 59808-9009

Jeff Kahane, Russell Roten
Duane Morris LLP
865 S. Figueroa St., Ste. 3100
Los Angeles, CA 90017-5450

Jennifer and Steven Schmitt
14 Sidewinder Loop
Clancy, MT 59634-9824

Jerry and Jan Cashman
2055 Springhill Road
Bozeman, MT 59718-8461

Jim Butts
2855 Swan Highway
Bigfork MT 59911-6414

Joan Powell
1001 River Lakes Pkwy, Apt. 123
Whitefish, MT 59937-7859

John Hall
c/o St. John Vianney Seminary
1300 S. Steele Street
Denver CO 80210-2526

John Stimson
2 Indian Creek Road
Sheridan, MT 59749-9632

John and Carolyn Snively
234 Beverly Avenue
Missoula, MT 59801-5927

John and Lois Hammett
1215 Sunnyside
Kalispell, MT 59901-7491

Joseph Hampton
Betts, Patterson and Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

Joseph Shevlin
1727 Jerome Place
Helena, MT 59601-4620

Josephine Rodriguez
631 Cedarwood Drive
Powell, WY 82435-1749

KATHRYN WANKE
63 BLUE BIRD LAND
WHITEHALL MT 59759-9701

Karen Riedl
426 Lilly Road NE, No.118
Olympia, WA 98506-6932

Kathleen Murphy
P.O. Box 477
Mosier, OR 97040-0477

Keith Talbot, Scott Jamieson
Michael Patterson
Patterson Buchanan Fobes Leitch
2112 Third Ave., Ste. 500
Seattle, WA 98121-2326

Kelly and Shelly Wills
3032 Queen Street
Missoula, MT 59801-8651

Kevin and Judy Fredenberg
1616 34th Street
Missoula, MT 59801-8938

Kyle and Mary Eckmann
5 Lava Mountain Court
Montana City, MT 59634-9673

Larry and Loretta Tribble
P.O. Box 803
Three Forks, MT 59752-0803

Latin American Missions
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Little Flower Parish
204 1st Street, N.W.
P.O. Box 529
Browning, MT 59417-0529

Liturgy Training Publications
3949 S. Racine Avenue
Chicago IL 60609-2523

Living Water Catholic Church
152 S.O.S. Road
P.O. Box 995
Seeley Lake, MT 59868-0995

Lois Ashton Hughes
915 Saddle Drive, No. 328
Helena, MT 59601-6088

Lorrine Zimmerman
285 Madison Avenue, Apt. 201
Bainbridge Island, WA 98110-2589

MARKETTE & CHOUINARD, P.C.
DUSTN CHOUINARD
601 SOUTH FIRST STREET
HAMILTON, MT 59840-2812

MONTANA DEPARTMENT OF REVENUE
BANKRUPTCY SPECIALIST KIM DAVIS
PO BOX 7701
HELENA, MT 59604-7701

Madison County Catholic Comm
105 Poppleton
P.O. Box 17
Sheridan, MT 59749-0017

Marlene Wheeler
P.O. Box 155
Pablo, MT 59855-0155

Mary DeYoung
Soha and Lang
1325 Fourth Avenue
Suite 2000
Seattle, WA 98101-2570

Mary Pyfer
716 Red Letter Street
Helena, MT 59601-5808

Michael and Katherine McKenna
3915 Sourdough Road
Bozeman, MT 59715-8013

Michael and Mary Dixon
46 Forest Park Drive
Clancy, MT 59634-9756

Montana Dept. Environmental Quality
1520 E. 6th Avenue
Helena, MT 59601-4541

Montana Pro Audio
1200 W. Porphyry Street
Butte, MT 59701-2130

Morrison Maierle, Inc.
1 Engineering Place
P.O. Box 6147
Helena MT 59604-6147

Mountain West Bank
1225 Ceder Street
P.O. Box 6013
Helena, MT 59604-6013

National Conference for
Catechetical Leadership
3031 Fourth Street, Suite B
Washington DC 20017-1102

Northwest Archivists, Inc.
Oregon Jewish Museum
1953 NW Kearney
Portland OR 97209-1414

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Our Lady of Lourdes
1502 Shirley Road
Helena, MT 59602-6639

Our Lady of Mercy Parish
500 Dewey Avenue
P.O. Box 626
Eureka, MT 59917-0626

Our Lady of Pines Parrish
437 Madison
P.O. Box 577
West Yellowstone, MT 59758-0577

Our Lady of Swan Valley
21592 Sycamore Tree Lane
Bigfork, MT 59911-7907

Our Lady of the Valley
1502 Shirley Road
Helena, MT 59602-6639

Pamela Zuhoski
18 Mueller Court
Helena, MT 59601-5446

Patrick and Deborah Marrinan
32219 Cutting Horse Lane
Polson, MT 59860-7584

Patti Cassidy
2312 Garland Drive
Missoula MT 59803-1102

Paula Loving
1510 Chestnut Street
Helena, MT 59601-1065

Phil Maronick
2508 Primrose Lane
Helena, MT 59601-0315

Phyllis Odermann
c/o Wendy Ekre
PO Box 202
Beach, ND 58621-0202

Pope John Paul II Parish
195 Cloverdell Road
P.O. Box 277
Bigfork, MT 59911-0277

Randall and Mary Fraser
10 Pine Ridge Circle
Clancy, MT 59634-9760

Ravalli County Bank
P.O. Box 150
Hamilton, MT 59840-0150

Raymond Leopold
3360 Whitefish Stage Road
Kalispell, MT 59901-6727

Resurrection Cemetery
3700 N. Montana Avenue
P.O. Box 5029
Helena, MT 59604-5029

Resurrection Parish
1725 S. 11th Avenue
Bozeman, MT 59715-5404

Rev. Daniel Shea
818 N. Benton Avenue
Helena, MT 59601-2746

Rev. Edward Stupca
Marquis Room 206
300 Mount Highland Drive
Butte, MT 59701-4080

Rev. John Darragh
730B Missy's Way
Missoula, MT  59801

Rev. John Hunthausen
6 Wood Court
Helena, MT 59601-0167

Rev. John Wang
425 Ford Street
Missoula, MT 59801-4246

Rev. Joseph Oblinger
2400 Durston Road, No. 37
Bozeman, MT 59718-1860

Rev. Robert Noonan
2815 Old Fort Road, Apt. 304
Missoula, MT 59804-7409

Rev. Stephen Tallman
5630 Lower Woodchuck Road
Florence,  59833-6624

Reverend Edward Stupca
300 Mount Highland Drive
Butte MT 59701-4080

Reverend Frank McCormick
2409 Mary Jane Blvd.
Missoula MT 59808-5886

Reverend Gregory Burke
25 Burning Tree Lane
Butte MT 59701-3936

Reverend John J. Darragh
730 Missy's Way
Apt. B
Missoula MT 59801-1487

Reverend John Murray
901 Pennsylvania Avenue
Deer Lodge MT 59722-1743

Reverend Joseph Byrne
2801 Colonial Drive
Apt. 215
Helena MT 59601-8040

Reverend Kenneth Fortney
3 Willowbrook Close
Whitefish MT 59937-8100

Reverend Msgr. Joseph Harrington
1726 Cannon
Helena MT 59601-1964

Reverend Richard Sodja
2530 Wildwood Lane, No 5
Helena MT 59601-8027

Reverend Stephen Tallman
5630 Lower Woodchuck Road
Florence MT 59833-6624

Reverend Thomas M. O'Donnell
1701 Prospect Avenue
3H
Helena MT 59601-4598

Reverend Victor Langhans
P.O. Box 856, CMR 701
APO AP 96555

Richard Pyfer
534 Diehl Drive
Helena, MT 59601-5457

Richard Quinn
119116 Lone Pine
Silverbow, MT 59750-9703

Richard and Carolyn Gibbons
629 2nd Street
Helena, MT 59601-5331

Richard and Christine Snyder
253 Anderson Blvd.
Helena, MT 59601-0328

Richard and Darlene Samson
1605 Shadow Lane
Missoula, MT 59803-3409

Richard and Dawn Bishop
938 Rumble Creed Road
Condon, MT 59826-9017

Richard and Jonella Schwaller
1426 Cherry Drive
Bozeman, MT 59715-5925

Richard and Teresa Athman
575 Foley Lane
Hamilton, MT 59840-9008

Risen Christ Parish
65 W. Evergreen Drive
Kalispell, MT 59901-2809

Robert Vinci
Drinker Biddle and Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

Robert and Adele Zanon
13840 SW Cherry Hill Court
Beaverton, OR 97008-4901

Robert and Louise Robinson
506 North Rodney Street
Helena, MT 59601-4012

Robert and Lynn Pearce, Jr.
50 Yellowstone Road
Columbia Falls,  59912-9262

Roman Catholic Bishop of Helena
515 North Ewing
P.O. Box 1729
Helena, MT 59624-1729

Roman Catholic Bishop of Helena, Montana,
a Montana Religious Corporation Sole (
PO Box 1729
Helena, MT 59624-1729

Rosabelle Maloney Stimson
2 Indian Creek Road
Sheridan, MT 59749-9632

Rose Ball Maloney
P.O. Box 139
Alder, MT 59710-0139

SANDEFUR LAW OFFICES
PATRICK SANDEFUR
100 RYMAN
MISSOULA, MT 59802-4307

STATE OF MONTANA, DEPT OF ENVIRONMENTAL QUAL
c/o KATHERINE M HAQUE-HAUSRATH
PO BOX 200901
HELENA MT 59620-0901

STS Cyril & Methodius Parish
120 W. Riggs
P.O. Box 1110
East Helena, MT 59635-1110

Sacred Heart Mission
1502 Shirley Road
Helena, MT 59602-6639

Sacred Heart Parish
35933 Round Butte Road
Ronan, MT 59864-2311

Sacred Heart, Belgian Colony
616 4th Street
P.O. Box 338
Valier, MT 59486-0338

Scott Schroeder, DDS
2445 S. 3rd Street, W.
Missoula, MT 59801-1330

Service Master Comm. Bldg. Service
P.O. Box 310
Helena, MT 59624-0310

Shaela Evenson
1810 Elm Street
Butte MT 59701-4816

Shareholder Representative, LLC
c/o Philip J. Carstens, Jr.
618 Riverside Ave., #300
Spokane, WA 99201-5102

Sheila McShane
P.O. Box 1729
Helena MT 59624-1729

Sister of Charity of Leavenworth
Delores Brinkel
P.O. Box 1729
Helena MT 59624-1729

Sisters of Charity Margaret Hogan
602 N 10th Street
Hamilton MT 59840-2059

Sisters of Charity Paula Tweet
3900 Juniper Lane
Butte MT 59701

Spirit of Christ Mission
1475 Eaton Street
Missoula, MT 59801-3224

St. Ann Parish
2100 Farragut Avenue
Butte, MT 59701-6102

St. Ann Parish
9015 Hwy 200 East
P.O. Box 1008
Bonner, MT 59823-1008

St. Anne Parish
BIA Road #1
P.O. Box 160
Heart Butte, MT 59448-0160

St. Anthony Parish
217 Tremont Street
Missoula, MT 59801-3997

St. Bartholomew Parish
407 2nd Avenue, S.E.
P.O. Box 422
White Sulphur Springs, MT 59645-0422

St. Catherine Parish
214 S. Elder
P.O. Box 205
Boulder, MT 59632-0205

St. Charles Parish
230 Baker Avenue
P.O. Box 128
Whitefish, MT 59937-0128

St. Francis Parish
411 S. 5th Street
P.O. Box 593
Hamilton, MT 59840-0593

St. Francis Parish
616 4th Street
P.O. Box 338
Valier, MT 59486-0338

St. Francis Xavier Parish
420 W. Pine Street
Missoula, MT 59802-4118

St. Helena Cathedral Parish
530 N. Ewing Street
Helena, MT 59601-4001

St. Ignatius Mission
300 Beartrack Avenue
P.O. Box 667
Saint Ignatius, MT 59865-0667

St. James Parish
109 W. Meany Street
P. O. Box 745
Plains, MT 59859-0745

St. John Parish
519 1st Avenue, S
P.O. Box 397
Fairfield, MT 59436-0397

St. John Vianney Parish
609 Quaw Blvd.
Belgrade, MT 59714-3140

St. John the Baptist
16680 Main Street
P.O. Box 329
Frenchtown, MT 59834-0329

St. John's Parish
1500 Cobban Street
Butte, MT 59701-5934

St. Joseph Mission
35933 Round Butte Road
Ronan, MT 59864-2311

St. Joseph Mission
437 Madison
P.O. Box 577
West Yellowstone, MT 59758-0577

St. Joseph Parish
28 3rd Street, NW
P.O. Box 286
Harlowton, MT 59036-0286

St. Joseph Parish
320 Main Street
P.O. Box 640
Choteau, MT 59422-0640

St. Joseph Parish
719 Utah Avenue
P.O. Box 1467
Libby, MT 59923-1467

St. Jude Parish
Hwy. 200, 100 Main Street
P.O. Box 802
Lincoln, MT 59639-0802

St. Margaret Parish
129 2nd Avenue, SE
P.O. Box 207
Cut Bank, MT 59427-0207

St. Mary Catholic Community
1700 Missoula Avenue
Helena, MT 59601-3966

St. Mary Mission
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329

St. Matthew Parish
602 S. Main Street
Kalispell, MT 59901-4898

St. Michael Parish
106 S. Maryland
Conrad, MT 59425-2016

St. Michael Parish
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329

St. Phillip Neri Parish
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329

St. Richard Parish
1210 9th Street W
P.O. Box 2073
Columbia Falls, MT 59912-2073

St. Rose of Lima Parish
226 S. Atlantic Street
Dillon, MT 59725-2717

St. Teresa Parish
107 - 2nd Avenue SE
P.O. Box 337
Whitehall, MT 59759-0337

St. Theodore Mission
530 N. Ewing Street
Helena, MT 59601-4001

St. Thomas Aquinas Mission
531 Main Street
Shelby, MT 59474-1809

St. Thomas Parish
108 Main Street
P.O. Box 90
Helmville, MT 59843-0090

St. William Parish
20 1st Avenue, NE
P.O. Box 18
Dutton, MT 59433-0018

St. William Parish
416 Preston Avenue
P.O. Box 186
Thompson Falls, MT 59873-0186

St. William Parish
531 Main Street
Shelby, MT 59474-1809

Steve and Rose Nistler
7691 Highway 12 W
Helena, MT 59601-9779

T. Weber Greiser
3125 Pattee Canyon Road
Missoula, MT 59803-1704

The Foundation for Diocese Helena
Jeanne Saarien
P.O. Box 1729
Helena, MT 59624-1729

The Sycamore Tree
21592 Sycamore Tree Lane
Swan Lake, MT 59911-7907

Thea Louise Seese
315 Saddle Drive, No.309
Helena, MT  59601

Thomas and Barbara Keegan
109 Wedgewood Lane
Helena, MT 59601-0166

Thomas and Donna Weiner
201 E. Lyndale Avenue
#50-405
Helena, MT 59601-2914

Tort Claimants
c/o Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

Tort Claimants
c/o Joseph Blumel
Law Offices of Joseph A. Blumel III
4407 N. Division Street, Suite 900
Spokane, WA 99207-1660

Tort Claimants
c/o Lee James and Craig Vernon
James, Vernon & Weeks
1626 Lincoln Way
Coeur D Alene, ID 83814-2459

Tort Claimants
c/o Milt Datsopoulos, Molly Howard
Datsopoulos, MacDonald & Lind
201 W. Main Street, Suite 201
Missoula, MT 59802-4326

Tort Claimants
c/o Timothy Kosnoff and Daniel Fasy
Kosnoff Fasy, PLLC
520 Pike Street, Suite 1010
Seattle, WA 98101-4058

URSULINE WESTERN PROVINCE
C/O SUSAN G. BOSWELL
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701-1630

US SECURITIES & EXCHANGE COMM
ATTN: BANKRUPTCY COUNSEL
5670 WILSHIRE BLVD 11TH FLOOR
LOS ANGELES, CA 90036-5627

UnitedHealthcare Ins. Co.
P.O. Box 5840
Carol Stream IL 60197-5840

Ursuline Nuns
c/o John P. Christian
475 Sansome Street, Suite 1800
San Francisco CA 94111-3141

Ursuline Nuns
c/o Thomas Q. Johnson
Keller, Reynolds, Drake, Johnson
P.O. Box 598
Helena MT 59624-0598

W. Neil and Helen Hammer
2420 Whitefish Stage Road
Kalispell, MT 59901-6760

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Wealth Management
350 North Last Chance Gulch
Second Floor
Helena, MT 59601-5012

William P. Driscoll
Franz and Driscoll
21 N. Last Chance Gulch
Suite 210
Helena, MT 59601-4142

William and Jeanne Marie Jarrett
Box One
Washington, VA 22747

William and Mary Palmer
1616 Jerome Place
Helena, MT 59601-5253

Xerox Corporation
P.O. Box 7405
Pasadena, CA 91109-7405

BRUCE ALAN ANDERSON
ELSAESSER, JARZABEK, et al.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

FORD ELSAESSER
ELSAESSER, JARZABEK, et al.
PO BOX 1049
SANDPOINT, ID 83864-0855

Joseph Hrella
2510 McHugh
Helena, MT 59601-0248

KEITH TALBOT
PATTERSON BUCHANAN FOBES & LEITCH, INC P
2112 THIRD AVENUE
SUITE 500
SEATTLE, WA 98121-2326

MICHAEL BAZLEY
RCCC SUITE K-44
12500 BRUCEVILLE ROAD
ELK GROVE, CA 95757-9784

MICHAEL PATTERSON
PATTERSON BUCHANAN FOBES & LEITCH INC PS
2112 THRID AVENUE
SUITE 500
SEATTLE, WA 98121

SCOTT JAMIESON
PATTERSON BUCHANAN FOBES & LEITCH, INC P
2112 THIRD AVENUE
SUITE 500
SEATTLE, WA 98121-2326

WILLIAM P DRISCOLL
FRANZ & DRISCOLL, PLLP
PO BOX 1155
HELENA, MT 59624-1155

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6441

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266

(d)Honda Financial Services
P.O. Box 168008
Irving, TX 75016

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Roman Catholic Bishop of Helena, Montana, | ) | Case No. 14-60074 |
| a Montana Religious Sole, | ) |  |
|  | ) |  |
| _____Debtor-In-Possession_____ | ) |  |

**STIPULATION RESOLVING PROOF OF CLAIM
AND CERTAIN ENVIRONMENTAL OBLIGATIONS
TO MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

The Roman Catholic Bishop of Helena, Montana, a Religious Corporation Sole and any successor in interest ("Diocese" or "Debtor") and the Montana Department of Environmental Quality ("MDEQ," and collectively with the Debtor the "Parties" and each a "Party"), hereby enter into this stipulation (this "Stipulation"), as set forth below, resolving MDEQ's claim relating to certain environmental obligations of the Debtor in the State of Montana, Claim No. 126 (the "MDEQ Claim"), subject only to approval by the United States Bankruptcy Court for the District of Montana (the "Bankruptcy Court"). In connection with this Stipulation, the Parties respectfully state as follows:

WHEREAS, on January 31, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code ("Chapter 11 Cases").

WHEREAS, the Debtor continues to conduct operations and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of chapter 11 of the Bankruptcy Code, until such a time as the Court confirms a plan of reorganization or other bankruptcy plan of the Debtor concluding the Chapter 11 Case ("Plan").

1

WHEREAS, on March 7, 2014, the Office of the United States Trustee appointed an official committee of unsecured creditors [Docket No. 110].

WHEREAS, on May 6, 2014, the Bankruptcy Court entered an order establishing a deadline and a procedure for the filing and evaluation of bankruptcy claims [Docket No. 242] (the "General Bar Date Order").  Pursuant to the General Bar Date Order, the bar date for filing general unsecured claims was August 11, 2014.  The bar date for filing claims by governmental units was also set for August 11, 2014 (the "Governmental Bar Date").

WHEREAS, on July 30, 2014, MDEQ filed the MDEQ Claim with the Bankruptcy Court.  The MDEQ Claim asserted that the claim is a regulatory obligation or an administrative claim for certain environmental obligations arising in the State of Montana, including, but not limited to, claims for the estimated cost of investigatory, remediation, post-closure care expenses or other remedial actions that may be required in the future ("Future Remediation Costs") at the Hart Oil Refinery Comprehensive Environmental Cleanup and Responsibility Act ("CECRA") facility ("Facility") in Missoula, Montana.

WHEREAS, MDEQ asserts in the MDEQ Claim that Debtor has approximately $500,000 in liability under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and CECRA.

WHEREAS, Debtor asserts that Debor's liability under CERCLA and CECRA is contingent and unliquidated, is less than $500,000, and only relates to property owned by Debtor.

WHEREAS, Debtor and MDEQ have engaged in discussions to resolve the matters contained within the MDEQ Claim.

NOW, THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby STIPULATED AND AGREED between the parties that:

2

## JURISDICTION

1.     The Bankruptcy Court has jurisdiction over the subject matter hereof pursuant to 28
U.S.C. §§ 157, 1331, and 1334.

## ALLOWANCE OF CLAIMS

2.     The filing of the MDEQ Claim with the Bankruptcy Court fulfills and satisfies the
filing and other requirements of the General Bar Date Order.

3.     The Parties agree that Debtor's liabilities or obligations to MDEQ under CERCLA
or CECRA, including any liability Debtor may have for Future Remediation Costs or for
environmental compliance obligations at the Facility, shall not be subject to discharge, release,
waiver, or exculpation pursuant to the Plan and shall remain liabilities of Debtor following the
conclusion of the Chapter 11 case, and shall not be enjoined by the Plan or the Court's
confirmation order; provided that MDEQ agrees to withdraw its claim, thereby reducing the
obligations of the Debtor's estate by $500,000.

4.     MDEQ's withdrawal of its claim is conditioned upon the inclusion of a provision
within the confirmation order stating: "The obligations the Diocese and any successor in interest
may have under any environmental laws, including any liability the Diocese and any successor in
interest may have for future remediation costs at the Hart Oil Refinery Comprehensive
Environmental Cleanup and Responsibility Act facility located off of California Street in
Missoula, Montana shall not be subject to discharge, release, waiver, or exculpation pursuant to
the Plan or this Confirmation Order and shall not be enjoined by the Plan or this Confirmation
Order."

5.     MDEQ's withdrawal of its claims with respect to the Facility is further conditioned
upon Debtor's agreement to provide financial assurance in a form and substance that satisfies
Debtor's financial assurance obligations in accordance with the requirements set forth in
Montana Code Annotated, Sections 75-10-721 and 75-10-738, to the extent required by MDEQ.

3

The agreement to provide financial assurance, as required by MDEQ, does not affect the obligation of any other potentially liable person to obtain financial assurance required under CECRA.

      6.     All aspects of the MDEQ Claim are hereby deemed resolved.

      7.     To the extent any provisions of the Plan or confirmation order relating to the Plan conflict with the terms of this Stipulation, this Stipulation controls despite any provision in the Plan or confirmation order to the contrary.

      8.     MDEQ agrees that, within 30 days of the order approving this Stipulation becoming become final and non-appealable, it will withdraw Claim No. 126.

## PARTIES BOUND

      9.     This Stipulation shall be binding on and inure to the benefit of the Parties hereto and their respective successors and assigns.

      10.     This Stipulation shall be binding upon (i) any trustee, plan administrator, distribution agent and/or any other responsible person or any successor of the Debtor or the estate; (ii) any chapter 11 trustee, and/or (iii) any chapter 7 trustee.

## RESERVATION OF RIGHTS

      11.     The Parties reserve, and this Stipulation is without prejudice to, all rights against all persons with respect to all other matters.

      12.     Nothing in this Stipulation shall be construed to create any rights in, or grant any cause of action to, any person not a party to this Stipulation or otherwise covered by the terms of this Stipulation.

      13.     The Parties' resolution of the matters set forth more fully in this Stipulation is acknowledged to be consensual.

      14.     Nothing contained herein shall be considered an admission of liability of past or present wrongdoing by either Party.

15.     The Parties reserve all respective rights and defenses they may have.

## SIGNATORIES

16.     The undersigned hereby represent and warrant that: (i) they have full authority to execute this Stipulation on behalf of the respective Parties; (ii) the respective Parties have full knowledge of, and have consented to, this Stipulation; and (iii) they are fully authorized to bind that Party to all of the terms and conditions of this Stipulation.

17.     This Stipulation may be executed in one or more counterparts, each of which when so executed and delivered shall be an original, but all of which when taken together shall constitute one and the same instrument.

18.     This Stipulation shall not be modified, altered, amended or vacated without written agreement of the Parties.

## JUDICIAL APPROVAL

19.     The settlement reflected in this Stipulation shall be subject to approval by the Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). Promptly after execution of this Stipulation, Debtor shall file a motion with the Bankruptcy Court seeking approval of this Stipulation.   The Parties do not anticipate that any other parties will object to this Stipulation, because it reduces the obligations of the estate by $500,000 and because the Debtor has previously conducted remedial actions at the Facility.  Therefore, the Parties anticipate that this is a matter that the Bankruptcy Court will routinely grant pursuant to Mont. LBR 9013-1(g)(2)(II).

## RETENTION OF JURISDICTION

20.     The Bankruptcy Court shall retain jurisdiction, and the Parties consent to such retention of jurisdiction, to resolve any disputes or controversies arising from or related to this Stipulation.  Any motion or application brought before the Bankruptcy Court to resolve a dispute arising from or related to the Stipulation shall be brought on proper notice upon the undersigned

Parties in accordance with the relevant Bankruptcy Rules and the Local Bankruptcy Rules of the

United States District Court for the District of Montana.

## EFFECTIVE DATE

21.    The "Effective Date," as used throughout this Stipulation, shall be the date the

Stipulation is approved by the Bankruptcy Court pursuant to Bankruptcy Rule 9019.

Stipulated and Agreed to this _10th_ day of _February_, 2015.


ROMAN CATHOLIC BISHOP OF HELENA,          MONTANA DEPARTMENT OF
MONTANA, A MONTANA RELIGIOUS SOLE         ENVIRONMENTAL QUALITY


_____           _____
Most Reverend Bishop                      Tom Livers, Director
George Leo Thomas                         P.O. Box 200901
                                          Helena, Montana 59620-0901
                                          Telephone: (406) 444-2544

_____
William Driscoll                          _____
Local Counsel for Debtor                  Katherine M. Haque-Hausrath
FRANZ & DRISCOLL, PLLP                    Special Assistant Attorney General for
21 North Last Chance Gulch, Suite 210     State of Montana
P. O. Box 1155                            Helena, Montana 59620-0901
Helena, Montana 59601                     Telephone: (406) 841-5019
Telephone: (406) 442-0005                 Facsimile: (406) 841-5050
                                          Counsel for the Montana Department of
                                          Environmental Quality

_____
Bruce A. Anderson
Counsel for Debtor
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID 83815
Telephone: (208) 667-2900


6

Parties in accordance with the relevant Bankruptcy Rules and the Local Bankruptcy Rules of the United States District Court for the District of Montana.

## EFFECTIVE DATE

21.     The "Effective Date," as used throughout this Stipulation, shall be the date the Stipulation is approved by the Bankruptcy Court pursuant to Bankruptcy Rule 9019.

Stipulated and Agreed to this _____ day of _____, 2015.


ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA RELIGIOUS SOLE

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY


_____
Most Reverend Bishop
George Leo Thomas

Tom Livers, Director
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-2544


_____
William Driscoll
Local Counsel for Debtor
FRANZ & DRISCOLL, PLLP
21 North Last Chance Gulch, Suite 210
P. O. Box 1155
Helena, Montana 59601
Telephone: (406) 442-0005

Katherine M. Haque-Hausrath
Special Assistant Attorney General for
State of Montana
Helena, Montana 59620-0901
Telephone: (406) 841-5019
Facsimile: (406) 841-5050
Counsel for the Montana Department of
Environmental Quality


_____
Bruce A. Anderson
Counsel for Debtor
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
Attorneys at Law
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Telephone: (208) 667-2900