

**CPAs and Consultants**

910 North Last Chance Gulch
Helena MT 59601
Federal ID# 39-0758449

INVOICE

Roman Catholic Bishop of Helena Montana
Most Reverend George Leo Thomas
PO Box 1729
Helena MT 59624

| | |
|---|---|
| Date: | 01/23/2015 |
| Page: | 3 |
| Client #: | 127041 |
| Invoice#: | 860383 and 169519 |
| Biller: | Nathan McCarthy |
| Phone: | (406) 442-5520 |
| Email: | nmccarthy@wipfli.com |

| | |
|---|---|
| Progress billing for interim audit work (see attached detail). | $7,525.33 |
| | $7,525.33 |

\*\*\*\*\*\* Please return remittance coupon with payment \*\*\*\*\*\*

All business or commercial accounts, other than agricultural accounts, will be charged
interest of 1.5 percent per month (equivalent to 18 percent per annum computed monthly).

Remit payment to:

WIPFLI LLP
PO BX 3160
MILWAUKEE WI 53201-3160

Roman Catholic Bishop of Helena Montana
| | |
|---|---|
| Client #: | 127041 |
| Invoice#: | 860383 and 169519 |
| Amount Due: | $7,525.33 |

0127041 0860383 00003714950

Invoice #169519 time detail

| Date | Employee | Cat | SubCat | Service | Memo | Hours | Rate | Billed |
|---|---|---|---|---|---|---|---|---|
| 3/6/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 1 | 223 | 223.00 |
| 3/6/2014 | Michele Bazzanella | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 1 | 120 | 120.00 |
| 3/14/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 2.25 | 223 | 501.75 |
| 3/20/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.5 | 223 | 111.50 |
| 4/21/2014 | Nathan McCarthy | AUDIT | AUDIT | 107 | Preparation of engagement letter | 1 | 223 | 223.00 |
| 7/9/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.25 | 223 | 55.75 |
| 7/2/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.5 | 223 | 111.50 |
| 8/4/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 1.25 | 223 | 278.75 |
| 8/11/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.25 | 223 | 55.75 |
| 8/21/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.25 | 223 | 55.75 |
| 9/15/2014 | Emily Isaacson | AUDIT | AUDIT | 110 | Audit file set-up | 1.25 | 120 | 150.00 |
| 9/15/2014 | Emily Isaacson | AUDIT | AUDIT | 103 | Audit programs set up | 2.75 | 120 | 330.00 |
| 9/15/2014 | Emily Isaacson | AUDIT | AUDIT | 172 | Trial balance preparation | 1.5 | 120 | 180.00 |
| 9/16/2014 | Emily Isaacson | AUDIT | AUDIT | 104 | Engagement risk assessment | 2.5 | 120 | 300.00 |
| 9/16/2014 | Emily Isaacson | AUDIT | AUDIT | 109 | Audit planning checklists | 0.25 | 120 | 30.00 |
| 9/16/2014 | Emily Isaacson | AUDIT | AUDIT | 103 | Audit programs set up | 0.75 | 120 | 90.00 |
| 9/16/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.5 | 223 | 111.50 |
| 9/17/2014 | Nathan McCarthy | AUDIT | AUDIT | 164 | Discussions with Jim Carney | 0.5 | 223 | 111.50 |
| 9/26/2014 | Nathan McCarthy | AUDIT | AUDIT | 164 | Discussions with Jim Carney | 0.25 | 223 | 55.75 |
| 9/27/2014 | Nathan McCarthy | AUDIT | AUDIT | 164 | Discussions with Jim Carney | 0.25 | 223 | 55.75 |
| 9/29/2014 | Emily Isaacson | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 1 | 120 | 120.00 |
| 9/29/2014 | Emily Isaacson | AUDIT | AUDIT | 103 | Audit programs set up | 0.5 | 120 | 60.00 |
| 9/29/2014 | Emily Isaacson | AUDIT | AUDIT | 102 | Confirmation preparation | 2 | 120 | 240.00 |
| 9/30/2014 | Emily Isaacson | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 0.75 | 120 | 90.00 |
| 9/30/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Audit planning - includes client meetings or discussion, meetings with predecessor auditor and discussions on status of information. | 1.25 | 223 | 278.75 |
| | | | | | | 24.25 | | $ 3,940.00 |
| 4/29/2014 | Expense | BEXP | BNEXP | 702B | Postage | 0 | | $ 1.38 |

| | Hours | Rate | | |
|---|---|---|---|---|
| Nathan McCarthy | 10 | 223 | $ | 2,230.00 |
| Emily Issacson | 13.25 | 120 | $ | 1,590.00 |
| Michelle Bazzanella | 1 | 120 | $ | 120.00 |
| Total Services | | | $ | 3,940.00 |
| Total Expenses | | | $ | 1.38 |
| Total for this Invoice | | | $ | 3,941.38 |

Invoice #860383 time detail

| Date | Employee | Cat | SubCat | Service | Memo | Hours | Rate | Billed |
|---|---|---|---|---|---|---:|---:|---:|
| 10/16/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Planning Meeting with Client | 0.25 | 223 | 55.75 |
| 11/14/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Supervision | 0.25 | 223 | 55.75 |
| 11/26/2014 | Nathan McCarthy | AUDIT | AUDIT | 101 | Planning Meeting with Client | 0.25 | 223 | 55.75 |
| 1/5/2015 | Nathan McCarthy | AUDIT | AUDIT | 101 | Meetings | 1 | 223 | 223.00 |
| 1/6/2015 | Emily Issacson | AUDIT | AUDIT | 107 | Client Planning Meeting | 1.3 | 120 | 156.00 |
| 1/6/2015 | Nathan McCarthy | BEXP | BNEXP | 702B | Meetings | 2 | 223 | 446.00 |
| 1/9/2015 | Nathan McCarthy | AUDIT | AUDIT | 101 | Planning | 1.5 | 223 | 334.50 |
| 1/10/2015 | Nathan McCarthy | AUDIT | AUDIT | 101 | Planning | 0.25 | 223 | 55.75 |
| 1/12/2015 | Emily Issacson | AUDIT | AUDIT | 101 | Trial Balance Import and Mapping | 1.5 | 120 | 180.00 |
| 1/12/2015 | Jessilynn Olsen | AUDIT | AUDIT | 101 | Trial Balance Import and Mapping | 4 | 82 | 328.00 |
| 1/12/2015 | Nathan McCarthy | AUDIT | AUDIT | 101 | Planning | 1.5 | 223 | 334.50 |
| 1/13/2015 | Emily Issacson | AUDIT | AUDIT | 110 | Trial Balance Import and Mapping | 1.6 | 120 | 192.00 |
| 1/13/2015 | Emily Issacson | AUDIT | AUDIT | 103 | Planning | 1.3 | 120 | 156.00 |
| 1/13/2015 | Jessilynn Olsen | AUDIT | AUDIT | 172 | Trial Balance Import and Mapping | 3.1 | 82 | 254.20 |
| 1/13/2015 | Nathan McCarthy | AUDIT | AUDIT | 104 | Planning | 0.75 | 223 | 167.25 |
| 1/14/2015 | Emily Issacson | AUDIT | AUDIT | 109 | Trial Balance Import and Mapping | 0.4 | 120 | 48.00 |
| 1/14/2015 | Jessilyn Olsen | AUDIT | AUDIT | 103 | Trial Balance Import and Mapping | 1.5 | 82 | 123.00 |
| 1/14/2015 | Quincey Kuiava | AUDIT | AUDIT | 101 | Trial Balance Import and Mapping | 0.2 | 82 | 16.40 |
| 1/15/2015 | Quincey Kuiava | AUDIT | AUDIT | 164 | Trial Balance Import and Mapping | 3 | 82 | 246.00 |
| 1/15/2015 | Nathan McCarthy | AUDIT | AUDIT | 164 | Planning | 0.2 | 223 | 44.60 |
| 1/16/2015 | Nathan McCarthy | AUDIT | AUDIT | 164 | Planning | 0.5 | 223 | 111.50 |
| | | | | | | 26.35 | | $ 3,583.95 |

| Summary | Hours | Rate | Billed |
|---|---:|---:|---:|
| Nathan McCarthy | 8.45 | 223 | $ 1,884.35 |
| Emily Issacson | 6.1 | 120 | $ 732.00 |
| Jessilyn Olsen | 8.6 | 82 | $ 705.20 |
| Quincey Kuiava | 3.2 | 82 | $ 262.40 |
| Total Services | 26.35 | | $ 3,583.95 |
| Total Expenses | | | $ - |
| Total for this Invoice | | | $ 3,583.95 |