Ford Elsaesser, ISB #2205
Bruce A. Anderson, ISB #3392
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.
320 East Neider Avenue, Suite 102
Coeur d'Alene, ID  83815
Tel:    (208) 667-2900
Fax:    (208) 667-2150

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole<br>(Diocese of Helena),<br><br>　　　　　Debtor-in-Possession | Chapter 11<br><br>Case No. 14-60074 |

**NOTICE OF INTENDED AMENDMENTS TO FIRST AMENDED JOINT
CHAPTER 11 PLAN**

The Roman Catholic Bishop of Helena, Montana, ("Debtor") and the Official Committee

of Unsecured Creditors (collectively, the "Plan Proponents"), hereby gives notice of their

intended amendments to the First Amended Joint Chapter 11 Plan (the "Plan"), as set forth in the

attachments hereto.  The attachments are specific portions of the Plan that the Plan Proponents

are amending.  The attachments show all additions and deletions of language in the Plan and

Plan exhibits.  Such amendments are nonmaterial and are in the nature of "cleanup."  If the Court

confirms the Plan with any of the amendments, the Plan Proponents will file a Second Amended

Joint Chapter 11 Plan.

DATED this 76 day of February 2015.

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson
Attorneys for Debtor-In-Possession

NOTICE OF INTENDED AMENDMENTS
TO FIRST AMENDED JOINT
CHAPTER 11 PLAN                    - 1

## CERTIFICATE OF SERVICE

I, Bruce A. Anderson, declare as follows:

I am employed by Elsaesser Jarzabek Anderson Elliott & Macdonald, Chtd., Coeur d'Alene, Idaho; I am over the age of eighteen years and not a party to this action; the firm's business address is 320 East Neider Avenue, Suite 102, Coeur d'Alene, Idaho 83815.

I certify that on February 26, 2015, I served the foregoing NOTICE OF INTENDED AMENDMENTS TO FIRST AMENDED JOINT CHAPTER 11 PLAN on all ECF participants as indicated on the Court's ECF system.

Additionally, by regular first class mail, I mailed a copy to the parties on the attached MML.

Additionally, by regular first class mail, I mailed a copy to the following non-ECF partie(s)

Hon. Michael Hogan (Retired), 21 West Sixth Street, Eugene, OR 97401
Placid Enterprises, LLC, c/o Martin King, PO Box 387, Seely Lake MT 59868

Additionally, by regular first class mail, I mailed a copy to the following non-ECF parties (names and addresses omitted to protect the privacy of the parties):

W.B., S.D., C.D., A. H.,
C.W. #6, J.L. #7, E.B. #8, M.P. #395, F.T. #396, H.H #404

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 26, 2015

ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD.

*/s/ Bruce A. Anderson*
Bruce A. Anderson

**2.19** **"Channeled Claim"** means (i) any Tort Claim, or any Related Insurance Claim, or (ii) any Claim against an Insured Entity, that, directly or indirectly, relates to any Tort Claim or any Related Insurance Claim.  Nothing in this Section 2.19 shall be construed to include the Province Contribution Claim.

**2.22** **"Claim"** means any past, present or future claim, assertion of right, complaint, cross-complaint, counterclaim, liabilities, rights, request, allegation, arbitration, mediation, litigation, direct action, administrative proceeding, demand, action, request, cause of action, suit, action, lawsuit, proceeding, lien, debt, bill, indemnity, equitable indemnity, —subrogation, equitable subrogation, injunctive relief, controversy, contribution, exoneration, covenant, agreement, promise, act, omission, trespass, variance, damages, judgment, compensation, set-off, recoupment, reimbursement, restitution, cost, expense, loss, exposure, execution, attorneys' fee, obligation, order, affirmative defense, writ, inquiry, request, directive, obligation, proof of claim in a bankruptcy proceeding or submitted to a trust established pursuant to the Bankruptcy Code, government claim or action, settlement, and/or any liability whatsoever, or liability of any kind or nature whatsoever, whether at law or equity, known or unknown, actual or alleged, asserted or unasserted, suspected or not suspected, anticipated or unanticipated, accrued or unaccrued, asserted or unasserted, foreseen or unforeseen, fixed or contingent, matured or unmatured, liquidated or unliquidated, direct, indirect or otherwise consequential, whether in law, equity, admiralty or otherwise, whether currently known or unknown, whether compromised, settled or reduced to a consent judgment, which may exist now or hereinafter for property damage, compensatory damages (such as loss of consortium, wrongful death, survivorship, proximate, consequential, general and special damages), punitive damages, exemplary damages, bodily injury, personal injury, public and private claims, or any other right to relief whether sounding in tort, contract, strict liability, equity, nuisance, trespass, statutory violation, wrongful entry or eviction or other eviction or other invasion of the right of private occupancy, which has been or may be asserted by or on behalf of any Entity in any jurisdiction, whether seeking damages or equitable, mandatory, injunctive, or any other type of relief, including any other claim within the definition of Section 101(5) of the Bankruptcy Code.  For the avoidance of doubt, **"Claim"** includes, any **"Contribution Claim"**, any **"Related Insurance Claim"**, any **"Channeled Claim"**, any **"Extra-Contractual Claim"**, any **"Tort Claim"** and any **"Direct Action Claim."**

**2.62** **"Insurance Settlement Agreements"** means, collectively or separately as the case may be, the agreements attached hereto as Exhibits B and C.  ~~Please note Exhibit C is in draft form.~~

**2.32.7.4** The Channeled Claims against the Diocese Parties (other than the Diocese) are within the jurisdiction of the Court because the Diocese Parties (other than the Diocese) might also assert, and the Province has asserted, <u>in some instances </u>that they are insured under the same Policies as the Debtor[1];

**2.83** **"Province"** means, collectively, the Ursuline Western Province, Ursuline Convent of the Holy Family, and Ursuline Convent of Our Lady or Santa Rosa Ursuline Corporation, and all related or affiliated Entities, its ~~representatives~~<u>Representatives</u>, and any and all past and present members, ~~employees, officers, directors,~~ shareholders, principals, teachers, staff, boards, administrators, sisters, nuns, or religious volunteers, ~~agents, attorneys,~~ and their

---

[1] This paragraph is without prejudice to any Tort Claimant's entitlement to a jury trial.

Plan Amendments                                        1

representativesRepresentatives, in their capacity as such.  Province, as defined herein, does not include Perpetrators.

**2.86   "Province Channeled Claims"** means any Claim against the Province (or any Entity related or connected with the Province) to the extent such claim directly or indirectly arises out of, relates to, or is in connection with the injury or damages asserted as a Tort Claim against any of the Diocese Parties (excluding the Province), including, but not limited to, any Tort Claimant who asserts that he or she should have been included as a Province Claimant.  A claim by a perpetrator is not a Province Channeled Claim.

**2.89   "Province Contribution"** means the payment by the Province to the Province Escrow in the amount of $4.45 million that shall be made only if: (i) the Province Settlement has been approved by the Bankruptcy Court; (ii) a Confirmation Order is entered that, among other things, (x) grants and orders the Province Channeling Injunction set forth in Section 12.6B of the Plan,; (y) contains other provisions that the Province deems reasonably necessary in order to implement the Province Settlement,; and (z) is otherwise reasonably approved by the Province as to both form and content; and (iii) the Province Litigation has been dismissed with prejudice.  To the extent the conditions or any of them triggering the Province Contribution do not occur, the Province Contribution shall not be applicable, unless the Province in its sole discretion waives such condition(s).  If the foregoing conditions are satisfied with the exception of the issuance of the Province Channeling Injunction, the Province Contribution shall be $3.95 million.  The Province Contribution will be paid by the Province to the Province Escrow.  Upon receipt by the Province Escrow of the requisite releases and dismissals of the Province Litigation, the escrow agent (to be named) of the Province Escrow shall release the Province Contribution to the Trust, ,deliver the Province Releases to the Province, and deliver the Province Dismissals for filing in the Province Litigation.

**2.91   "Province Contribution Claim Cap"** means an amount, not to exceed $500,000, which will be paid to the Province by the Debtor if: (i) the Province Settlement is not approved and the Province Alternate Settlement of $3.95 million is effective; (ii) the Province Contribution Claim is Allowed after the claim objection process; and (iii) the Allowed amount of the Province Contribution Claim exceeds $500,000.  The Settling Insurers shall have no liability whatsoever to pay any amounts for the Province's Contribution Claim.

### 3.1   Objectives

The Plan provides the means for settling and paying all Claims asserted against the Debtor.  The Plan provides for the creation of a Trust and channeling of all Channeled Claims to the Trust for allowance and Distribution to Tort Claimants.  The Trust's assets will consist of Cash from the Debtor, contributions by Settling Insurers, and the portion of the Province Contribution allocated to the Trust.  Trust assets will be used to fund certain of the Trust's costs and expenses and payments to Tort Claimants.  Distributions and reserves from the Trust to Tort Claimants will be determined by application of the Allocation Plans and, where applicable, the Trustee's business judgment.  Annuitants are unimpaired.  Many scheduled claimants are not true creditors of the Diocese, as they are part of the Diocese.  Such liabilities shall be administered pursuant to Canon Law.  Deposit and Loan Fund Claimants will receive nothing through this Plan.  However, such Claimants shall be separately classified, and a Deposit and Loan Fund Restoration Trust shall be created on the Effective Date for purposes of administering

Deposit and Loan Fund Accounts Receivable and future assets yet to be determined, which will be dedicated to the Deposit and Loan Fund Trust, which beneficiaries shall be with Deposit and Loan Fund Claimants. The Endowment Fund, Annuity Fund, Latin American Fund and the Guatemala Fund shall retain their investments and continue to serve their charitable purposes, but will receive nothing through this Plan. Allowed General Unsecured Claimants will receive their Pro Rata share of $1,294,635.03, based on known amounts. This figure may change after the conclusion of the Claims objection process, depending on the allowance or disallowance of certain Claims. If the Confirmation Order does not include the Province Channeling Injunction, and the Province Alternate Settlement of $3.95 million is approved, the Province Contribution Claim, if and to the extent Allowed, shall be subject to the Province Contribution Claim Cap. Such Claim, if and to the extent Allowed, will be paid over three (3) years from the date of allowance. The Debtor will receive the benefit of a Section 1141(d) discharge. Settling Insurers will receive the benefit of injunctions provided under the Plan and their particular Insurance Settlement Agreement. The Province, if the Court so orders and the $4.45 million settlement is approved, shall receive the benefit of the Province Channeling Injunction. Nothing in this Plan is intended to replace and does not affect, diminish or impair the liabilities of any Co-Defendant or guarantor under applicable non-bankruptcy law, including any laws governing joint and several liabilities.

### 9.2 Funding

The Trust will be funded as follows:

9.2.1    Within ten (10) days after the Conditions to Effectiveness set forth in Section 11.1 (a), (b), and (c) have occurred, the Reorganized Debtor will pay to the Trust the sum of $2,000,000.00.

9.2.2    Within ten (10) days after the Settling Insurers receive written notice from the Trustee that the Conditions to Effectiveness set forth in Section 11.1 (a), (b), and (c) have occurred, the Settling Insurers will make payments to their respective attorneys' trust accounts as follows:

American Home:  Four Hundred Eighty Seven Thousand Five Hundred Dollars ($487,500);

Catholic Mutual:  Three Million Eight Hundred Thousand Dollars ($3,800,000);

Fireman's Fund:  Four Million Dollars ($4,000,000);

Great American Insurance:  Three Million Five Hundred Thousand Dollars ($3,500,000);

MIGA:  Five Hundred Thousand Dollars ($500,000);

OneBeacon:  One Hundred Thousand Dollars ($110100,000); and

Travelers: Two Million Dollars ($2,000,000).

9.5.3.9.2    Each Medicare Beneficiary expressly authorizes the Approved Vendor or the Trustee, as the case may be, to use the Personal Information to submit a query to the CMS, the CMS Coordination of Benefits Contractor ("COBC"), and/or the Medicare Secondary Payer Recovery Contractor ("MSPRC") to determine the amount of each and every Conditional Payment, if any, subject to reimbursement by a "primary plan," as the phrase is defined in Section 1395y(b)(2) of the MSP. Before the Trustee will pay any Medicare Beneficiary, such Medicare Beneficiary must provide the Trustee with a letter from the MSPRC ("MSPRC Letter") received within ~~sixty~~ ninety (~~6~~90) days prior to the Trustee making such payment: (a) setting forth the Conditional Payment estimate made to or on behalf of the Medicare Beneficiary that is subject to reimbursement by a "primary Plan," as the phrase is defined in Section 1395y(b)(2) of the MSP; or (b) stating that no such Conditional Payment has been made to or on behalf of the Medicare Beneficiary. If the MSPRC Letter sets forth a Conditional Payment estimate, no payment shall be made to such Medicare Beneficiary before the Trustee sets aside a reserve for the full amount of the Conditional Payment estimate, or pays a negotiated amount agreed to by the MSPRC and the Medicare Beneficiary. If the Trustee sets aside a reserve for the full amount of the Conditional Payment estimate, that reserved amount shall be withheld from the payment to the Medicare Beneficiary until the Conditional Payment estimate has been paid in full or a negotiated amount that has been agreed to by the MSPRC and the Medicare Beneficiary has been paid.

## 10.18    Insurance Neutrality

~~Except as set forth below in this Section 10.18, nothing in the Confirmation Order or the Plan (including any other provision that purports to be preemptory or supervening), shall in any way operate to impair or diminish, or have the effect of impairing or diminishing, the Settling Insurers' legal, equitable or contractual rights, if any, in any respect, including any rights under the Policies, if applicable, and the Insurance Settlement Agreements, as applicable; *provided, however*, this Section 10.18 shall not preclude the entry or effectiveness of the injunctions set forth in Section XII hereof or the judgment reduction provisions in Section 10.17 hereof. Nothing in this Section 10.18 shall impair or diminish, or have the effect of impairing or diminishing, any of the Settling Insurers' rights under the Confirmation Order or the Plan.~~

(a)    Nothing in the Confirmation Order or the Plan (including any other provision that purports to be preemptory or supervening), shall in any way operate to impair or diminish, or have the effect of impairing or diminishing, the Non-Settling Insurer's legal, equitable or contractual rights, if any, against any Entity other than the Settling Insurers, including any rights under any policies of insurance issued to, or providing coverage to, the Diocese and/or any agreements related thereto, if applicable. Nothing in this Section 10.18(a) shall: (i) impair or diminish, or have the effect of impairing or diminishing, any Non-Settling Insurer's rights under the Confirmation Order or the Plan; or (ii) preclude the entry or effectiveness of the injunctions set forth in Section XII hereof or the judgment reduction provisions in Section 10.17 hereof; provided, however, Section XII of the Plan shall not operate as an injunction against or release of the Diocese's obligations to any Non-Settling Insurer.

(b)    Except as set forth below in this Section 10.18(b), nothing in the Confirmation Order or the Plan (including any other provision that purports to be preemptory or supervening), shall in any way operate to impair or diminish, or have the effect of impairing or diminishing, the Settling Insurers' legal, equitable or contractual rights, if any, in any respect, including any rights

under the Policies, if applicable, and the Insurance Settlement Agreements, as applicable; provided, however, this Section 10.18(b) shall not preclude the entry or effectiveness of the injunctions set forth in Section XII hereof or the judgment reduction provisions in Section 10.17 hereof. Nothing in this Section 10.18 shall impair or diminish, or have the effect of impairing or diminishing, any of the Settling Insurers' rights under the Confirmation Order, the Plan or the Insurance Settlement Agreements.

## 10.19   Insurance Preservation

~~Nothing in this Plan or in the Confirmation Order is intended to impair or modify the Debtor's rights under (a) any policy of insurance issued by a Non-Settling Insurer or (b) any Claims-made certificates or policies of insurance issued or allegedly issued by Catholic Mutual to the Diocese Parties for a policy period of July 1, 2014 through July 1, 2015 and the two immediately prior policy periods, i.e., July 1, 2012 through July 1, 2013, and July 1, 2013 through July 1, 2014, other than with respect to Tort Claims, for which the Debtor has waived coverage and released Catholic Mutual. To the extent the Diocese has obligations on such policies of insurance, the Diocese shall assume such obligations as executory contracts.~~

Nothing in the Plan or the Confirmation Order (including any other provision that purports to be preemptory or supervening) , except for Section 10.17 of the Plan, is intended to impair or modify the Debtor's rights under (a) any policy of insurance issued by a Non-Settling Insurer or (b) any Claims-made certificates or policies of insurance issued or allegedly issued by Catholic Mutual to the Diocese Parties for a policy period of July 1, 2014 through July 1, 2015 and the two immediately prior policy periods, i.e., July 1, 2012 through July 1, 2013, and July 1, 2013 through July 1, 2014, other than with respect to Tort Claims, for which the Debtor has waived coverage and released Catholic Mutual. To the extent the Diocese has obligations on any policies of insurance and/or any agreements related thereto, the Diocese shall be liable in full for such obligations regardless of whether the obligations arise before or after the Effective Date.

## 12.1   Discharge

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE PLAN OR THE DISCLOSURE STATEMENT, NOTHING CONTAINED IN THE PLAN SHALL CONSTITUTE A RELEASE OF ANY TORT CLAIM OR CONSTITUTE AN INJUNCTION AGAINST PROSECUTION OF A TORT CLAIM AGAINST (A)   AN ~~PERSON~~ENTITY THAT BECOMES A SUCCESSOR OF THE DEBTOR AFTER THE EFFECTIVE DATE, TO THE EXTENT SUCH SUCCESSOR'S  LIABILITY FOR AN ACT OR ACTS OF ABUSE, IS INDEPENDENT OF THE DEBTOR'S LIABILITY AND SUCH ENTITY IS NOT A PROTECTED PARTY AND (B) A PERPETRATOR.   THE DISCHARGE AND INJUNCTION PROVISIONS OF THE PLAN DO NOT APPLY TO (A) THE OBLIGATIONS ARISING UNDER THE INSURANCE SETTLEMENT AGREEMENTS APPROVED BY THE BANKRUPTCY COURT, WHICH ARE NOT AND WILL NOT BE DISCHARGED; (B) ~~A PERPETRATOR; (C)~~ AN ENTITY THAT BECOMES A SUCCESSOR TO THE DEBTOR AFTER THE EFFECTIVE DATE, TO THE EXTENT SUCH SUCCESSOR'S LIABILITY FOR AN ACT OR ACTS OF ABUSE IS INDEPENDENT OF THE DEBTOR'S LIABILITY AND SUCH ENTITY IS NOT A PROTECTED PARTY; AND (~~D~~C) THE OBLIGATIONS ARISING UNDER THE PROVINCE SETTLEMENT APPROVED BY THE BANKRUPTCY COURT, WHICH

ARE NOT AND WILL NOT BE DISCHARGED.  TORT CLAIMS BASED ON ABUSE THAT HAPPENED AFTER THE PETITION DATE WILL NOT BE DISCHARGED, RELEASED OR IMPAIRED, WITH THE EXCEPTION OF ANY SUCH CLAIMS AGAINST THE SETTLING INSURERS., ~~OR THE PROVINCE IF THE PROVINCE SETTLEMENT AGREEMENT IS APPROVED WITH THE PROVINCE CHANNELING INJUNCTION~~

On the Effective Date, pursuant to Section 1141(d) of the Bankruptcy Code, the Debtor will be discharged from all liability for any and all Claims that arose before the Confirmation Date, including all interest, if any, on any such Claims and Debts, whether such interest accrued before or after the date of commencement of this Case, including all Tort Claims (except as provided in Section 12.~~2~~1.1 of the Plan) and from any liability of the kind specified in Sections 502(g), 502(h), and 502(i) of the Bankruptcy Code, whether or not (a) a proof of Claim is filed or is deemed filed under Section 501 of the Bankruptcy Code; (b) such Claim is Allowed under this Plan; or (c) the holder of such Claim has accepted this Plan.  Nothing contained in this paragraph shall affect, impair or diminish the Debtor's indemnification obligations under the Insurance Settlement Agreements, which obligations are excepted from the Debtor's discharge.

### 12.1.1  Postpetition Tort Claims

Notwithstanding Section 12.1 of the Plan, Tort Claims against the Debtor based on Abuse that happened after the Petition Date will not be discharged, released or impaired.  To the extent any such Claim is against a Settling Insurer, such Claim is enjoined pursuant to the injunctions in this Section XII.

### 15.14  Setoffs, Recoupments, and Defenses

~~With the exception of the Sections of the Plan concerning the Tort Claims nothing contained in the Plan shall constitute a waiver or release by the Debtor, Reorganized Debtor, or Trustee of any rights of setoff or recoupment, or of any defense, they may have with respect to any Claim (including rights under Section 502(d) of the Bankruptcy Code).  Except as otherwise provided in the Plan or in the Confirmation Order or in agreements previously approved by a Final Order, the Debtor, Reorganized Debtor, or Trustee may, but will not be required to, set off against any Claim or any Distributions with respect to such Claim, any and all of the Claims, rights and Causes of Action of any nature that the Debtor, the Reorganized Debtor, or Trustee, as applicable, may hold against the holder of such Claim; provided, however, that neither the failure to effect such a setoff, the allowance of any Claim hereunder, the payment of any Distribution hereunder or any other action or omission of the Debtor, Reorganized Debtor, or Trustee, nor any provision of the Plan, shall constitute a waiver or release by the Debtor, the Reorganized Debtor, or Trustee, as applicable, of any such Claims, rights and Causes of Action that the Debtor, the Reorganized Debtor, or Trustee, as applicable, may possess against such holder.  Notwithstanding the foregoing, nothing in this Section 15.14 shall authorize or preserve any Claim, setoff, right of recoupment, or defense against any of the Settling Insurers or in any way operate to impair or diminish, or have the effect of impairing or diminishing, the Settling Insurers' legal, equitable or contractual rights, if any, in any respect.~~

Plan Amendments                                        6

Except with respect to Class 4 and Class 5 Claims, and except as otherwise provided in Section 10.5 of the Plan or the Confirmation Order, all Claims and defenses of any nature of the Debtor, Reorganized Debtor, and Trustee are explicitly reserved and protected. The failure of any of the Debtor, Reorganized Debtor, or the Trustee to assert any such Claim or defense at any time shall not constitute the waiver, abandonment or other relinquishment of such Claim or defense. Notwithstanding the foregoing, nothing in this Section 15.14 shall authorize or preserve any Claim, setoff, right of recoupment, or defense by any Entity against any of the Settling Insurers or in any way operate to impair or diminish, or have the effect of impairing or diminishing, the Settling Insurers' legal, equitable or contractual rights, if any, in any respect.

**15.15   Withdrawal or Revocation of the Plan**

The Proponents reserve the right to revoke or withdraw the Plan prior to the Confirmation Date but the consent of all Proponents is required. If one Proponent revokes or withdraws the Plan, the other Proponent(s) may proceed as if the remaining Proponent(s) was the sole Proponent when the Plan originally was filed. If the Plan is revoked or withdrawn, or if the Confirmation Date does not occur, the Plan shall have no force and effect and in such event nothing contained herein shall be deemed to constitute a waiver or release of any Claims by or against the Estate or any other Entity, or to prejudice in any other manner the rights of a Proponent, whether one or more, or any other Entity in further proceedings involving a Proponent or Proponents and specifically shall not modify or affect the rights of any party under any prior orders of the Bankruptcy Court. Notwithstanding any withdrawal or revocation of the Plan pursuant to Sections 15.15 and 15.18, the Province Alternate Settlement shall not be affected.

**Schedule 2.40**

1. Butte Girls' Central
2. Carroll College
3. Carroll College Foundation
4. Catholic Cemeteries
5. Catholic Cemetery Association (Holy Cross Cemetery, Dwelling, St. Patrick's Cemetery)
6. Catholic Cemetery of Butte
7. Catholic Charities (Bank or Office, Residence, Boarding House)
8. Catholic Charities/St. Vincent DePaul (Retail Store)
9. Catholic Charities of Montana, Inc.
10. Catholic Charities, Inc.
11. Catholic High School Foundations
12. Catholic Social Services for Montana, Inc. (includes Helena and Billings locations)
13. Central Educational Foundation of Silver Bow
14. Christian Brothers High School
15. Flathead Association for Catholic Education
16. Handmaids of Mary
17. Immaculate Charities, Inc.
18. Irish Christian Brothers of Butte
19. Jesuit Fathers
20. Jesuit Fathers and Scholastics
21. Legendary Lodge – Catholic Boys Camp

22.    Loyola High School
23.    Loyola-Sacred Heart High School Foundation
24.    Montana Catholic Conference, Inc.
25.    Montana Catholic Missions, Inc.
26.    Montana Catholic Missions, S.J.
27.    Resurrection Cemetery, Inc.
28.    ~~Sisters of Charity of Providence~~ Sisters of Providence of Montana Corporation f/k/a Sisters of Charity of Providence in the Territory of Montana
29.    St. Helena Cathedral Foundation, Inc.
30.    St. Joseph's Hospital
31.    Western Montana Catholic Foundation
32.    Youth Conservation Corps c/o Roger Master, USD Interior, Bureau of Reclamation
33.    Foundation for the Diocese of Helena, fka Western Montana Catholic Foundation
34.    Ursuline Western Province, Ursuline Convent of the Holy Family, and Ursuline Convent of Our Lady or Santa Rosa Ursuline Corporation

Plan Amendments                                    8

Label Matrix for local noticing
0977-2
Case 14-60074
U.S. Bankruptcy Court, District of Montana
Butte
Thu Feb 26 12:52:33 MST 2015

Great American Insurance Company
c/o Crowley Fleck PLLP
P.O. Box 7099
Missoula, MT 59807-7099

MT Dept of Environmental Quality
P.O. Box 200901
Helena, MT 59620-0901

ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A
PO BOX 1729
HELENA, MT 59624-1729

The Foundation for the Diocese of Helena
324 Main SW
Ronan, MT 59864-2707

Tort Claimants c/o Datsopoulos, MacDonald &
Datsopoulos, MacDonald & Lind, P.C.
201 W. Main Street, Suite 201
Missoula, MT 59802-4326

Ursuline Western Province
c/o Susan G. Boswell
Quarles & Brady LLP
One S. Church Ave.
Suite 1700
Tucson, AZ 85701-1630

U.S. Bankruptcy Court, District of MT
Room 263 Federal Building
400 North Main
Butte, MT 59701-8866

ANDERSON ZURMUEHLEN
ATTN: KEVIN KELLEY
PO BOX 1040
HELENA, MT 59624-1040

Allegiance Benefit Plan Mgmt.
Flexible Benefits
P.O. Box 4346
Missoula MT 59806-4346

America Press, Inc.
P.O. Box 293159
Dayton OH 45429-9159

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Anaconda Catholic Community
217 W. Pennsylvania
Anaconda, MT 59711-1927

Anderson Zurmuehlen
828 Great Northern Blvd.
Helena MT 59601-3357

Annuity Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Assoc. Catholic Diocesan Archivists
c/o Brian B. Fahey, Treasurer
P.O. Box 818
Charleston SC 29402-0818

B&D Associates
dba Crowne Plaza Union Station
123 W. Louisiana Street
Indianapolis IN 46225-1049

Blessed Trinity Catholic Com
1475 Eaton Street
Missoula, MT 59801-3224

Butte Catholic Community N.
102 South Washington Street
Butte, MT 59701-1638

Butte Catholic Schools
9 S. Idaho Street
Butte, MT 59701-1609

Catalina Sugayan and Peter Horst
Great American Insurance Counsel
One N. Wacker Drive, Ste 4200
Chicago, IL 60606-2862

Catherine Rice
1019 Lewisohn
Butte, MT 59701-8725

Catholic Mutual Group
10843 Old Mill Road
Omaha, NE 68154-2600

Charles Launer
363 Jensen Road
Columbia Falls, MT 59912-9218

Chris Fichtl
Sharon Stier
Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556-3823

Christ the King Parish
1400 Gerald Avenue
Missoula, MT 59801-4230

Christopher and Michelle Field
1813 Colorado Gulch
Helena, MT 59601-9647

Clergy Senior Status Trust
c/o Marie T. Mullarkey
Wells Fargo
350 N. Last Change Gulch, 2nd Fl.
Helena MT 59601-5012

Colleen Tuxbury-Tripp
1568 Cornerstone Drive
Missoula, MT 59802-8611

Connect Telephone and Computer Grp
1306 Central Avenue
Billings, MT 59102-5531

Current Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Custodian Funds
515 N. Ewing St.
P.O. Box 1729
Helena, MT 59624-1729

Dan and Cheryl McCauley
P.O. Box 1137
Helena, MT 59624-1137

Daniel and Marjorie Doyle
1665 Sunflower Drive
Missoula, MT 59802-3303

David Spector, Luis DeLucia
Ray Miller
Schiff Hardin LLP
666 Fifth Avenue, 17th Fl.
New York, NY 10103-1700

David and Joyce Roberts
635 North Ewing
Helena, MT 59601-3604

David and Mary Beth Garding
7090 Applegate Drive
Helena, MT 59602-9095

David and Suzanne Peterson
229 Mansion Heights Drive
Missoula, MT 59803-2473

Dean and Arlette Randash
1941 Virginia Dale Street
Helena, MT 59601-5886

Deanna Huseth
P.O. Box 5751
Missoula, MT 59806-5751

Delbert and Theresia Gilchrist
705 Park Avenue
Whitefish, MT 59937-2831

Donald and Beverly Opitz
1500 Ohio Avenue
Helena, MT 59601-5429

Donald and Karrin Sax
15940 Highland Drive
Florence, MT 59833-5946

Donald and Mary Shaughnessy
1040 Anglers Bend Way
Missoula, MT 59802-5547

Donald and Patricia Graber
P.O. Box 1091
East Helena, MT 59635-1091

Dr. Mary Langenderfer
3125 Pattee Canyon Road
Missoula, MT 59803-1704

Elwood Lapham
c/o Patricia McCloe
Deserre Sauers, Guardians
12853 Pink Street
Brooklyn, MI 49230-9331

Emmett Kent
dba ETAK Electric
P.O. Box 8
Elliston MT 59728-0008

Empire Office Machines
821 N. Last Chance Gulch
Helena, MT 59601-3352

Endowment Fund
515 N. Ewing Street
P.O. Box 1729
Helena MT 59624-1729

Eugene Tripp
P.O. Box 7103
Missoula, MT 59807-7103

FIRST INTERSTATE BANK
PO BOX 5299
HELENA, MT  59604-5299

First Interstate Bank
25 E. Lyndale Avenue
P.O. Box 5299
Helena, MT 59604-5299

Flint Creek Catholic Community
P.O. Box 329
Drummond MT 59832-0329

Foundation for the Diocese Helena
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Fred Marczyk, Michael Pompeo
Richard Vinci
Drinker Biddle and Reath LLP
1177 Ave. of the Americas, 41st Fl.
New York, NY 10036-2714

Fred and Gayle Stout
10635 Mullan Road
Missoula, MT 59808-8432

Fred and Suzie Stradinger
94 Antelope Drive
Dillon, MT 59725-8891

GREAT AMERICAN FINANCIAL SERVICES CORPORATIO
FKA GREAT AMERICAN LEASING CORP
ATTN:PEGGY UPTON, LITIGATION SPECIALIST
PO BOX 609
CEDAR RAPIDS IA 52406-0609

George P. Burns
2555 Ferndale, 110
Helena MT 59601-8021

Good Samaritan Thrift Store
3067 N. Montana Avenue
Helena, MT 59601-0552

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Guatemala General
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729


Guatemala Nurses Fund
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Henry Dahl
1015 Harrison
Helena, MT 59601-2622

Herbert and Kathryn Wanke
63 Blue Bird Land
Whitehall, MT 59759-9701


Holy Cross Parish
101 S. Walnut
P.O. Box 610
Townsend, MT 59644-0610

Holy Family Parish
609 Quaw Blvd.
Belgrade, MT 59714-3140

Holy Rosary Parish
220 W. Main Street
P.O. Box 96
Bozeman, MT 59771-0096


Holy Spirit Parish
3930 East Lake Street
Butte, MT 59701-4399

Immaculate Conception Parish
1002 4th Avenue, E
P.O. Box 1477
Polson, MT 59860-1477

Immaculate Conception Parish
605 Clark Street
P.O. Box 786
Deer Lodge, MT 59722-0786


Interlogic Outsourcing, Inc.
25325 Leer Drive
Elkhart, IN 46514-5428

Invesco
Paul Maloy
40 W. Lawrence Street, Ste. C
Helena, MT 59601-5083

James Murray, Jared Zola
Ronald Waterman
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5417


James Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4114

James and Darlene Michlig
50 Morning View Drive
Kalispell, MT 59901-7213

James and Elizabeth McGovern
P.O. Box 455
Cut Bank, MT 59427-0455


James and Joyce Moerkerke
P.O. Box 346
Stevensville, MT 59870-0346

James and Kathleen Cummings
800 Monegan Road
Whitefish, MT 59937-8283

James and Stella Ziegler
3040 Hollow Tree Road
Billings, MT 59101-9422


Jason King
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
1037 Raymond Blvd.
Newark, NJ 07102-5428

Jeff Hollenback
4601 Goodan Lane
Missoula, MT 59808-9009

Jeff Kahane, Russell Roten
Duane Morris LLP
865 S. Figueroa St., Ste. 3100
Los Angeles, CA 90017-5450


Jennifer and Steven Schmitt
14 Sidewinder Loop
Clancy, MT 59634-9824

Jerry and Jan Cashman
2055 Springhill Road
Bozeman, MT 59718-8461

Jim Butts
2855 Swan Highway
Bigfork MT 59911-6414


Joan Powell
1001 River Lakes Pkwy, Apt. 123
Whitefish, MT 59937-7859

John Hall
c/o. St. John Vianney Seminary
1300 S. Steele Street
Denver CO 80210-2526

John Stimson
2 Indian Creek Road
Sheridan, MT 59749-9632

John and Carolyn Snively
234 Beverly Avenue
Missoula, MT 59801-5927

John and Lois Hammett
1215 Sunnyside
Kalispell, MT 59901-7491

Joseph Hampton
Betts, Patterson and Mines
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927

Joseph Shevlin
1727 Jerome Place
Helena, MT 59601-4620

Josephine Rodriguez
631 Cedarwood Drive
Powell, WY 82435-1749

KATHRYN WANKE
63 BLUE BIRD LAND
WHITEHALL MT 59759-9701

Karen Riedl
426 Lilly Road NE, No.118
Olympia, WA 98506-6932

Kathleen Murphy
P.O. Box 477
Mosier, OR 97040-0477

Keith Talbot, Scott Jamieson
Michael Patterson
Patterson Buchanan Fobes Leitch
2112 Third Ave., Ste. 500
Seattle, WA 98121-2326

Kelly and Shelly Wills
3032 Queen Street
Missoula, MT 59801-8651

Kevin and Judy Fredenberg
1616 34th Street
Missoula, MT 59801-8938

Kyle and Mary Eckmann
5 Lava Mountain Court
Montana City, MT 59634-9673

Larry and Loretta Tribble
P.O. Box 803
Three Forks, MT 59752-0803

Latin American Missions
515 N. Ewing Street
P.O. Box 1729
Helena, MT 59624-1729

Little Flower Parish
204 1st Street, N.W.
P.O. Box 529
Browning, MT 59417-0529

Liturgy Training Publications
3949 S. Racine Avenue
Chicago IL 60609-2523

Living Water Catholic Church
152 S.O.S. Road
P.O. Box 995
Seeley Lake, MT 59868-0995

Lois Ashton Hughes
915 Saddle Drive, No. 328
Helena, MT 59601-6088

Lorrine Zimmerman
285 Madison Avenue, Apt. 201
Bainbridge Island, WA 98110-2589

MARKETTE & CHOUINARD, P.C.
DUSTN CHOUINARD
601 SOUTH FIRST STREET
HAMILTON, MT 59840-2812

MONTANA DEPARTMENT OF REVENUE
BANKRUPTCY SPECIALIST KIM DAVIS
PO BOX 7701
HELENA, MT 59604-7701

Madison County Catholic Comm
105 Poppleton
P.O. Box 17
Sheridan, MT 59749-0017

Marlene Wheeler
P.O. Box 155
Pablo, MT 59855-0155

Mary DeYoung
Soha and Lang
1325 Fourth Avenue
Suite 2000
Seattle, WA 98101-2570

Mary Pyfer
716 Red Letter Street
Helena, MT 59601-5808

Michael and Katherine McKenna
3915 Sourdough Road
Bozeman, MT 59715-8013

Michael and Mary Dixon
46 Forest Park Drive
Clancy, MT 59634-9756

Montana Dept. Environmental Quality
1520 E. 6th Avenue
Helena, MT 59601-4541

Montana Pro Audio
1200 W. Porphyry Street
Butte, MT 59701-2130

Morrison Maierle, Inc.
1 Engineering Place
P.O. Box 6147
Helena MT 59604-6147

Mountain West Bank
1225 Ceder Street
P.O. Box 6013
Helena, MT 59604-6013

National Conference for
Catechetical Leadership
3031 Fourth Street, Suite B
Washington DC 20017-1102

Northwest Archivists, Inc.
Oregon Jewish Museum
1953 NW Kearney
Portland OR 97209-1414

OFFICE OF THE U.S. TRUSTEE
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401-3113

Our Lady of Lourdes
1502 Shirley Road
Helena, MT 59602-6639

Our Lady of Mercy Parish
500 Dewey Avenue
P.O. Box 626
Eureka, MT 59917-0626

Our Lady of Pines Parrish
437 Madison
P.O. Box 577
West Yellowstone, MT 59758-0577

Our Lady of Swan Valley
21592 Sycamore Tree Lane
Bigfork, MT 59911-7907

Our Lady of the Valley
1502 Shirley Road
Helena, MT 59602-6639

Pamela Zuhoski
18 Mueller Court
Helena, MT 59601-5446

Patrick and Deborah Marrinan
32219 Cutting Horse Lane
Polson, MT 59860-7584

Patti Cassidy
2312 Garland Drive
Missoula MT 59803-1102

Paula Loving
1510 Chestnut Street
Helena, MT 59601-1065

Phil Maronick
2508 Primrose Lane
Helena, MT 59601-0315

Phyllis Odermann
c/o Wendy Ekre
PO Box 202
Beach, ND 58621-0202

Pope John Paul II Parish
195 Cloverdell Road
P.O. Box 277
Bigfork, MT 59911-0277

Randall and Mary Fraser
10 Pine Ridge Circle
Clancy, MT 59634-9760

Ravalli County Bank
P.O. Box 150
Hamilton, MT 59840-0150

Raymond Leopold
3360 Whitefish Stage Road
Kalispell, MT 59901-6727

Resurrection Cemetery
3700 N. Montana Avenue
P.O. Box 5029
Helena, MT 59604-5029

Resurrection Parish
1725 S. 11th Avenue
Bozeman, MT 59715-5404

Rev. Daniel Shea
818 N. Benton Avenue
Helena, MT 59601-2746

Rev. Edward Stupca
Marquis Room 206
300 Mount Highland Drive
Butte, MT 59701-4080

Rev. John Darragh
730B Missy's Way
Missoula, MT  59801

Rev. John Hunthausen
6 Wood Court
Helena, MT 59601-0167

Rev. John Wang
425 Ford Street
Missoula, MT 59801-4246

Rev. Joseph Oblinger
2400 Durston Road, No. 37
Bozeman, MT 59718-1860

Rev. Robert Noonan
2815 Old Fort Road, Apt. 304
Missoula, MT 59804-7409

Rev. Stephen Tallman
5630 Lower Woodchuck Road
Florence,  59833-6624

Reverend Edward Stupca
300 Mount Highland Drive
Butte MT 59701-4080

Reverend Frank McCormick
2409 Mary Jane Blvd.
Missoula MT 59808-5886

Reverend Gregory Burke
25 Burning Tree Lane
Butte MT 59701-3936

Reverend John J. Darragh
730 Missy's Way
Apt. B
Missoula MT 59801-1487

Reverend John Murray
901 Pennsylvania Avenue
Deer Lodge MT 59722-1743

Reverend Joseph Byrne
2801 Colonial Drive
Apt. 215
Helena MT 59601-8040

Reverend Kenneth Fortney
3 Willowbrook Close
Whitefish MT 59937-8100

Reverend Msgr. Joseph Harrington
1726 Cannon
Helena MT 59601-1964

Reverend Richard Sodja
2530 Wildwood Lane, No 5
Helena MT 59601-8027

Reverend Stephen Tallman
5630 Lower Woodchuck Road
Florence MT 59833-6624

Reverend Thomas M. O'Donnell
1701 Prospect Avenue
3H
Helena MT 59601-4598

Reverend Victor Langhans
P.O. Box 856, CMR 701
APO AP 96555

Richard Pyfer
534 Diehl Drive
Helena, MT 59601-5457

Richard Quinn
119116 Lone Pine
Silverbow, MT 59750-9703

Richard and Carolyn Gibbons
629 2nd Street
Helena, MT 59601-5331

Richard and Christine Snyder
253 Anderson Blvd.
Helena, MT 59601-0328

Richard and Darlene Samson
1605 Shadow Lane
Missoula, MT 59803-3409

Richard and Dawn Bishop
938 Rumble Creed Road
Condon, MT 59826-9017

Richard and Jonella Schwaller
1426 Cherry Drive
Bozeman, MT 59715-5925

Richard and Teresa Athman
575 Foley Lane
Hamilton, MT 59840-9008

Risen Christ Parish
65 W. Evergreen Drive
Kalispell, MT 59901-2809

Robert Vinci
Drinker Biddle and Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

Robert and Adele Zanon
13840 SW Cherry Hill Court
Beaverton, OR 97008-4901

Robert and Louise Robinson
506 North Rodney Street
Helena, MT 59601-4012

Robert and Lynn Pearce, Jr.
50 Yellowstone Road
Columbia Falls,  59912-9262

Roman Catholic Bishop of Helena
515 North Ewing
P.O. Box 1729
Helena, MT 59624-1729

Roman Catholic Bishop of Helena, Montana,
a Montana Religious Corporation Sole (
PO Box 1729
Helena, MT 59624-1729

Rosabelle Maloney Stimson
2 Indian Creek Road
Sheridan, MT 59749-9632

Rose Ball Maloney
P.O. Box 139
Alder, MT 59710-0139

SANDEFUR LAW OFFICES
PATRICK SANDEFUR
100 RYMAN
MISSOULA, MT 59802-4307

STATE OF MONTANA, DEPT OF ENVIRONMENTAL QUAL
c/o KATHERINE M HAQUE-HAUSRATH
PO BOX 200901
HELENA MT 59620-0901

STS Cyril & Methodius Parish
120 W. Riggs
P.O. Box 1110
East Helena, MT 59635-1110

Sacred Heart Mission
1502 Shirley Road
Helena, MT 59602-6639

Sacred Heart Parish
35933 Round Butte Road
Ronan, MT 59864-2311

Sacred Heart, Belgian Colony
616 4th Street
P.O. Box 338
Valier, MT 59486-0338

Scott Schroeder, DDS
2445 S. 3rd Street, W.
Missoula, MT 59801-1330

Service Master Comm. Bldg. Service
P.O. Box 310
Helena, MT 59624-0310

Shaela Evenson
1810 Elm Street
Butte MT 59701-4816

Shareholder Representative, LLC
c/o Philip J. Carstens, Jr.
618 Riverside Ave., #300
Spokane, WA 99201-5102

Sheila McShane
P.O. Box 1729
Helena MT 59624-1729

Sister of Charity of Leavenworth
Delores Brinkel
P.O. Box 1729
Helena MT 59624-1729

Sisters of Charity Margaret Hogan
602 N 10th Street
Hamilton MT 59840-2059

Sisters of Charity Paula Tweet
3900 Juniper Lane
Butte MT 59701

Spirit of Christ Mission
1475 Eaton Street
Missoula, MT 59801-3224

St. Ann Parish
2100 Farragut Avenue
Butte, MT 59701-6102

St. Ann Parish
9015 Hwy 200 East
P.O. Box 1008
Bonner, MT 59823-1008

St. Anne Parish
BIA Road #1
P.O. Box 160
Heart Butte, MT 59448-0160

St. Anthony Parish
217 Tremont Street
Missoula, MT 59801-3997

St. Bartholomew Parish
407 2nd Avenue, S.E.
P.O. Box 422
White Sulphur Springs, MT 59645-0422

St. Catherine Parish
214 S. Elder
P.O. Box 205
Boulder, MT 59632-0205

St. Charles Parish
230 Baker Avenue
P.O. Box 128
Whitefish, MT 59937-0128

St. Francis Parish
411 S. 5th Street
P.O. Box 593
Hamilton, MT 59840-0593

St. Francis Parish
616 4th Street
P.O. Box 338
Valier, MT 59486-0338

St. Francis Xavier Parish
420 W. Pine Street
Missoula, MT 59802-4118

St. Helena Cathedral Parish
530 N. Ewing Street
Helena, MT 59601-4001

St. Ignatius Mission
300 Beartrack Avenue
P.O. Box 667
Saint Ignatius, MT 59865-0667

St. James Parish
109 W. Meany Street
P. O. Box 745
Plains, MT 59859-0745

St. John Parish
519 1st Avenue, S
P.O. Box 397
Fairfield, MT 59436-0397

St. John Vianney Parish
609 Quaw Blvd.
Belgrade, MT 59714-3140

St. John the Baptist
16680 Main Street
P.O. Box 329
Frenchtown, MT 59834-0329

St. John's Parish
1500 Cobban Street
Butte, MT 59701-5934

St. Joseph Mission
35933 Round Butte Road
Ronan, MT 59864-2311

St. Joseph Mission
437 Madison
P.O. Box 577
West Yellowstone, MT 59758-0577

St. Joseph Parish
28 3rd Street, NW
P.O. Box 286
Harlowton, MT 59036-0286


St. Joseph Parish
320 Main Street
P.O. Box 640
Choteau, MT 59422-0640

St. Joseph Parish
719 Utah Avenue
P.O. Box 1467
Libby, MT 59923-1467

St. Jude Parish
Hwy. 200, 100 Main Street
P.O. Box 802
Lincoln, MT 59639-0802


St. Margaret Parish
129 2nd Avenue, SE
P.O. Box 207
Cut Bank, MT 59427-0207

St. Mary Catholic Community
1700 Missoula Avenue
Helena, MT 59601-3966

St. Mary Mission
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329


St. Matthew Parish
602 S. Main Street
Kalispell, MT 59901-4898

St. Michael Parish
106 S. Maryland
Conrad, MT 59425-2016

St. Michael Parish
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329


St. Phillip Neri Parish
12 Broad Street
P.O. Box 329
Drummond, MT 59832-0329

St. Richard Parish
1210 9th Street W
P.O. Box 2073
Columbia Falls, MT 59912-2073

St. Rose of Lima Parish
226 S. Atlantic Street
Dillon, MT 59725-2717


St. Teresa Parish
107 - 2nd Avenue SE
P.O. Box 337
Whitehall, MT 59759-0337

St. Theodore Mission
530 N. Ewing Street
Helena, MT 59601-4001

St. Thomas Aquinas Mission
531 Main Street
Shelby, MT 59474-1809


St. Thomas Parish
108 Main Street
P.O. Box 90
Helmville, MT 59843-0090

St. William Parish
20 1st Avenue, NE
P.O. Box 18
Dutton, MT 59433-0018

St. William Parish
416 Preston Avenue
P.O. Box 186
Thompson Falls, MT 59873-0186


St. William Parish
531 Main Street
Shelby, MT 59474-1809

Steve and Rose Nistler
7691 Highway 12 W
Helena, MT 59601-9779

T. Weber Greiser
3125 Pattee Canyon Road
Missoula, MT 59803-1704


The Foundation for Diocese Helena
Jeanne Saarien
P.O. Box 1729
Helena, MT 59624-1729

The Sycamore Tree
21592 Sycamore Tree Lane
Swan Lake, MT 59911-7907

Thea Louise Seese
315 Saddle Drive, No.309
Helena, MT  59601


Thomas and Barbara Keegan
109 Wedgewood Lane
Helena, MT 59601-0166

Thomas and Donna Weiner
201 E. Lyndale Avenue
#50-405
Helena, MT 59601-2914

Tort Claimants
c/o Bryan Smith and Vito de la Cruz
Tamaki Law Offices
1340 N. 16th Avenue, Suite C
Yakima, WA 98902-7106

Tort Claimants
c/o Joseph Blumel
Law Offices of Joseph A. Blumel III
4407 N. Division Street, Suite 900
Spokane, WA 99207-1660

Tort Claimants
c/o Lee James and Craig Vernon
James, Vernon & Weeks
1626 Lincoln Way
Coeur D Alene, ID 83814-2459

Tort Claimants
c/o Milt Datsopoulos, Molly Howard
Datsopoulos, MacDonald & Lind
201 W. Main Street, Suite 201
Missoula, MT 59802-4326

Tort Claimants
c/o Timothy Kosnoff and Daniel Fasy
Kosnoff Fasy, PLLC
520 Pike Street, Suite 1010
Seattle, WA 98101-4058

URSULINE WESTERN PROVINCE
C/O SUSAN G. BOSWELL
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701-1630

US SECURITIES & EXCHANGE COMM
ATTN: BANKRUPTCY COUNSEL
5670 WILSHIRE BLVD 11TH FLOOR
LOS ANGELES, CA 90036-5627

UnitedHealthcare Ins. Co.
P.O. Box 5840
Carol Stream IL 60197-5840

Ursuline Nuns
c/o John P. Christian
475 Sansome Street, Suite 1800
San Francisco CA 94111-3141

Ursuline Nuns
c/o Thomas Q. Johnson
Keller, Reynolds, Drake, Johnson
P.O. Box 598
Helena MT 59624-0598

W. Neil and Helen Hammer
2420 Whitefish Stage Road
Kalispell, MT 59901-6760

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Wealth Management
350 North Last Chance Gulch
Second Floor
Helena, MT 59601-5012

William P. Driscoll
Franz and Driscoll
21 N. Last Chance Gulch
Suite 210
Helena, MT 59601-4142

William and Jeanne Marie Jarrett
Box One
Washington, VA 22747

William and Mary Palmer
1616 Jerome Place
Helena, MT 59601-5253

Xerox Corporation
P.O. Box 7405
Pasadena, CA 91109-7405

BRUCE ALAN ANDERSON
ELSAESSER, JARZABEK, et al.
320 East Neider Avenue
Suite 102
COEUR D'ALENE, ID 83815-6007

FORD ELSAESSER
ELSAESSER, JARZABEK, et al.
PO BOX 1049
SANDPOINT, ID 83864-0855

Joseph Hrella
2510 McHugh
Helena, MT 59601-0248

KEITH TALBOT
PATTERSON BUCHANAN FOBES & LEITCH, INC P
2112 THIRD AVENUE
SUITE 500
SEATTLE, WA 98121-2326

MICHAEL BAZLEY
RCCC SUITE K-44
12500 BRUCEVILLE ROAD
ELK GROVE, CA 95757-9784

MICHAEL PATTERSON
PATTERSON BUCHANAN FOBES & LEITCH INC PS
2112 THRID AVENUE
SUITE 500
SEATTLE, WA 98121

SCOTT JAMIESON
PATTERSON BUCHANAN FOBES & LEITCH, INC P
2112 THIRD AVENUE
SUITE 500
SEATTLE, WA 98121-2326

WILLIAM P DRISCOLL
FRANZ & DRISCOLL, PLLP
PO BOX 1155
HELENA, MT 59624-1155

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
866-716-6441

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266

(d)Honda Financial Services
P.O. Box 168008
Irving, TX 75016