## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re:

Roman Catholic Bishop of Helena, Montana,
a Montana Religious Corporation Sole
(Diocese of Helena),

          Debtor-in-Possession.

Case No.:  14-60074

Chapter 11

### *ORDER*

In this Chapter 11 case, the Debtor-in-Possession filed on February 9, 2015, a Motion for Authorization to Sell Real Property (Legendary Lodge); to Authorize Debtor to Take Certain Actions and execute Documents Including a Mortgage, and Lease, and Notice, [Docket No. 442], as corrected by Addendum [Docket No. 445], which proposed to sell the following described property located in Missoula County, Montana, known as the Legendary Lodge.

Written objections of such sale were required, pursuant to the Debtor-in-Possession's Notice, and Bankruptcy Rule 6004(b), to be filed with the Court and served on the Debtor-in-Possession within fourteen (14) days of the Notice of Sale.  No written objections having been filed and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and pursuant to U.S.C. § 363(b), Debtor-in-Possession is hereby authorized and approved to do the following:

1.      To sell the Legendary Lodge property as legally described below, to the Foundation, under the terms and conditions of the Buy-Sell Agreement:

> Lot 1, Section 8 and Lot 2, Section 9, Township 15 North, Range 14 West of the Montana Meridian, containing 31.54 acres and 16.85 acres, according to the United States Government Survey thereof; together with all water rights appertaining thereto; subject to all restrictions, reservations, easements, and rights-of-way of record.

2.      To execute documents on behalf of St. Francis of Assisi Parish to facilitate the funding of the One Million Dollar ($1,000,000.00) loan to the Foundation for the purchase of Legendary Lodge, as well as authority to execute the mortgage documents and receive the promissory note for the sole benefit of St. Francis of Assisi Parish; and

3.      To execute a long term lease with the Foundation to enable the Diocese to continue to operate the Legendary Lodge after the sale.

DATED:  February 27, 2015

TERRY L. MYERS

U. S. BANKRUPTCY JUDGE