UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Helena, Montana,<br>a Montana Religious Corporation Sole<br>(Diocese of Helena),<br><br>          Debtor-in-Possession. | Case No.: 14-60074<br><br>Chapter 11 |

*ORDER*

In this Chapter 11 case, the Debtor-in-Possession filed on February 9, 2015, a Motion for Authorization to Sell Real Property (Legendary Lodge); to Authorize Debtor to Take Certain Actions and execute Documents Including a Mortgage, and Lease, and Notice, [Docket No. 442], as corrected by Addendum [Docket No. 445], which proposed to sell the following described property located in Missoula County, Montana, known as the Legendary Lodge.

Written objections of such sale were required, pursuant to the Debtor-in-Possession's Notice, and Bankruptcy Rule 6004(b), to be filed with the Court and served on the Debtor-in-Possession within fourteen (14) days of the Notice of Sale. No written objections having been filed and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and pursuant to U.S.C. § 363(b), Debtor-in-Possession is hereby authorized and approved to do the following:

1.    To sell the Legendary Lodge property as legally described below, to the Foundation, under the terms and conditions of the Buy-Sell Agreement:

> Lot 1, Section 8 and Lot 2, Section 9, Township 15 North, Range 14 West of the Montana Meridian, containing 31.54 acres and 16.85 acres, according to the United States Government Survey thereof; together with all water rights appertaining thereto; subject to all restrictions, reservations, easements, and rights-of-way of record.

2.   To execute documents on behalf of St. Francis of Assisi Parish to facilitate the funding of the One Million Dollar ($1,000,000.00) loan to the Foundation for the purchase of Legendary Lodge, as well as authority to execute the mortgage documents and receive the promissory note for the sole benefit of St. Francis of Assisi Parish; and

3.   To execute a long term lease with the Foundation to enable the Diocese to continue to operate the Legendary Lodge after the sale.

DATED: February 27, 2015

TERRY L. MYERS

U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Montana

In re:  
ROMAN CATHOLIC BISHOP OF HELENA, MONTANA  
PACHULSKI STANG ZIEHL & JONES LLP  
    Debtors  

Case No. 14-60074  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0977-2      User: mmp      Page 1 of 2      Date Rcvd: Feb 27, 2015  
                               Form ID: pdfoasp      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2015.  
db            ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTAN,     PO BOX 1729,     HELENA, MT   59624-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2015 at the address(es) listed below:

           ALYSON M FIEDLER    on behalf of Interested Party    The Catholic Mutual Relief Society of America
            afiedler@schiffhardin.com
           BENJAMIN P HURSH    on behalf of Interested Party    Great American Insurance Company
            bhursh@crowleyfleck.com,    mbattaiola@crowleyfleck.com
           BENJAMIN T CORY    on behalf of Interested Party    Great American Insurance Company
            bcory@crowleyfleck.com,    mbattaiola@crowleyfleck.com
           BRADLEY J. LUCK    on behalf of Interested Party    The Catholic Mutual Relief Society of America
            bjluck@garlington.com,
            jdlawrenson@garlington.com;sgfeatherman@garlington.com;kldesoto@garlington.com
           BRIAN KENNETH GALLIK    on behalf of Creditor Shaela    Evenson brian@galliklawfirm.com
           BRUCE ALAN ANDERSON    on behalf of Attorney RONALD F WATERMAN brucea@ejame.com,
            baafiling@ejame.com;katie@ejame.com
           BRUCE ALAN ANDERSON    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
            RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) brucea@ejame.com,
            baafiling@ejame.com;katie@ejame.com
           CATALINA J SUGAYAN    on behalf of Interested Party    Great American Insurance Company
            catalina.sugayan@sedgwicklaw.com,    bethann.turski@sedgwicklaw.com
           CRAIG K VERNON    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
            cvernon@jvwlaw.net
           DAN G CEDERBERG    on behalf of Creditor    Bitterroot Valley Bank d/b/a Ravalli County Bank
            dcederberg@cederberg-law.com
           DANIEL T L FASY    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
            dan@kosnoff.com
           DAVID M SPECTOR    on behalf of Interested Party    The Catholic Mutual Relief Society of America
            dspector@schiffhardin.com
           DOUG JAMES    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.
            doug.james@moultonbellingham.com,    Janet.McMurphy@moultonbellingham.com
           ELIZABETH S. FELLA    on behalf of Creditor    Ursuline Western Province
            elizabeth.fella@quarles.com,
            docketaz@quarles.com;kelly.webster@quarles.com;linda.vaubel@quarles.com
           FORD ELSAESSER    on behalf of Other Prof. MICHAEL R HOGAN ford@ejame.com,    baafiling@ejame.com
           FORD ELSAESSER    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
            RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) ford@ejame.com,    baafiling@ejame.com
           FREDERICK P MARCZYK    on behalf of Creditor    Travelers Casualty and Surety Company
            Frederick.Marczyk@dbr.com
           J RICHARD ORIZOTTI    on behalf of Creditor    Travelers Casualty and Surety Company jro@prrlaw.com,
            cat@prrlaw.com;sjs@prrlaw.com
           J.R. CASILLAS    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
            jrcasillas@dmllaw.com
           JAMES STANG    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
            jstang@pszjlaw.com
           JAMES STANG    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
            jstang@pszjlaw.com
           JAMES R MURRAY    on behalf of Interested Party    INSURANCE COVERAGE GROUP
            MurrayJ@dicksteinshapiro.com
           JARED ZOLA    on behalf of Interested Party    INSURANCE COVERAGE GROUP ZolaJ@dicksteinshapiro.com

```
District/off: 0977-2           User: mmp                    Page 2 of 2                  Date Rcvd: Feb 27, 2015
                               Form ID: pdfoasp             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JEFF D KAHANE     on behalf of Interested Party    Great American Insurance Company
               jkahane@duanemorris.com
              JENNY MAY JOURDONNAIS    on behalf of Interested Party    The Catholic Mutual Relief Society of
               America  jmjourdonnais@garlington.com,
               rlkjelsrud@garlington.com;usdcfiling@garlington.com;semarshall@garlington.com
              JOHN H. GRANT    on behalf of Creditor    FIRST INTERSTATE BANK jgrant@jmgm.com,
               jgrant4774@aol.com;nstepper@jmgm.com
              JOHN L AMSDEN     on behalf of Interested Party    MICHAEL AND CYNTHIA HUEMPFNER
               amsden@becklawyers.com,   info@becklawyers.com;natalie@becklawyers.com
              JOHN L AMSDEN     on behalf of Interested Party    DEPOSITOR CLAIMANTS amsden@becklawyers.com,
               info@becklawyers.com;natalie@becklawyers.com
              JOSEPH  BLUMEL, III    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               joseph@blumellaw.com
              KEITH  TALBOT     on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) kat@pattersonbuchanan.com
              LEANDER L JAMES    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               ljames@jvwlaw.net
              LOUIS T DeLUCIA    on behalf of Interested Party    The Catholic Mutual Relief Society of America
               ldelucia@schiffhardin.com
              MICHAEL  PATTERSON    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) map@pattersonbuchanan.com
              MICHAEL DEAN COK    on behalf of Creditor Joseph  Hrella mikecok@cokkinzlerlaw.com,
               dlayton@cokkinzlerlaw.com
              MICHAEL P POMPEO    on behalf of Creditor    Travelers Casualty and Surety Company
               michael.pompeo@dbr.com
              MILTON  DATSOPOULOS     on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               mdatsopoulos@dmllaw.com
              MOLLY K. HOWARD     on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               mhoward@dmllaw.com
              MT DEPT OF ENVIRONMENTAL QUALITY ( HAQUE-HAUSRATH)    on behalf of Creditor    MT Dept of
               Environmental Quality khaquehausrath@mt.gov
              NEAL G. JENSEN    on behalf of U.S. Trustee    OFFICE OF THE U.S. TRUSTEE Neal.G.Jensen@usdoj.gov
              OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
              PHILIP J GRAINEY    on behalf of Creditor    The Foundation for the Diocese of Helena
               fglaw@ronan.net
              RICHARD S FELDMAN    on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.
               richard.feldman@rivkin.com
              ROBERT M VINCI    on behalf of Creditor    Travelers Casualty and Surety Company
               robert.vinci@dbr.com
              RUSSELL W ROTEN     on behalf of Interested Party    Great American Insurance Company
               rroten@duanemorris.com
              SCOTT  JAMIESON    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) sij@pattersonbuchanan.com
              STUART I GORDON     on behalf of Interested Party    FIREMAN'S FUND INSURANCE CO.
               stuart.gordon@rivkin.com
              SUSAN G. BOSWELL    on behalf of Creditor    Ursuline Western Province susan.boswell@quarles.com,
               docketaz@quarles.com;kelly.webster@quarles.com;jessica.cenedese@quarles.com
              TIMOTHY D KOSNOFF    on behalf of Creditor    Tort Claimants c/o Datsopoulos, MacDonald & Lind
               tim@kosnoff.com
              VITO R. DE LA CRUZ    on behalf of Creditor    Montana Clergy Sexual Abuse Survivors for Justice
               vito@tamakilaw.com,   tori@tamakilaw.com
              WILLIAM P DRISCOLL    on behalf of Debtor    ROMAN CATHOLIC BISHOP OF HELENA, MONTANA, A MONTANA
               RELIGIOUS CORPORATION SOLE (DIOCESE OF HELENA) wpd@franzdriscoll.com
                                                                                             TOTAL: 50